# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. Kevin P. Weimer, Clerk
United States District Court

DATE: March 7, 2025

RE: 03-93031-WLH
Bankruptcy Case No.

Group Management Corp.
Debtor(s)

Ulysses T. Ware and Group Management
Appellant

vs

Alpha Capital, AG, Stonestreet, L.P., Markham Holdings,L.P., Amro International, S.A., Kilpatrick, Townsend, & Stockton, LLP, Dennis S. Meir, John W. Mills III, a J. Henry Walker, IV, Wab Kadaba, Kenneth A. Zitter, Arie Rabinowitz, LH Financial Services Corp., Konrad Ackermann, Joseph Hammer, Trailblazer Merger Corp., I, Wendy L. Hagenau, James H. Morawetz, the Office of the U.S. Trustee, Region 21, Mary Ida Townsend, M. Regina Thomas, Patricia Sinback, Margaret H. Murphy, Joyce Bihary, Coleman Ray Mullins, Securities and Exchange Commission, Financial Industry Regulatory Agency(FINRA), Barbara Ellis-Monro, Marcia E. Asquith, RobertL.D., Colby, Robert W. Cook, Emma Jones, Sarah Jeffries,The State Bar of Georgia, Office of the General Counsel, William D. NeSmith, III, Paula Frederick, Leigh Burgess, William Alan Myers, Adrienne Nash, Jenny Mittlemen,Jonathan Hewett, Patrick N. Arndt, Michael D. Hostetter,Nall & Miller, LLP, Manibur S. Arora, Edward T.M.Garland, Michael F. Bachner, David B. Levitt, Donald F.Samuel, Janice Singer, Alexander H. Southwell, Thomas W.Thrash, Jr., Michael P. Boggs, Thomas A. Leghorn,Lawrence B. Mandala, Baker & McKenzie, LLP, Robert H.Albaral, John F. King, and Office of the Georgia Insurance Commissioner., John Does Insurance Companies, ##1-5, Jeneane Treace, Assistant U.S. Trustee, Region 21
Appellees

# SUPPLEMENTAL SUBMISSION SHEET

**Submitted on:**

☒ Notice of Appeal filed 02/03/2025- Doc. No. 279
   File date of Order being appealed from 5/21/2003, 10/24/22, 12/13/22 - Doc. No. 28,256,274,275
☒ Supplemental Record to USDC Case No.   **25-cv-00613-MLB**
☐ Other: Click here to enter text.

**Contents of Record:**
☒ Documents: 6,11,13,14,15,16,258,263,278,286,288,289,292,293,294, docket sheet

☒ Designated items of     ☒ Appellant(s)      ☐ Appellee
   Filing Fee Paid - ☒ Yes    ☐ No


If previous and/or related appeal filed, list:

**22-cv-01531-LDH-LB (District of New York)**


FROM:   Vania S. Allen, Clerk of Court
        United States Bankruptcy Court

By: /s/_____
        Yahaira Lugo, Deputy Clerk