UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| GROUP MANAGEMENT CORP., | : | CASE NO. 03-93031 |
| a/k/a IVG Corp., | : | |
| | : | |
| DEBTOR. | : | JUDGE MURPHY |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters his appearance as counsel for C. David Butler, United States Trustee, Region 21, in the captioned case.

Respectfully submitted,

       /s/
JAMES H. MORAWETZ, Esq.
Georgia Bar No. 521900
Senior Attorney

Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

(404) 331-4437

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE was this day sent by U.S. Mail, properly addressed and with correct postage, to the following:

Thomas Ware, Esq.
Rosenfeld, Goldman & Ware, Inc.
101 Marietta Street
Suite 1070
Atlanta, GA 30303

This the  1st  day of April, 2003.

/s/
JAMES H. MORAWETZ
Senior Attorney