# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE ) | CASE NO. 03-93031-MHM | |
| ) | | |
| GROUP MANAGEMENT CORP., ) | CHAPTER 11 | |
| a/k/a IVG CORP., ) | | |
| ) | JUDGE MARGARET H. MURPHY | |
| Debtor. ) | | |
| ) | | |
| ) | | |

## ENTRY OF APPEARANCE; REQUEST FOR SPECIAL NOTICE; REQUEST FOR SERVICE OF PAPERS; AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that interested parties and creditors Alpha Capital Aktiengesellschaft ("Alpha"), Amro International, S.A. ("Amro"), Markham Holdings, Ltd. ("Markham"), and Stonestreet Limited Partnership ("Stonestreet") hereby appear and under, *inter alia*, Bankruptcy Rules 2002, 9007, 9010 and Section 1109(b) of the Bankruptcy Code, 11 U.S.C. § 1109(b), request that all notices given or required to be given in this case, be given to and served upon:

> Dennis S. Meir
> John W. Mills, III
> KILPATRICK STOCKTON LLP
> 1100 Peachtree Street, Suite 2800
> Atlanta, Georgia  30309
> Telephone:  (404) 815-6500/Facsimile:  (404) 815-6555

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed, by

mail, courier service, hand-delivery, telephone, facsimile transmission, electronic mail, telegraph, telex, or otherwise that affect or seek to affect in any way any rights or interest of any creditors or parties in interest in this case, including Alpha, Amro, Markham and Stonestreet.

PLEASE TAKE FURTHER NOTICE that Alpha, Amro, Markham and Stonestreet intend that neither this Entry of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) the right of Alpha, Amro, Markham or Stonestreet to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) the right of Alpha, Amro, Markham or Stonestreet to trial by jury in any proceeding so triable in this case or any case, (3) the right of Alpha, Amro, Markham or Stonestreet to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Alpha, Amro, Markham or Stonestreet are or may be entitled under agreements, in law or in equity, all of which rights, claims action, defenses, setoffs, and recoupments are expressly reserved by Alpha, Amro, Markham and Stonestreet.

Dated:  April 10, 2003

Respectfully submitted,

/s/ Dennis S. Meir
Dennis S. Meir - Georgia Bar No. 501100
John W. Mills, III -California Bar No. 149861

KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

COUNSEL TO ALPHA CAPITAL
AKTEINGESELLSCHAFT, AMRO
INTERNATIONAL, S.A., MARKHAM
HOLDINGS, LTD., AND STONESTREET
LIMITED PARTNERSHIP

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of this Request for Special Notice; Entry of Appearance; Request for Service of Papers; and Reservation of Rights was served by Facsimile or U. S. Mail on the parties below on April 10, 2003.

> Sims W. Gordon, Jr.
> Gordon & Boykin
> 2130 Kingston Court, SE, Suite B
> Marietta, GA 30067
> Fax:  (770) 612-2627
>
> James H. Morawetz
> Office of the United States Trustee
> 362 Richard Russell Federal Building
> 75 Spring Street, SW
> Atlanta, GA 30303
> Fax:  (404) 331-4464
>
> Baker & McKenzie
> 2300 Trammell Crow Center
> 2001 Ross Avenue
> Dallas, TX 75201
>
> Boise Cascade Office Products
> 150 E. Pierce Road
> Itasca, IL 60143

Dated:  April 10, 2003

Respectfully submitted,

　　　　/s/ Dennis S. Meir
Dennis S. Meir -Georgia Bar No. 501100

KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

COUNSEL TO ALPHA CAPITAL AKTEINGESELLSCHAFT, AMRO INTERNATIONAL, S.A., MARKHAM HOLDINGS, LTD., AND STONESTREET LIMITED PARTNERSHIP