IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 03-93031-mhm |
| | ) | |
| GROUP MANAGEMENT CORP., | ) | Chapter 11 |
| a/k/a IVG CORP., | ) | |
| | ) | JUDGE MARGARET H. MURPHY |
| Debtor. | ) | |
| | ) | |
| ---------------------------------------------------) | | |

## OPPOSITION TO EMERGENCY
## MOTION TO REJECT EXECUTORY CONTRACT

Alpha Capital Aktiengesellschaft ("Alpha"), Amro International, S.A. ("Amro"), Markham Holdings, Ltd. ("Markham"), and Stonestreet Limited Partnership ("Stonestreet") (hereinafter referred to as "Respondents") hereby submit their Opposition to Emergency Motion to Reject Executory Contract (the "Emergency Motion"), filed by the Debtor, Group Management Corp. ("Group Management" or the "Debtor"):

1.  Group Management has failed to identify any exigent circumstances which would be alleviated by the emergency relief requested and which would justify commencement of an emergency hearing.

2.  The Respondents' obligations under the Subscription Agreement that Group Management seeks to reject have been fully performed. Moreover, Group Management's obligations under the Subscription Agreement are now fixed by and subject to a November 25, 2002, Order and Judgment, and a March 13, 2003 Contempt Order entered by the United States District Court for the Southern District of New York in a civil action entitled Alpha Capital Aktiengesellschaft, et al. v. Group Management Corp., et al., Case Number 02 Civ.

ATLLIB01 1508241.2

2219 (LBS). Copies of the Order and Judgment and the Contempt Order are attached hereto as Exhibits A and B respectively. Once the obligations under a contract have been reduced to judgment, there is no "executory contract" for a debtor to assume or reject. See Chattanooga Memorial Park v. Still (In re Jolly), 574 F.2d 349, 350-52 (6th Cir. 1978), cert. denied, 439 U.S. 929 (1978); see also Roxse Homes, Inc. v. Roxse Homes Limited Partnership, 83 B.R. 185, 187-88 (D. Mass. 1988) (and the cases cited therein). Accordingly, the Emergency Motion of Group Management must be denied because, as a matter of law, there is no executory contract for Group Management to reject.

3. The Respondents have filed an Emergency Motion to Dismiss or, in the Alternative, for Relief From the Automatic Stay, and Request for Hearing, and a Brief in support thereof, which fully describe the facts, circumstances and conduct of the Debtor and its officers and directors relating to the filing of both this case and the Debtor's Emergency Motion. Respondent's Motion should be heard prior to consideration of the Debtor's rejection motion.

Dated: April 11, 2003                              Respectfully submitted,

                                                   /s/ Dennis S. Meir
                                                   Dennis S. Meir - Georgia Bar No. 501100
                                                   John W. Mills, III - California Bar No. 149861

                                                   KILPATRICK STOCKTON LLP
                                                   1100 Peachtree Street, Suite 2800
                                                   Atlanta, Georgia 30309
                                                   Tele.: (404) 815-6500; Fax: (404) 815-6555

                                                   COUNSEL TO ALPHA CAPITAL
                                                   AKTIENGESELLSCHAFT, AMRO
                                                   INTERNATIONAL, S.A., MARKHAM
                                                   HOLDINGS, LTD., AND STONESTREET
                                                   LIMITED PARTNERSHIP

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Opposition to Emergency Motion To Reject Executory Contract was served by Facsimile on the parties below on April 11, 2003.

Sims W. Gordon, Jr.
Gordon & Boykin
2130 Kingston Court, SE, Suite B
Marietta, GA 30067
Fax:  (770) 612-2627

James H. Morawetz
Office of the United States Trustee
362 Richard Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303
Fax:  (404) 331-4464

Baker & McKenzie
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
Fax:  (214) 978-3099

Boise Cascade Office Products
150 E. Pierce Road
Itasca, IL 60143
Fax:  1 (800) 572-6473

Dated:  April 11, 2003

Respectfully submitted,

/s/ Dennis S. Meir
Dennis S. Meir - Georgia Bar No. 501100

KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

COUNSEL TO ALPHA CAPITAL AKTIENGESELLSCHAFT, AMRO INTERNATIONAL, S.A., MARKHAM HOLDINGS, LTD., AND STONESTREET LIMITED PARTNERSHIP