

**IT IS ORDERED as set forth below:**


**Date: November 9, 2022**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____




## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| GROUP MANAGEMENT CORP., | Case No. 03-93031-WLH |
| DEBTOR. | |

## <u>ORDER AND NOTICE OF HEARING ON ORDER TO SHOW CAUSE AS TO WHY ULYSSES T. WARE SHOULD NOT BE DEEMED A VEXATIOUS LITIGANT AND BE PROHIBITED FROM FURTHER FILINGS IN THIS CASE</u>

On October 24, 2022, the Court entered an order (Doc. No. 256) (the "Order") directing Ulysses T. Ware ("Mr. Ware") to show cause within fourteen (14) days as to why he should not be deemed a vexatious litigant and be prohibited from filing, sending, or otherwise delivering documents for filing in this closed bankruptcy case. Mr. Ware responded to the Show Cause Order

(Doc. No. 260) and requested the Court hold a hearing to allow him an opportunity to respond. Accordingly,

**IT IS ORDERED AND NOTICE IS GIVEN** that the Court will hold a hearing <u>only on the portion of the Order directing Mr. Ware to show cause</u> as to why he should not be deemed a vexatious litigant and be prohibited from filing, sending, or otherwise delivering documents for filing in this closed bankruptcy case on **December 8, 2022 at 10:00 a.m. The hearing will be limited to one hour.** The hearing will be conducted by video conference via Zoom (https://www.zoomgov.com/j/1612021574?pwd=RW41dk16bis5K2FEWlk5Yldub1kyUT09#success). Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

**END OF ORDER**

**Distribution List**

Ulysses T. Ware
The Office of Ulysses T. Ware
123 Linden Blvd.
Ste 9-L
Brooklyn, N 11226

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                                    Case No. 03-93031-wlh

Group Management Corp.                                                         Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Nov 09, 2022 | Form ID: pdf534 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Group Management Corp., c/o Ulysses T. Ware, The Office of Ulysses T. Ware, 123 Linden Blvd, Ste 9-L, Brooklyn, NY 11226-9725 |
| aty | + | Sims W. Gordon, Jr., The Gordon Law Firm, PC, Suite 1500, 400 Galleria Parkway, SE, Atlanta, GA 30339-5953 |
| op | + | Ulysses T. Ware, 123 Linden Blvd, Suite 9-L, Brooklyn, NY 11226-9725 |
| | + | Ulysses T. Ware, The Office of Ulysses T. Ware, 123 Linden Blvd., Ste 9-L, Brooklyn, N 11226-9725 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2022                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Office of the United States Trustee | |
| | ustpregion21.at.ecf@usdoj.gov |
| Thomas Ware | |
| | on behalf of Debtor Group Management Corp. utware007@gmail.com |

TOTAL: 2