Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk

JAN 2 7 2025

By: _____
        Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
1431 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

Chambers of
**BARBARA ELLIS-MONRO**
Chief Judge

Phone: 404-215-1030

January 27, 2025

Mr. Ulysses T. Ware
123 Linden Blvd., Suite 9-L
Brooklyn, NY 11226

Dear Mr. Ware:

    I am in receipt of over one hundred emails from you received since May 29, 2024. In these numerous emails and attachments, you have requested, (i) an evidentiary show cause hearing for various reasons; (ii) reopening of the closed bankruptcy case 03-93031; (iii) vacating pleadings and orders; (iv) transferring the closed case to the Southern District of New York; (v) my recusal or resignation; (vi) filing of an Asset Recovery Plan; and (vii) investigations, contempt, sanctions and other relief as to judges, attorneys, individuals and law firms all in a case that was dismissed by consent in May 2003. The case has been closed since June 2003.

    I write to reiterate the findings in the orders entered by now retired Judge Hagenau. Emails do not constitute filing with the Court [Doc. 256, p. 53]. Thus, none of the emails have been or will be docketed. Further, the Court has prohibited you from filing, sending, or otherwise delivering documents for filing in this case, except for notices of appeal and papers filed in connection therewith. [Doc. 275, p. 15]. Any notice of appeal or related papers must be properly filed, not emailed, to be docketed.

    Each of the emails received to date has been and will be preserved.

    This letter will be docketed. The case remains closed.

Sincerely,

/s/ Barbara Ellis-Monro
Barbara Ellis-Monro
Chief United States Bankruptcy Judge

C: Clerk, USBC, NDGA