## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s)<br>**Group Management Corp.**<br>c/o Ulysses T. Ware<br>The Office of Ulysses T. Ware<br>123 Linden Blvd, Ste 9–L<br>Brooklyn, NY 11226<br><br>**59–2919648** | Case No.: **03–93031–bem**<br>Chapter: **11**<br>Judge: **Barbara Ellis–Monro** |

### NOTICE OF CASE REASSIGNMENT

Notice is hereby given that this case has been reassigned to the **Honorable Barbara Ellis–Monro**.

_____
Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated: February 25, 2025

Form 301