Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk

FEB 1 4 2025

By: _____
     Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Filed on February 10, 2025, via U.S. mail and email.

In re:
**GROUP MANAGEMENT CORP.**,
Debtor.

Case No.: 03-93031 (WLH)
Chapter 11

---

### APPELLANTS' AMENDMENT NO. 1 TO NOTICE OF APPEAL DKT. 279.[1]

### APPELLANTS' AMENDMENT NO. 1 TO BANKR. RULE 9014/12(h)(3) ARTICLE III "THRESHOLD MATTER" JURISDICTIONAL APPEAL[2]

---

**Appellants/Movants:** Ulysses T. Ware and Group Management[3]

**Appellees/Respondents:** Alpha Capital, AG, Stonestreet, L.P., Markham Holdings, L.P., Amro International, S.A., Kilpatrick, Townsend, & Stockton, LLP, Dennis S. Meir, John W. Mills, III, J. Henry Walker, IV, Wab Kadaba, Kenneth A. Zitter, Arie Rabinowitz, LH Financial Services Corp., Konrad Ackermann, Joseph Hammer, Trailblazer Merger Corp., I, Wendy L. Hagenau, James H. Morawetz, the Office of the U.S. Trustee, Region 21, Ida Mae Townsend, M. Regina Thomas, Patricia Sinback, Margaret H. Murphy, Joyce Bihary, Coleman Ray Mullins, Securities and Exchange Commission, Financial Industry Regulatory Agency (FINRA), Barbara Ellis-Monro, Marcia E. Asquith, Robert L.D., Colby, Robert W. Cook, Emma Jones, Sarah Jeffries, The State Bar of Georgia, Office of the General Counsel, William D. NeSmith, III, Paula Fredrick, Leigh Burgess, William Alan Myers, Adrienne Nash, Jenny Mittlemen, Jonathan Hewett, Patrick N. Arndt, Michael D. Hostetter, Nall & Miller, LLP, Manibur S. Arora, Edward T.M. Garland,

---

[1] See Dkt. 278.

[2] Article III *jurisdictional* and *standing* *appeals* pursuant to Fed. R. Civ. P. Rule 12(h)(3) and 9014 *are only permitted and authorized to be filed in the Bankruptcy Court (NDGA) in regard to In re Group Management Corp., 03-93031 Chapter 11*: (Rule 12(h)(3): *Lack of Subject-Matter Jurisdiction.* If the [bankruptcy] court determines *at any time* that it lacks subject-matter jurisdiction [over the Criminal Usury Subject Matter, GX 1, GX 2, GX 3, GX 4, and GX 5, the [bankruptcy] *court must dismiss the action*.

[3] Successor in interest to the Chapter 11 Debtor, Group Management Corp., a sole proprietorship.

Page 1 of 10
Monday, February 10, 2025
(12-10A1) (Part 12-10A1) re Appellants' Amendment No. 1 to February 3, 2025, Notice of Appeal, Dkt. 279.

Michael F. Bachner, David B. Levitt, Donald F. Samuel, Janice Singer, Alexander H. Southwell, Thomas W. Thrash, Jr., Michael P. Boggs, Thomas A. Leghorn, Lawrence B. Mandala, Baker & McKenzie, LLP, Robert H. Albaral, John F. King, and Office of the Georgia Insurance Commissioner., and John Does Insurance Companies, ##1-5.

*/s/ Ulysses T. Ware*

**The Office of Ulysses T. Ware**
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

BEFORE THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**In re:**
**GROUP MANAGEMENT CORP., Chapter 11**
**Debtor. Case No.: 03-93031 (WLH)**

**Re: APPELLANTS' AMENDMENT NO. 1 TO NOTICE OF APPEAL (DKT. 279).**

COME NOW Appellants-Movants, Ulysses T. Ware and Group Management (collectively, "Appellants"), and hereby submit this Amendment No. 1 to the Notice of Appeal, Docket Entry 279, filed in the above-captioned matter on February 3, 2025, for filing and docketing with the Court. In accordance with the Federal Rules of Bankruptcy Procedure and to ensure the accuracy and completeness of the record, Appellants respectfully submit the following amendments:

1. **Correction of Appellee Name – Ida Mae Townsend to Mary Ida Townson:** The Appellants hereby amend and correct the listed Appellee name "Ida Mae Townsend" to the correct name **"Mary Ida Townson."**

2. **Correction of Appellee Name – Paula Fredrick to Paula Frederick:** The Appellants hereby amend and correct the listed Appellee name "Paula Fredrick" to the correct name **"Paula Frederick,"** confirming that proper service upon Appellee Paula Frederick has been effectuated at her public email account, paulafredericklaw@gmail.com.

3. **Correction of Appellee Name – Barbara Ellis-Munro to Barbara Ellis-Monro:** The Appellants hereby amend and correct the listed Appellee name "Barbara Ellis-Munro" to the correct name **"Barbara Ellis-Monro,"** confirming that proper service upon Appellee

Chief Judge Barbara Ellis-Monro has been effectuated at her public email account, BEMChambers@ganb.uscourts.gov.

4. **Addition of Appellee – Jeneane Treace, Assistant U.S. Trustee, Region 21:** The Appellants hereby add **Jeneane Treace, Assistant U.S. Trustee, Region 21**, as an Appellee in this matter, confirming that proper service upon Appellee Jeneane Treace has been effectuated at her public email account, jeneane.treace@usdoj.gov.

These amendments are submitted to ensure the accuracy of the record and proper notification to all parties in interest in this critically important Article III "threshold" jurisdiction and standing constitutional matter before the Court.

Respectfully submitted,

/s/ Ulysses T. Ware
**ULYSSES T. WARE**
**Attorney for Appellants-Movants**
**Ulysses T. Ware and Group Management Corp.**

Dated: February 10, 2025

### Certificate of Service

I, Ulysses T. Ware, hereby certify that on this 10th day of February 2025, I caused to be served a true and correct copy of the foregoing **APPELLANTS-MOVANTS' AMENDMENT NO. 1 TO NOTICE OF APPEAL (DKT. 279)** via electronic mail to all parties listed on the Court's Electronic Filing System in this matter and by U.S. Mail to the Clerk of the Bankruptcy Court.

/s/ Ulysses T. Ware
Ulysses T. Ware

Thank you for your attention to this critically important Article III "threshold" jurisdiction and standing constitutional matter.

Respectfully submitted,

**Submitted by:**

/s/ Ulysses T. Ware
**The Office of Ulysses T. Ware**
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
<u>Utware007@gmail.com</u>
**February 10, 2025**

## A. Filing Memorandum to Chief Judge Ellis-Monro

The Honorable Barbara Ellis-Monro
Chief Judge, United States Bankruptcy Court
Northern District of Georgia, Atlanta Division
1431 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

Date: February 10, 2025

Re: *In re Group Management Corp.*, Case No.: 03-93031 (WLH) – Formal Filing of Notice of Appeal Pursuant to Bankruptcy Rule 9014 and Rule 12(h)(3) Regarding Article III Subject Matter Jurisdiction and Standing; Reference to Court's Order, Docket 278, Dated January 27, 2025.

Your Honor:

Ulysses T. Ware, 11 USC § 1109(b) statutory party in interest, and attorney in fact for Group Management (successor in interest to the Chapter 11 Debtor) represents Appellants-Movants, Group Management and Ulysses T. Ware, in the above-referenced Chapter 11 case. We are writing to the Court in direct response to the Court's letter dated January 27, 2025, Docket 278, addressed to Mr. Ulysses T. Ware, regarding the proper filing of documents in this matter. In accordance with the Court's directive in Docket 278, **we are now formally filing the enclosed Notice of Appeal** by official U.S. Mail with an email courtesy copy to the Court given the usual delays caused by the uncertainty of U.S. Mail actual delivery.

This Amendment No. 1 to Dkt. 279, *Notice of Appeal*, is being filed to (i) correct particular names, (ii) add additional appellees, and (iii) address *fundamental and dispositive issues* concerning this Court's Article III subject matter jurisdiction and the Article III standing of certain alleged claimants (KTS' clients, unregistered broker-dealers) in this Chapter 11 proceeding. As detailed in the accompanying Notice of Appeal and Memorandum of Law, Movants contend that the Bankruptcy Court has erroneously exercised jurisdiction over claims, Dkt. 11, 13, 14, 15, and 16, and issued null and void ab initio and ultra vires purported order, Dkt. 28, 256, 258, 263, 274, 275, and 278, predicated on **predatory criminal usury null and void ab initio purported debts,** GX 1-4, arising from criminally usurious loan transactions, specifically GX 1-4, **which carry interest rates exceeding 2000% per annum and are void *ab initio* under New York Penal Law § 190.40**, and federal RICO law, 18 USC § 1961(6)(B).

Furthermore, the Appeal raises serious concerns regarding the Article III standing of Kilpatrick Townsend & Stockton LLP ("KTS") clients, **certified by FINRA's Marcia E. Asquith, Esq. on May 17, 2021, as unregistered broker-dealers under 15 U.S.C. § 78o(a)(1)**, to assert claims in this bankruptcy. Appellants-Movants assert these entities lack "**a legally protected interest**" in GX 1-4, *the predatory criminal usury convertible promissory notes' enforcement or collection in*

*violation of federal law, 18 USC § 1961(6)(B), et. seqs. due to their unregistered status and the void nature of their claims under 15 U.S.C. § 78cc(b).*

Finally, the Appeal highlights the preclusive effect of prior final orders, and judgment in the Southern District of New York, Case No. 02cv2219 (SDNY), Dkt 65 and Dkt. 90, respectively, (Sand, J) (deceased) which Movants argue bars the claims of KTS' clients under principles of *res judicata* and collateral estoppel.

Given the constitutional dimension of Article III jurisdiction and standing, as "threshold matters" *Steel Co.*, 523 U.S. at 93-95, must be **"affirmatively established,"** not merely presumed Appellants-Movants respectfully submit this timely *Notice of Appeal* for the Court's immediate consideration. We have ensured that this filing is being made through proper channels, the U.S. mail, addressed to the Chief Judge's attention per 18 USC §§ 2071(a), (b) custody and safekeeping, and not officially via email, consistent with the Court's instructions in Docket 278.

Please find enclosed for formal filing with the Clerk of the Bankruptcy Court:

1. Appellants' Amendment No. 1 to their Dkt. 279 Notice of Appeal Pursuant to Bankruptcy Rule 9014 and Rule 12(h)(3) Regarding Article III Subject Matter Jurisdiction and Standing.

Thank you for your attention to this critically important Article III "threshold" jurisdiction and standing constitutional matter.

**RESPECTFULLY SUBMITTED,**

For Appellants-Movants: GROUP MANAGEMENT and Ulysses T. Ware

/s/ Ulysses T. Ware

*[signature: Ulysses T. Ware]*

Submitted by:
/s/ Ulysses T. Ware
**The Office of Ulysses T. Ware**
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
<u>Utware007@gmail.com</u>
February 10, 2025


**For Appellants-Movants Ulysses T. Ware and Group Management and Appellees:**

cc: U.S. Court of Appeals for the Eleventh Circuit, Office of the Judicial Council
Administrative Office of the U.S. Courts, Executive Director
Office of the U.S. Trustee, Region 21, (Mary Ida Townson, Esq.)
Financial Industry Regulatory Agency (FINRA) on behalf of the Securities and Exchange Commission (Marcia E. Asquith, Esq.)
State Bar of Georgia, Office of the General Counsel (William D. NeSmith, III) on behalf of the Supreme Court of Georgia, Office of the Chief Justice, the Hon. Michael P. Boggs
Edward T.M. Garland on behalf of Garland, Samuel, & Loeb, P.C. and affiliates
Nall & Miller, LLP
Kilpatrick, Townsend, & Stockton, LLP on behalf of its clients, the 02cv2219 (SDNY) plaintiffs, Unregistered broker-dealers Arie Rabinowitz on behalf of LH Financial Services Corp., Trailblazer Merger Corp., I
Unregistered broker-dealers Frank V. Sica on behalf of Tailwind Management L.P., Colleen McMahon, and Michael S. Bertisch (see Ex. 10)

# Certificate of Service

I Ulysses T. Ware certify that I have this 10Th February 2025 served each of the below persons or entities with a copy of this pleading via their public email accounts and submitted the same to the U.S. Bankruptcy Court (NDGA) to the Chief Bankruptcy Judge, Ellis-Monro via the U.S. mail for immediate filing and docketing pursuant to 18 USC §§ 2071(a), (b), Bankr. Rule 5005(a)(2)[4] and 5005(b)(1) with the U.S. Trustee.[5]

cc: Office of the U.S. Trustee, Region 21 (Mary Ida Townson)

U.S. Court of Appeals for the Eleventh Circuit, Office of the Judicial Council

Kilpatrick, Townsend, & Stockton, LLP (via CEO Wab Kadaba, Esq., J. Henry Walker, IV, Dennis S. Meir, and John W. Mills, III)

Arie Rabinowitz, Kenneth A. Zitter, Alpha Capital, AG, Stonestreet, L.P. Markham Holdings, Ltd., AMRO International, S.A., Trailblazer Merger Corp, I, LH Financial Services Corp., convicted felon Edward M. Grushko, Joseph Hammer, and Barbara R. Mittman via Kilpatrick, Townsend, Stockton, LLP (Wab Kadaba, Esq. and J. Henry Walker, IV).

Baker & McKenzie, LLP (via Lawrance B. Mandala, Esq., Robert Alberal, Esq. and Thomas A. Leghorn, Esq.)[6]

William D. NeSmith, III, State Bar of Georgia; Office of the Chief Justice, Supreme Court of Georgia, the Hon. Michael P. Boggs (via Paula Fredrick and William D. NeSmith, III--statutory agents in fact); and

---

[4] **With a Judge of the Court.** A judge may personally accept for filing a paper listed in (1). The judge must note on it the date of filing and promptly send it to the clerk.

[5] **(b) Sending Copies to the United States Trustee.**
(1) *Papers Sent Electronically.* All papers required to be sent to the United States trustee may be sent by using the court's electronic-filing system in accordance with Rule 9036, unless a court order or local rule provides otherwise.

[6] **Baker & McKenzie, LLP has primary liability in the sum certain amount of $2.225 billion.**

John F. King, Georgia Insurance Commissioner on behalf of (undisclosed identities) John Doe Insurance Companies ##1-5 (via William D. NeSmith, III, Wab Kadaba, J. Henry Walker, III, Michael D. Hostetter, Edward T.M. Garland, the State Bar of Georgia, Office of the General Counsel, and Wendy L. Hagenau, statutory agents in fact);

FINRA (via Robert W. Cook, Robert L.D. Colby, Sarah Jeffries, and Marcia E. Asquith) on behalf of the Securities and Exchange Commission (11 USC 1109(a) statutory party in interest); and

**Acting Director of the FBI (via Mary Ida Townson, Esq., U.S. Trustee, Region 21)**

/s/ Ulysses T. Ware

**February 10, 2025**

**End of document**

The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226

Re: Amendment No. 1 to Notice of Appeal, Dkt. 279

February 10, 2025

U.S. Marshals Service
Atlanta, GA 30303

The Honorable Barbara Ellis-Monro
Chief Judge, United States Bankruptcy Court
Northern District of Georgia, Atlanta Div.
1431 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

30303-36035

NEW YORK, NY 100
11 FEB 2025 PM 14 L

CLEARED DATE
FEB 14 2025