**CLOSED, DISMISSED−WITH−PREJUDICE, APPEAL**

# U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
### Bankruptcy Petition #: 03−93031−bem

*Assigned to:* Chief Judge Barbara Ellis−Monro
Chapter 11
Voluntary
Asset

*Date filed:* 03/18/2003
*Date terminated:* 06/03/2003
*Date dismissed:* 05/21/2003
*Deadline for objecting to discharge:* 06/30/2003

*Debtor*
**Group Management Corp.**
c/o Ulysses T. Ware
The Office of Ulysses T. Ware
123 Linden Blvd, Ste 9−L
Brooklyn, NY 11226
FULTON−GA
Tax ID / EIN: 59−2919648
*aka* IVG Corp.

represented by **Sims W. Gordon, Jr.**
The Gordon Law Firm, PC
Suite 1500
400 Galleria Parkway, SE
Atlanta, GA 30339
(770) 955−5000
Fax : (770) 955−5010

**Thomas Ware**
Rosenfeld, Goldman & Ware, Inc.
101 Marietta St.
Ste 1070
Atlanta, GA 30303
404−522−1202

*U.S. Trustee*
**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404−331−4437

represented by **James H. Morawetz**
Office of U.S. Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303
404−331−4437 x121
Fax : (404) 730−3534
*TERMINATED: 04/01/2003*

| Filing Date | # | Docket Text |
|---|---|---|
| 03/18/2003 | 1 | Voluntary Petition (Chapter 11) Fee Collected &#036 830, Receipt Number 01025308. Disclosure Statement due by 7/16/2003. Chapter 11 Plan due by 7/16/2003. Schedule A due 4/2/2003. Schedule B due 4/2/2003. Schedule C due 4/2/2003. Schedule D due 4/2/2003. Schedule E due 4/2/2003. Schedule F due 4/2/2003. Schedule G due 4/2/2003. Schedule H due 4/2/2003. List of Equity Security Holders due 4/2/2003. Statement of Financial Affairs due 4/2/2003. Atty Disclosure State. due 4/2/2003. Filed by Thomas Ware on behalf of Group Management Corp.. (Blount, Danya) Additional attachment(s) added on 11/2/2007 (smw, ). |
| 03/18/2003 |  | Meeting of Creditors (Chapter 11) Ch. 11 First Meeting to be held on 5/1/2003 at 10:00 AM at Hearing Room 365, Atlanta. Objections for Discharge due by 6/30/2003, (Blount, Danya) |
| 03/20/2003 | 2 | Notice of Filing of Bankruptcy Case, Meeting of Creditors & Deadlines w/Certificate of Service by BNC Service Date 03/20/03. (Admin.) (Entered: 03/21/2003) |

| | | | |
|---|---|---|---|
| 03/26/2003 | | 3 | Order to Corporate Debtor to Obtain Counsel Service by BNC Entered on 3/26/2003. (Owens, Deborah) |
| 03/28/2003 | | 4 | BNC Certificate of Service of Order Service Date 03/28/03. (Related Doc # 3) (Admin.) (Entered: 03/29/2003) |
| 03/31/2003 | | 5 | Motion to Reject Executory Contract or Lease, Motion to Set Hearing on *Motion to Reject Executory Contract; (Proposed order/notice of hearing submitted to chambers)* filed by Thomas Ware on behalf of Group Management Corp.. (Attachments: 1 Exhibit #1) (Wilson, Melanie) (Entered: 04/01/2003) |
| 04/01/2003 | | 6 | Notice of Appearance (Attorney) filed by James H. Morawetz on behalf of Office of the US Trustee. (Morawetz, James) |
| 04/08/2003 | | 7 | Notice of Appearance (Attorney) filed by Sims W. Gordon Jr. on behalf of Group Management Corp.. (Gordon, Sims) |
| 04/08/2003 | | 8 | Application to Employ *Counsel for Debtor* (related document(s)7) filed by Sims W. Gordon Jr. on behalf of Group Management Corp.. (Attachments: 1 Exhibit A: Declaration of Attorney) (Gordon, Sims) |
| 04/08/2003 | | 9 | Emergency Motion to Reject Executory Contract or Lease filed by Sims W. Gordon Jr. on behalf of Group Management Corp.. (Gordon, Sims) |
| 04/08/2003 | | 10 | Order and Notice of Assignment of Hearing re: Emergency Motion to Reject Executory Contract or Lease Service by Courtroom Deputy. Entered on 4/8/2003. (related document(s)9) Hearing to be held on 4/15/2003 at 02:15 PM at Courtroom 1204, Atlanta, (Mitchell, Gregory) |
| 04/10/2003 | | 11 | Notice of Appearance (Attorney) −−*Entry of Appearance, Request for Special Notice, Request for Service of Papers, and Reservation of Rights filed by Dennis S. Meir, Kilpatrick Stockton LLP, counsel to Alpha Capital Aktiengesellschaft, Amro International, S.A., Markham Holdings, Ltd., and Stonestreet Limited Partnership,* filed by Dennis S. Meir on behalf of Alpha Capital Aktiengesellschaft, et al.. (Meir, Dennis) |
| 04/10/2003 | | 12 | Certificate of Service *of Order and Notice of Assignment of Hearing* (related document(s)10) filed by Sims W. Gordon Jr. on behalf of Group Management Corp.. (Gordon, Sims) |
| 04/10/2003 | | 13 | Motion to Dismiss Case *With Prejudice or, in the Alternative*, Motion to convert/reconvert case from 11 to 7 Fee Collected $ 0., Receipt Number N/A. filed by James H. Morawetz on behalf of Office of the US Trustee. Responses due by 5/5/2003, (Attachments: 1 Exhibit "A") (Morawetz, James) Modified on 4/11/2003 (Meador, Sheila). |
| 04/11/2003 | | 14 | Response to Motion −−*Opposition to Emergency Motion to Reject Executory Contract* (related to motions(s)9) filed by Dennis S. Meir on behalf of Alpha Capital Aktiengesellschaft, et al.. (Meir, Dennis) |
| 04/11/2003 | | 15 | Emergency Motion to Dismiss Case −−*Emergency Motion to Dismiss or, in the Alternative, for Relief from the Automatic Stay, and Request for Emergency Hearing* filed by Dennis S. Meir on behalf of Alpha Capital Aktiengesellschaft, et al.. Responses due by 5/5/2003, (Attachments: 1 Exhibit "A" and "B") (Meir, Dennis) |
| 04/11/2003 | | 16 | |

| | | | |
|---|---|---|---|
| | | | *--Brief in Support of Emergency Motion to Dismiss or, in the Alternative, for Relief from the Automatic Stay, and Request for Emergency Hearing* filed by Dennis S. Meir on behalf of Alpha Capital Aktiengesellschaft, et al.. Responses due by 5/5/2003, (Attachments: 1 Exhibit "A" "B" and "C") (Meir, Dennis) Text Modified on 4/16/2003 to reflect correct wording (Wiggins, Irene). |
| 04/15/2003 | | 17 | Application to Employ *Rosenfeld, Glodman & Ware, Inc. as its attorney in for the exclusive matter of*, Emergency Motion *to Reject the Funding Agreement with c/s* filed by Thomas Ware on behalf of Group Management Corp.. (Bennington, Merrill) (Entered: 04/16/2003) |
| 04/17/2003 | | 18 | Order and Notice of Assignment of Hearing. Continued hearing on Debtor's Emergency Motion to reject executory contracts. Service by Courtroom Deputy. Entered on 4/17/2003. (related document(s)9) Hearing to be held on 4/29/2003 at 10:00 AM at Courtroom 1204, Atlanta, (Bennington, Merrill) |
| 04/23/2003 | | 19 | Order and Notice of Reassignment of Hearing of Debtor's Emergency Motion to Reject Executory Contract with Alpha capital; US Trustee's Motion to Dismiss Case with prejudice or, in the Alternative, Motion to convert case from 11 to 7; and Motion To Dismiss or, in the Alternative, for Relief from the Automatic Stay. Service by Courtroom Deputy. Entered on 4/23/2003. (related document(s)9,13,15) Hearing to be held on 4/30/2003 at 10:00 AM at Courtroom 1204, Atlanta, (mab, ) Text and Linkage Modified on 4/25/2003 (ysg, ). |
| 04/24/2003 | | 25 | Transcript of Hearing on Emergency Motion of Debtor to Reject Executory Contract. (mab, ) (Entered: 04/28/2003) |
| 04/25/2003 | | 20 | Statement of Financial Affairs (related document(s)1) filed by Sims W. Gordon Jr. on behalf of Group Management Corp.. (Gordon, Sims) |
| 04/25/2003 | | 21 | Schedules *A, B, C, D, E, F, G, and H* filed by Sims W. Gordon Jr. on behalf of Group Management Corp.. (Gordon, Sims) |
| 04/25/2003 | | 22 | Attorney Disclosure Statement (related document(s)1) filed by Sims W. Gordon Jr. on behalf of Group Management Corp.. (Gordon, Sims) |
| 04/25/2003 | | 23 | Schedules *: List of Equity Security Holders* filed by Sims W. Gordon Jr. on behalf of Group Management Corp.. (Gordon, Sims) |
| 04/25/2003 | | 24 | Exhibits *: Exhibit A to Voluntary Petition* (related document(s)1) filed by Sims W. Gordon Jr. on behalf of Group Management Corp.. (Gordon, Sims) |
| 04/29/2003 | | 26 | Order DENYING Application to Employ Thomas Ware as Attorney for Debtor. (Related Doc # 17) Service by BNC Entered on 4/29/2003. (mab, ) |
| 05/01/2003 | | 27 | BNC Certificate of Service of Order on Application to Employ Service Date 05/01/03. (Related Doc # 26) (Admin.) (Entered: 05/02/2003) |
| 05/09/2003 | | | Hearing on motion of Debtor to reject executory contract, Hearing on motion of the U.S. Trustee for the case to be dismissed with prejudice or for the case to be converted to Chapter 7 and Hearing on motion of Alph Capital and others for the case to be dismissed or for relief from stay. ALL Hearings reset from April 29, 2003. (related document(s)13, 15, 9, 5) |

| | | | |
|---|---|---|---|
| | | | Hearing to be held on 5/12/2003 at 02:30 PM at Courtroom 1204, Atlanta, (phd, ) |
| 05/21/2003 | | 28 | Order Dismissing Case with prejudice. Debtor ineligible to file under Title 11 for 180 days. Service by BNC Entered on 5/21/2003. (related document(s)13, 15) (mab, ) |
| 05/23/2003 | | 29 | BNC Certificate of Service of Order Dismissing Case with Prejudice Service Date 05/23/03. (Related Doc # 28) (Admin.) (Entered: 05/24/2003) |
| 06/03/2003 | | | Case Closed/Dismissed. (mab, ) Modified on 6/3/2003 (mab, ). |
| 03/22/2005 | | 30 | Transcript of Proceedings heard on 4/30/2003 at 10:00 am. (related document(s)13 Motion to Dismiss Case, , Motion to Convert/Reconvert Case to Ch. 7 (FEE), Motion to Convert/Reconvert Case to Ch. 7 (FEE) filed by Office of the US Trustee, 9 Motion to Reject Executory Contract or Lease filed by Group Management Corp., 15 Motion to Dismiss Case, filed by Alpha Capital Aktiengesellschaft, et al.) (mab, ) (Entered: 03/23/2005) |
| 06/23/2016 | | 31 | Notification of Appeal to 11th Circuit 16−13978 (yl) (Entered: 03/05/2018) |
| 03/17/2017 | | 32 | Copy of Order from 11th Circuit Court Denying Motion to WRIT of Mandamus Entered on 3/17/2017. (yl) (Entered: 03/05/2018) |
| 03/01/2018 | | 33 | Copy of Order from 11th Circuit Court Re: 16−13978. Entered on 3/1/2018. (yl) (Entered: 03/05/2018) |
| 03/08/2021 | | 34 | Letter dated March 4, 2021 from Ulysses T. Ware (scm) (Entered: 03/31/2021) |
| 04/05/2021 | | 35 | Letter dated April 5, 2021, with attachments, to Mr. Thomas Ware. (scm) |
| 04/21/2021 | | 36 | Letter dated April 16, 2021 from Mr. Ulysses T. Ware. (scm) |
| 04/21/2021 | | 37 | Letter dated April 21, 2021 to Mr. Ulysses T. Ware. (scm) |
| 05/24/2021 | | 38 | Ulysses T. Ware and group Management's Administrative Memorandum #4.01 and May 24, 2021 Memorandum #1.05 submitted to active United States Attorney (SDNY), Ms. Audrey Strauss, regarding In re Group Management corp., 03−93031−mhm (BC NDGA) Chapter 11, and United States v. Ware, 04cr1224 (SDNY) trial exhibits GX−250, GX−251, and GX−252; and FINRA's April 21, 2021, confirmation of KTS's client, unregistered broker−dealer status of Alpha Capital, AG. Filed by Group Management Corp. . (aam) Modified on 6/3/2021 (jlc). (Entered: 06/02/2021) |
| 05/29/2021 | | 39 | Exhibit #UTW−03: Ulysses T. Ware, May 29, 2021 UTW's Letter dated December 11, 2011 to Kilpatrick, Townsend & Stockton, LLP and Dennis S. Meir, Esq. Discussing KTS's fraud on the court, and conspiracy to commit bankruptcy fraud in In re Group Management Courtp., Case no. 03−93031−mhm (BC NDGA), Chapter 11 Filed by Group Management Corp. . (aam) (Entered: 06/02/2021) |
| 06/02/2021 | | 40 | |

| | | | |
|---|---|---|---|
| | | | 11 USC 1109(b) Statutory Parties in Interest Ulysses T. Ware and Group Management's Notice of Rule 33 and Rule 42(b) Criminal and Civil Contempt Proceedings filed in United States v. Ware, 04cr1224 and 05cr1115 (SDNY) and other Rule 5003 and 5006 Activities Filed by Group Management Corp. . (aam) |
| 06/09/2021 | | 41 | Transcript of Hearing on Emergency Motion of Debtor to Reject Executory Contract (originally docketed on 4/24/2003) (related document(s)25) (scm) Additional attachment(s) added on 6/9/2021 (scm). |
| 06/09/2021 | | 42 | Transcript of Proceedings heard on 4/30/2003 (originally docketed on 3/22/2005) (related document(s)30) (scm) Additional attachment(s) added on 6/9/2021 (scm). |
| 06/09/2021 | | 43 | Letter dated June 9, 2021 to Mr. Ulysses T. Ware. (scm) (Entered: 06/22/2021) |
| 06/15/2021 | | 44 | Letter dated June 15, 2021 from Ulysses T. Ware. (scm) (Entered: 06/22/2021) |
| 06/21/2021 | | 45 | Letter dated June 21, 2021 from Ulysses T. Ware. (scm) (Entered: 06/22/2021) |
| 06/22/2021 | | 46 | Letter dated April 22, 2021 from Ulysses T. Ware (Received on 4/22/21, docketed on 6/22/21). (scm) |
| 06/23/2021 | | 47 | Letter dated June 23, 2021 to Mr. Ulysses T. Ware. (scm) |
| 08/29/2021 | | 48 | Copy of Emergency Application for leave to file Rule 42(b) criminal and civil contempt motion in case no 04cr1224 and 05cr1115 (SDNY). (scm) (Entered: 09/08/2021) |
| 08/31/2021 | | 49 | Copy of Additional Criminal Contempt Claims filed in 08cr1115 and 04cr1224 (SDNY). (scm) (Entered: 09/08/2021) |
| 09/07/2021 | | 50 | Copy of letter to State Bar of Georgia by Ulysses T. Ware dated Sept 6, 2021. (scm) (Entered: 09/08/2021) |
| 09/13/2021 | | 51 | Letter to Judge Taylor−Swain in 04cr1224, 05cr1115 and 04cv2219. (scm) (Entered: 09/14/2021) |
| 09/13/2021 | | 52 | Petition re Brady Court Orders and Court Judgments filed in 02cv2219, 04cr1224 and 05cr1115 ( SDNY). (scm) (Entered: 09/14/2021) |
| 09/13/2021 | | 53 | Correspondence from Mr. Ware. (scm) (Entered: 09/14/2021) |
| 09/22/2021 | | 54 | Petition re Brady Court Orders and Court Judgments filed in 04cr1224 and 05cr1115 (SDNY). (scm) Additional attachment(s) added on 9/22/2021 (scm). |
| 09/24/2021 | | 57 | Documents submitted in 04CR1224 and 05CR1115 (SDNY). (scm) (Entered: 10/04/2021) |
| 09/25/2021 | | 55 | Documents filed on 05CR1115 and 04CR1224 (SDNY). (scm) (Entered: 10/04/2021) |
| 09/27/2021 | | 56 | |

| | | | |
|---|---|---|---|
| | | | Documents filed in 04CR1224 and 05CR1115(SDNY). (scm) (Entered: 10/04/2021) |
| 09/28/2021 | | 58 | Documents filed in 04CR1224 and 05CR1115 (SDNY). (scm) (Entered: 10/04/2021) |
| 11/01/2021 | | 59 | Communication from Mr. Ware to US Atty for SDNY re 04cr1224 and 05cr1115. (scm) |
| 11/08/2021 | | 60 | Copy of Pleading filed in 04CR1224 and 05CR1115. (ngs) Additional attachment(s) added on 11/10/2021 (ngs). |
| 11/09/2021 | | 62 | Materials Submitted in 04CR1224 and 05CR1115 (SDNY) In re Sealed Case (ngs) Additional attachment(s) added on 11/10/2021 (ngs). |
| 11/09/2021 | | 63 | Materials Filed in 04CR1224 and 05CR1115 (SDNY) USAO Manual/Motion to Compel. (ngs) Additional attachment(s) added on 11/10/2021 (ngs). |
| 11/09/2021 | | 61 | Materials Submitted in 04CR1224 and 05CR1115 (SDNY) (ngs) (Entered: 11/10/2021) |
| 11/10/2021 | | 64 | Brady Decisions re: Undisclosed Government Agreements in 04CR1224 and 05CR1115 (SDNY) (ngs) |
| 11/10/2021 | | 65 | Materials from Mr. Ware re: State Bar Grievance (ngs) |
| 11/12/2021 | | 66 | Mr. Ware submissions re Supervisory Writ in 05cr1115 and 04cr1224 (SDNY). (scm) (Entered: 11/19/2021) |
| 11/16/2021 | | 67 | Submission by Mr. Ware re rule 11 plea transcript in 04cr1224 and 05cr1115 (SDNY). (scm) (Entered: 11/19/2021) |
| 11/19/2021 | | 68 | Materials submitted by Mr. Ware re Brady evidence in 04cr1224 and 05cr1115 (SDNY). (scm) (Entered: 11/22/2021) |
| 11/22/2021 | | 69 | Materials from Mr. Ware related to 04cr1224 and 05cr1115 (SDNY). (scm) (Entered: 11/29/2021) |
| 11/26/2021 | | 70 | Part 1 of materials submitted by Mr. Ware related to Motion to Compel in 04cr1224 and 05cr1115 (SDNY). (scm) (Entered: 11/29/2021) |
| 11/26/2021 | | 71 | Part 2 of materials submitted by Mr. Ware in cases 04cr1224 and 05cr 1115 (SDNY). (related document(s)70) (scm) (Entered: 11/29/2021) |
| 11/26/2021 | | 72 | Part 3 of materials submitted by Mr. Ware related to 04cr1224 and 05cr1115 (SDNY). (related document(s)70) (scm) (Entered: 11/29/2021) |
| 11/26/2021 | | 73 | Part 4 of materials submitted by Mr. Ware in 04cr1224 and 05cr1115 (SDNY). (related document(s)70) (scm) (Entered: 11/29/2021) |
| 11/28/2021 | | 74 | Materials submitted by Mr. Ware related to Motions filed in 04cr1224 and 05cr1115 (SDNY). (scm) (Entered: 11/29/2021) |
| 12/03/2021 | | 75 | Pleadings submitted by Mr. Ware re conspiracy in 05cr1115 and 04cr1224 (SDNY). (scm) (Entered: 12/06/2021) |

| | | | |
|---|---|---|---|
| 01/11/2022 | | 76 | Letter sent by Mr. Ware to Merrick Garland re 05cr1115 and 04cr1224 (SDNY). (scm) (Entered: 01/12/2022) |
| 01/17/2022 | | 77 | Official notice of material fact witness status (scm) (Entered: 01/18/2022) |
| 01/20/2022 | | 78 | Copy of Letter to Garland re Demand to Disclose Brady Exculpatory Evidence in cases 02cv2219 (SDNY), 03−0831 (D. NV), 03−93031 (BC NDGA), 04cr1224 (SDNY) and 05cr1115 (SDNY) (scm) (Entered: 01/21/2022) |
| 01/22/2022 | | 79 | NOTICE TO IMMEDIATELY CEASE AND DESIST FROM ALL CIVIL AND CRIMINAL CONTEMPTS OF THE BRADY COURT ORDERS, THE RULE 41(a)(2) FINAL JUDGMENT, AND THE AUGUST 18, 2009, FINAL JUDGMENT ENTERED IN UNITED STATES v. WARE, 07−5670 (XAP) (2d Cir.), Gov.−I,1 jointly, (the Final Judgments). (scm) (Entered: 01/24/2022) |
| 01/26/2022 | | 80 | Information delivered by Mr. Ware re investigation. (scm) (Entered: 02/01/2022) |
| 01/27/2022 | | 81 | Letter from Mr. Ware to DOJ re litigation position. (scm) (Entered: 02/01/2022) |
| 02/01/2022 | | 82 | Notice of Criminal Contempt by DOJ Prosecutors in case nos 04cr1224and 05cr1115 (SDNY). (scm) |
| 02/05/2022 | | 83 | Correspondence from Mr. Ware re Notice to Immediately Cease and Desist from all Civil and Criminal Contempts of the Brady Court Orders, et al. (scm) (Entered: 02/08/2022) |
| 03/17/2022 | | 84 | Notice of intent to move to vacate order filed by Ulysses T. Ware. (scm) (Entered: 03/18/2022) |
| 03/17/2022 | | 85 | Notice of Notice of intent to move to vacate order of dismissal filed by Ulysses T. Ware. (related document(s)84)(scm) (Entered: 03/18/2022) |
| 03/17/2022 | | 86 | First Fraud on the Court Exhibit: 1.0 filed by Ulysses T. Ware. (related document(s)84) (scm) (Entered: 03/18/2022) |
| 03/17/2022 | | 87 | Second Fraud on the Court Exhibit 2.0 filed by Ulysses T. Ware. (related document(s)84) (scm) (Entered: 03/18/2022) |
| 03/17/2022 | | 88 | Third Fraud on the Court Exhibit 3.0 filed by Ulysses T. Ware. (related document(s)84) (scm) (Entered: 03/18/2022) |
| 03/19/2022 | | 89 | Fourth Fraud on the Court Exhibit 4.0 filed by Ulysses T. Ware. (related document(s)84) (scm) (Entered: 03/22/2022) |
| 03/21/2022 | | 90 | Fifth Fraud on the Court Exhibit 5.0 filed by Ulysses T. Ware. (scm) (Entered: 03/22/2022) |
| 03/21/2022 | | 91 | Sixth Fraud on the Court Exhibit 6.0 filed by Ulysses T. Ware. (scm) (Entered: 03/22/2022) |
| 03/23/2022 | | 92 | Notice of case no 22−cv−01531 (EDNY). (scm) (Entered: 03/28/2022) |
| 03/24/2022 | | 93 | |

| | | | |
|---|---|---|---|
| | | | Letter to AUSA and Exhibit 46 in case no 22−cv−1531 (EDNY). (scm) (Entered: 03/28/2022) |
| 03/25/2022 | | 94 | Certificate of Service in 22CV1531 (EDNY). (scm) (Entered: 03/28/2022) |
| 03/28/2022 | | 95 | Service copy of Exhibit 49 in case 22 cv 1531 (EDNY). (scm) (Entered: 03/30/2022) |
| 03/29/2022 | | 96 | Service copy of Exhibit 50 in 22 cv 1531 (EDNY). (scm) (Entered: 03/30/2022) |
| 03/31/2022 | | 97 | Service copy of letter to J. Hall in 22 cv 1531 (EDNY) (scm) (Entered: 04/04/2022) |
| 04/03/2022 | | 98 | GPMT's Seventh Fraud on the Court Exhibit: 7.0 filed by Ulysses T. Ware. (scm) (Entered: 04/04/2022) |
| 04/03/2022 | | 99 | Exhibit 53 in 22 cv 1531 (scm) (Entered: 04/04/2022) |
| 04/03/2022 | | 100 | Email re Exhibit 54 in 22 vc 1531 (EDNY), no document attached (scm) (Entered: 04/04/2022) |
| 04/05/2022 | | 101 | Email re Exhibit 52 in 22 cv 1531 (EDNY). (scm) |
| 04/05/2022 | | 102 | Inquiry to counsel re legal opinion, Baker & McKenzie Opinion, and Exhibit 52 in 22 cv 1531 (EDNY) (scm) (Entered: 04/07/2022) |
| 04/05/2022 | | 103 | Exhibit 53 in 22 cv 1531 (EDNY) (scm) (Entered: 04/07/2022) |
| 04/05/2022 | | 104 | Email re Exhibit 54 in 22 cv 1531 (no document attached) (scm) (Entered: 04/07/2022) |
| 04/05/2022 | | 105 | Exhibit 55 in 22 cv 1531 (EDNY) (scm) (Entered: 04/07/2022) |
| 04/07/2022 | | 106 | Service copy of letter re alleged judicial misconduct in 22 cv 1531 (EDNY) (scm) |
| 04/10/2022 | | 107 | Actual Innocent Supplemental Claim No 15 and Notice thereof filed in 22 cv 1531 (EDNY) (scm) (Entered: 04/14/2022) |
| 04/12/2022 | | 109 | Fraud on the Court 8.0 filed by Ulysses T. Ware. (scm) (Entered: 04/14/2022) |
| 04/12/2022 | | 110 | Exhibit 56 in 22 cv 1531 (EDNY) (no document attached). (scm) (Entered: 04/14/2022) |
| 04/13/2022 | | 108 | Supplement to AIS claim in 22 cv 1531 (EDNY) (scm) (Entered: 04/14/2022) |
| 04/14/2022 | | 111 | AIS Claim 15 Supp. Ex. 8 (EDNY) (scm) (Entered: 04/27/2022) |
| 04/20/2022 | | 112 | Copy of Touhy Request in 22 cv 1531 (EDNY) (scm) (Entered: 04/27/2022) |
| 04/22/2022 | | 113 | Correspondence from Mr. Ware re 22 CV 1531 (EDNY), 04CR 1224 (SDNY), and 05cr1115(SDNY) (scm) (Entered: 04/27/2022) |

| | | | |
|---|---|---|---|
| 04/26/2022 | | 114 | Documents received from Mr. Ware re Baker & McKenzie in 02 cv 2219 (SDNY) (scm) (Entered: 04/28/2022) |
| 04/27/2022 | | 115 | Documents from Mr. Ware re transfer of case to SDNY (22 cv 03409) and letter re Baker & McKenzie (scm) (Entered: 04/28/2022) |
| 04/27/2022 | | 116 | Copy of Notice to Damian Williams and docket information re 22 cv 03409 (SDN) (scm) (Entered: 04/28/2022) |
| 04/28/2022 | | 117 | Copies of Mandala Affidavit and Demand on Damian Williams re 22 cv 03409 (SDNY) (scm) |
| 04/28/2022 | | 118 | Letter from Mr. Ware demanding reversal or vacation of all orders entered in this case. (scm) (Entered: 05/02/2022) |
| 04/29/2022 | | 119 | Motion to recuse Judge Ramos in 22 cv 3409 (SDNY) (scm) (Entered: 05/02/2022) |
| 04/29/2022 | | 120 | Notice of Material Witness Status in 22 cv 3409 (SDNY) (scm) (Entered: 05/02/2022) |
| 04/29/2022 | | 121 | Email from Mr. Ware re docketing of Notice of Material Witness Status in 22 cv 3409 (SDNY) (scm) (Entered: 05/02/2022) |
| 04/29/2022 | | 122 | Email from Mr. Ware re docketing of Brady Demand in 22 cv 3409 (SDNY) (scm) (Entered: 05/02/2022) |
| 05/02/2022 | | 123 | Service copies of Inquiry to Mr. Leghorn and exhibits filed in 22 cv 3409 (SDNY) (scm) |
| 05/02/2022 | | 124 | Brady Actual Innocent Claim and Motion to Dismiss Indictment in 04 cr 1224 and exhibits filed in 22 cv 3409 (SDNY) (scm) |
| 05/02/2022 | | 125 | Motion to dismiss indictment, memorandum of law and exhibits including memo to Dennis Meir filed in 04 cr 1224 (SDNY) (scm) |
| 05/02/2022 | | 126 | Copies of Suppressed Brady Evidence exhibits filed in 22 cv 3409 (SDNY) (scm) (Entered: 05/04/2022) |
| 05/03/2022 | | 127 | Renewal of 28 USC 2243 Motion filed in 22 cv 3409 (scm) (Entered: 05/04/2022) |
| 05/03/2022 | | 128 | Copy of Ex 12 to Motion to Dismiss Indictment in 22 cv 3409 (SDNY) (scm) (Entered: 05/04/2022) |
| 05/04/2022 | | 129 | Copy of Ex 12 to Motion to Recuse J. Ramos in 22 cv 3409 (SDNY) (scm) (Entered: 05/09/2022) |
| 05/04/2022 | | 130 | Letter to AUSA re 22 cv 3409 (SDNY) (scm) (Entered: 05/09/2022) |
| 05/04/2022 | | 131 | Exhibits to Motion to Recuse J. Ramos in 22 cv 3409, 04 cr 1224 and 15 cr 1115 (SDNY0) (scm) (Entered: 05/09/2022) |
| 05/05/2022 | | 132 | Exhibit 13 to Motion to Dismiss Indictment filed in 22 cv 3409 (SDNY) (scm) (Entered: 05/09/2022) |

| | | | |
|---|---|---|---|
| 05/05/2022 | | 133 | Exhibit 14 to Motion to Dismiss Indictment filed in 22 cv 3409 (SDNY) (scm) (Entered: 05/09/2022) |
| 05/06/2022 | | 134 | Exhibit 19 to Motion to Recuse J. Ramos in 22 cv 3409 (SDNY) (scm) (Entered: 05/09/2022) |
| 05/06/2022 | | 135 | Motion to Dismiss 05 cr 1115 (SDNY) and related exhibits also filed in 22 cv 3409(SDNY) (scm) (Entered: 05/09/2022) |
| 05/06/2022 | | 136 | Exhibits to Motion to Dismiss 05 cr 1115(SDNY) filed in 22 cv 3409 (SDNY) (scm) (Entered: 05/09/2022) |
| 05/10/2022 | | 137 | Exhibits to Motion to dismiss 05 cr 1115 filed in 22 cv 3409 (SDNY) (scm) (Entered: 05/13/2022) |
| 05/15/2022 | | 138 | Exhibit 11 to Motion to dismiss 05 cr 1115 filed in 22 cv 3409 (SDNY) (scm) (Entered: 05/17/2022) |
| 05/17/2022 | | 139 | Exhibit 20 to Motion to Recuse Judge Ramos filed in 22 cv 3409 (SDNY) (scm) (Entered: 05/18/2022) |
| 05/17/2022 | | 140 | Exhibit 21−A to Motion to Recuse Judge Ramos, filed in 22 cv 3409 (SDNY) (scm) (Entered: 05/18/2022) |
| 06/01/2022 | | 141 | Copy of Request for status conference in 22 cv 2243 (SDNY) (scm) |
| 06/02/2022 | | 142 | Copy of letter to Damian Williams re Brady material in 22 cv 3409, 04 cr 1224, and 05 cr 1115 (SDNY) (scm) |
| 06/07/2022 | | 143 | Ex 51−1 filed in 22 cv 3409 (SDNY) (scm) (Entered: 06/13/2022) |
| 06/09/2022 | | 144 | Service copy of letter to Damian Williams dated June 9, 2022 re 22 cv 3409, 04 cr 1224 and 05 cr 1115 (SDNY) (scm) (Entered: 06/13/2022) |
| 06/13/2022 | | 145 | Copy of letter to Chief District Court Judge for SDNY re show cause order requested, filed in 22 cv 3409 (SDNY) (scm) |
| 06/14/2022 | | 146 | Service copy of Second Request for the USAOs litigation position filed in 22 cv 3409 (SDNY) (scm) (Entered: 06/16/2022) |
| 06/15/2022 | | 147 | Second Touhy Request re 22 cv 3409 (SDNY) (scm) (Entered: 06/16/2022) |
| 06/17/2022 | | 148 | Request for Clarification of Order filed in 22 cv 3409 (SDNY) (scm) (Entered: 06/23/2022) |
| 06/20/2022 | | 149 | Second request for clarification of Dkt. 60 in 22 cv 3409 (SDNY) (scm) (Entered: 06/23/2022) |
| 06/21/2022 | | 150 | Notice and Letter to USAO re 04 CR 1224 and 22 cv 3409 (SDNY) (scm) (Entered: 06/23/2022) |
| 06/22/2022 | | 151 | Debtor's Request for Clarification regarding the Bankruptcy Courts Article III Subject matter Jurisdiction given New Facts and Legal Precedents filed by Ulysses T. Ware. (scm) (Entered: 06/24/2022) |

| | | | |
|---|---|---|---|
| 06/22/2022 | | 152 | Email from Mr. Ware referencing Exhibit 3 (no documents attached to email) (scm) (Entered: 06/24/2022) |
| 06/23/2022 | | 153 | Exhibit 4.1 to Debtors Motion for Clarification filed by Ulysses T. Ware. (related document(s)151) (scm) (Entered: 06/24/2022) |
| 06/23/2022 | | 154 | Exhibits 4.2, 4.3 and 5 to Debtors Request for Clarification filed by Ulysses T. Ware. (related document(s)151) (scm) (Entered: 06/24/2022) |
| 06/23/2022 | | 155 | Certificate of Service of Exhibits 4.1, 4.2, 4.3, and 5 filed by Ulysses T. Ware. (related document(s)153, 154) (scm) (Entered: 06/24/2022) |
| 06/24/2022 | | 156 | Exhibits 6 and 7 to Debtors Request for Clarification filed by Ulysses T. Ware. (scm) (Entered: 06/27/2022) |
| 06/27/2022 | | 157 | Exhibits 8 (notice of change of address) and 9 (request to receive electronic notice) to Debtors Request for Clarification filed by Ulysses T. Ware. (scm) |
| 06/27/2022 | | 158 | Exhibit 10 to Debtors Request for Clarification filed by Ulysses T. Ware. (scm) |
| 06/30/2022 | | 159 | Letter dated June 30, 2022 to Mr. Ulysses T. Ware. (scm) (Entered: 07/05/2022) |
| 06/30/2022 | | 160 | Copies of Letter dated June 30, 2022 to US Attorney and exhibits thereto, filed in 22 cv 3409 (SDNY) (scm) (Entered: 07/05/2022) |
| 07/01/2022 | | 161 | Copy of Notice to USAO re Brady materials filed in 22 cv 3409 (SDNY) (scm) (Entered: 07/05/2022) |
| 07/01/2022 | | 162 | Copy of Notice to cease and desist filed in 22 cv 3409 (SDNY) (scm) (Entered: 07/05/2022) |
| 07/05/2022 | | 163 | Copy of Exhibit J to Dkt 69 filed in 22 cv 3409 (SDNY) (scm) |
| 07/05/2022 | | 164 | Copy of Exhibits J2 to Dkt 69 filed in 22 cv 3409 (SDNY) (scm) |
| 07/06/2022 | | 165 | Letter to Judge Hagenau and request for action. (scm) (Entered: 07/07/2022) |
| 07/07/2022 | | 166 | Copy of letter from Mr. Ware to CJ Roberts re 22 cv 3409 (SDNY) (scm) |
| 07/08/2022 | | 167 | Copy of Motion to Dismiss 04 cr 1224 Indictment filed in SDNY and accompanying exhibits 1−10 (scm) (Entered: 07/11/2022) |
| 07/10/2022 | | 168 | Copy of Motion to Compel the USAO to comply with Brady Court Orders and accompanying exhibits, filed in 22 cv 3409 (SDNY) (scm) (Entered: 07/11/2022) |
| 07/11/2022 | | 169 | Copy of Mr. Wares response to State Bar of Ga letter (scm) (Entered: 07/12/2022) |
| 07/12/2022 | | 170 | Copy of Mr. Wares Certified Question to State Bar (scm) |
| 07/13/2022 | | 171 | |

| Date | | Doc # | Description |
|---|---|---|---|
| | | | Copies of exhibits provided to State Bar of Georgia (scm) (Entered: 07/20/2022) |
| 07/13/2022 | | 172 | Copy of letter to State Bar of Georgia (scm) (Entered: 07/20/2022) |
| 07/16/2022 | | 173 | Copy of Inquiry to USAG re Document from Board of Prisons, and accompanying exhibit. (scm) (Entered: 07/20/2022) |
| 07/25/2022 | | 174 | Copy of Letter to J. Ramos in 04 CR 1224 (SDNY) (scm) (Entered: 07/27/2022) |
| 07/26/2022 | | 175 | Debtors Request for Jurisdictional Status Conference and Transfer to US Bankruptcy Court SDNY filed by Ulysses T. Ware. (scm) (Entered: 07/27/2022) |
| 07/27/2022 | | 176 | Exhibits 4 and 5 to Debtors Request for Status Conference filed by Ulysses T. Ware. (related document(s)175) (scm) |
| 07/29/2022 | | 177 | Debtor's Second Request for Status Conference filed by Ulysses T. Ware. (scm) |
| 08/02/2022 | | 178 | Exhibit 7 to Doc 175 filed by Ulysses T. Ware. (related document(s)175) (scm) |
| 08/03/2022 | | 179 | Correspondence from Mr. Ware re proposed form of order (scm) (Entered: 08/04/2022) |
| 08/04/2022 | | 180 | Matters submitted by Mr. Ware (scm) |
| 08/05/2022 | | 181 | Demand for hearing filed by Mr. Ware. (scm) |
| 08/06/2022 | | 182 | Correspondence from Mr. Ware re docket. (scm) (Entered: 08/08/2022) |
| 08/07/2022 | | 183 | Correspondence from Mr. Ware re docket (duplicate of #182). (scm) (Entered: 08/08/2022) |
| 08/08/2022 | | 184 | Correspondence from Mr. Ware and attachments (scm) Additional attachment(s) added on 8/8/2022 (scm). |
| 08/08/2022 | | 185 | Correspondence from Mr. Ware re SDNY case. (scm) |
| 08/08/2022 | | 186 | Copy of correspondence from Mr. Ware. (scm) |
| 08/09/2022 | | 187 | Inquiry to Bankruptcy Court re status conference. (scm) |
| 08/10/2022 | | 188 | Mr. Ware correspondence re Certified Copy of Docket, and certificate of service. (scm) |
| 08/10/2022 | | 189 | Request by Mr. Ware for Brady Order Status Conference filed in 22 cv 3409 (SDNY). (scm) (Entered: 08/15/2022) |
| 08/11/2022 | | 190 | Request for entry of supervisory relief filed in 22 cv 3409 (SDNY). (scm) (Entered: 08/15/2022) |
| 08/12/2022 | | 191 | Proposed Order for Brady Disclosure filed in 22 cv 3409 (SDNY). (scm) (Entered: 08/15/2022) |

| | | | |
|---|---|---|---|
| 08/12/2022 | | 192 | Email from Mr. Ware with copy of filing information in 02 cv 2219 (SDNY). (scm) (Entered: 08/15/2022) |
| 08/12/2022 | | 193 | Email from Mr. Ware with copy of filing information in 22 cv 3409. (scm) (Entered: 08/15/2022) |
| 08/15/2022 | | 194 | Proposed order filed in 22 cv 3409 (SDNY). (scm) |
| 08/16/2022 | | 195 | Debtors third request for certified docket. (scm) |
| 08/16/2022 | | 196 | Request filed in 22 cv 3409 (SDNY) re obtaining docket in Group Mgmt case. (scm) |
| 08/16/2022 | | 198 | Letter from Mr. Ware for certified copies of Dkt. 11, 15 and 16. (scm) (Entered: 08/17/2022) |
| 08/17/2022 | | 197 | Request for all Writs Act Relief filed in 22 cv 3409 (SDNY) re certified copies of bankruptcy court docket entries. (scm) |
| 08/17/2022 | | 199 | Letter from Clerk dated August 17, 2022, with attachments, to Mr. Ware. (scm) (Entered: 08/18/2022) |
| 08/17/2022 | | 200 | Email from Mr. Ware. (scm) (Entered: 08/18/2022) |
| 08/18/2022 | | 201 | Reply to Incomplete and Fraudulent Production by Bankr. Clerk filed in 22 cv 3409 (SDNY). (scm) |
| 08/18/2022 | | 202 | Copy of Renewed Request for entry of Proposed Order in 22 cv 3409 (SDNY). (scm) (Entered: 08/19/2022) |
| 08/19/2022 | | 203 | Inquiry re 2012 fraud on the court pleadings sent by Mr. Ware. (scm) |
| 08/19/2022 | | 204 | Exhibits of Binding Precedent re Brady violation submitted to court in 22 cv 3409 (SDNY). (scm) |
| 08/19/2022 | | 205 | Copies of letters sent by Mr. Ware re Brady violation in 22 cv 3409 (SDNY). (scm) |
| 08/19/2022 | | 206 | Request for entry of All Writs Act order with respect to NDGA filed in 22 cv 3409 (SDNY). (scm) |
| 08/19/2022 | | 207 | Copies of Application for immediate entry of show cause order filed in 22 cv 2243 (SDNY). (scm) |
| 08/19/2022 | | 208 | Letter from Mr. Ware to J. Ramos with Exhibit re Order to Show Cause in 22 cv 3409 (SDNY). (scm) |
| 08/21/2022 | | 209 | Mr. Ware's Petition to District Court in 22 cv 3409 (SDNY). (scm) (Entered: 08/22/2022) |
| 08/23/2022 | | 210 | Emergency Application for production of certain documents addressed to J. Ramos, in 22 cv 3409 (SDNY). (scm) |
| 08/24/2022 | | 211 | Mr. Ware's Petition to the SDNY to disclose information re documents filed in 22 cv 3409. (scm) |

| | | | |
|---|---|---|---|
| 08/25/2022 | | 212 | Supplement 1.0 to Petition to the SDNY re documents filed in 22 cv 3409. (scm) |
| 08/26/2022 | | 213 | Copy of Mr. Ware's Supplement 2.0 to Petition to the SDNY re documents, filed in 22 cv 3409. (scm) |
| 08/28/2022 | | 214 | Mr. Ware's Supplement 3.0 to Petition to SDNY re documents filed in 22 cv 3409. (scm) (Entered: 08/29/2022) |
| 08/29/2022 | | 215 | Copy Mr. Ware's refiling of Supplement 1.0 to Petition to SDNY re documents, filed in 22 cv 3409. (scm) |
| 08/29/2022 | | 216 | Copy of Mr. Ware's letter to the SDNY in 22 cv 3409 re docket entries. (scm) |
| 08/29/2022 | | 217 | Ex 1 to Mr. Ware's Inquiry to the SDNY re documents in 22 cv 3409. (scm) |
| 08/30/2022 | | 218 | Mr. Ware's Supplement 4.0 to Petition to the SDNY re documents, filed in 22 cv 3409. (scm) |
| 08/31/2022 | | 219 | Supp 5.0 to Mr. Ware's request for documents in the SDNY (22 cv 3409). (scm) |
| 09/01/2022 | | 220 | Supp 6.0 to Mr. Ware's Petition to the SDNY re documents filed in 22 cv 3409. (scm) (Entered: 09/02/2022) |
| 09/02/2022 | | 221 | Mr. Ware's Supplement 7.0 to Petition to SDNY re documents. (scm) |
| 09/06/2022 | | 222 | Copy of Actual Innocent Claim 17 filed in 22 cv 3409 (SDNY). (scm) |
| 09/07/2022 | | 223 | Copy of Supplement 8.0 to Request to the SDNY for documents in 22 cv 3409. (scm) |
| 09/08/2022 | | 224 | Request for Status Conference filed in 22 cv 3409 (SDNY). (scm) |
| 09/09/2022 | | 225 | Supplement 9.0 to request for documents in 22 cv 3409 (SDNY). (scm) (Entered: 09/12/2022) |
| 09/12/2022 | | 226 | Copy of Motion for Emergency All Writs Act Disclosures filed in 22 cv 3409 (SDNY). (scm) |
| 09/13/2022 | | 227 | Supp. 1.0 to Emergency Motion filed by Mr. Ware in 22 cv 3409 (SDNY), including Ex A thereto. (scm) |
| 09/14/2022 | | 228 | Mr. Ware's Actual Innocent Supplemental Claim no 18 with Ex 1 filed in 22 cv 3409 (SDNY). (scm) Additional attachment(s) added on 9/14/2022 (scm). |
| 09/15/2022 | | 229 | Inquiry regarding Emergency All Writs Act relief filed in 22 cv 3409 (SDNY). (scm) |
| 09/16/2022 | | 230 | Request for Status Conference and Notice of Conspiracy filed in 22 cv 3409 (SDNY). (scm) |
| 09/19/2022 | | 231 | |

| | | | |
|---|---|---|---|
| | | | Request for Status Conference filed in 22 cv 3409 and 02 cv 2219 (SDNY). (scm) |
| 09/20/2022 | | 232 | Request for Status Conference in 22 cv 3409 and 02 cv 2219 (SDNY). (scm) |
| 09/21/2022 | | 233 | Petition of Debtor and Mr. Ware for relief under the All Writs Act and for Order to Cease and Desist in 02cv2219 (SDNY). (scm) Additional attachment(s) added on 9/21/2022 (scm). |
| 09/22/2022 | | 234 | Filing by Mr. Ware in 02cv2219 (SDN) re cease and desist relief. (scm) |
| 09/22/2022 | | 235 | Email from Mr. Ware with docketing information in 02cv2219 (SDNY). (scm) |
| 09/23/2022 | | 236 | Mr. Ware's submission in 02cv2219 (SDNY) re contempt. (scm) |
| 09/26/2022 | | 237 | Mr. Ware's Declaration for Contempt filed in 02cv2219 (SDNY). (scm) |
| 09/27/2022 | | 238 | Mr. Ware's Emergency Show Cause Motion and Notice filed in 02cv2219(SDNY). (scm) |
| 09/28/2022 | | 239 | Request for the Bankr. Ct to certify that all contempt has ceased. (scm) |
| 09/28/2022 | | 240 | Actual Innocent Supp Claim 19 and notice thereof, filed by Mr. Ware in 22cv3409 (SDNY). (scm) (Entered: 09/29/2022) |
| 09/28/2022 | | 241 | Mr. Ware's letter re contempt of Rule 41 Final Judgment. (scm) (Entered: 09/29/2022) |
| 09/29/2022 | | 242 | Mr. Ware's declaration in support of civil and criminal contempt findings, filed in 02cv2219 (SDNY). (scm) |
| 09/30/2022 | | 243 | Mr. Ware's Verified Petition for Emergency Article III Supervisory Authority Relief and Notice of Verified Petition for Emergency Supervisory Relief, filed in 22cv3409 (SDNY). (scm) (Entered: 10/03/2022) |
| 10/04/2022 | | 244 | Mr. Ware's Memorandum of Law in Support of Verified Petition for Emergency Article III Supervisory Authority Relief (22cv3409). (scm) |
| 10/05/2022 | | 245 | Mr. Ware's Request to Unseal and His Eighth (8th) Request to the District Clerk (SDNY) for Immediate Access to Inspect, Review, and Copy All Judicial Public Records in U.S. v Ware, 05cr1115 (22cv3409). (ngs) (Entered: 10/06/2022) |
| 10/07/2022 | | 246 | Mr. Ware's (1) Emergency Motion for Article III Supervisory Relief; (2) Motion to Unseal all Judicial Public Records in U.S. v Ware, 05cr1115 (SDNY); (3) Memorandum of Law in Support of Emergency Relief; and (4) Form T−1080). (U.S. v Ware, 07−5222cr(L) and 07−5670cr(XAP), 2nd Circuit Court of Appeals) (scm) (Entered: 10/12/2022) |
| 10/11/2022 | | 247 | Mr. Ware's Certificate of Service and Appendix 1.0 to Emergency Application for Article III Supervisory Authority Relief and Motion to Unseal all Judicial Public Records in U.S. v. Ware, 05cr1115 (SDNY). (U.S. v Ware, 07−5222cr(L) and 07−5670cr(XAP), 2nd Circuit Court of Appeals) (scm) (Entered: 10/12/2022) |

| | | | |
|---|---|---|---|
| 10/12/2022 | | 248 | Request for Update and status of Emergency Motion filed in 2d Cir Ct of App, with Appendix. (scm) (Entered: 10/13/2022) |
| 10/13/2022 | | 249 | Mr. Ware's Request for Disclosure of certain records filed in 07−5222cr (2d Cir). (scm) |
| 10/14/2022 | | 250 | Mr. Ware's Emergency Motion to Compel the Government to certify No Perjury was used filed in 07−5222cr (2d Cir). (scm) |
| 10/17/2022 | | 251 | Mr. Ware's Request to SDNY for certified docket in 22cv3409 and 05cr1115. (scm) (Entered: 10/18/2022) |
| 10/18/2022 | | 252 | Documents submitted by Mr. Ware in 05cr1115 and 22 cv3409 (SDNY) re Jeremy Jones docket. (scm) |
| 10/18/2022 | | 253 | Mr. Ware's resubmission of documents in 05cr1115 and 22cv3409 (SDNY). (scm) |
| 10/20/2022 | | 254 | Copy of letter from Mr. Ware to US Atty Office SDNY. (scm) (Entered: 10/21/2022) |
| 10/24/2022 | | 255 | Notice of Case Reassignment to the Honorable Wendy L. Hagenau. Service by BNC. (scm) |
| 10/24/2022 | | 256 | ORDERED that all relief requested by Mr. Ware, whether in his individual capacity or as legal representative of the Debtor, is DENIED including without limitation. ORDERED FURTHER that Mr. Ware is directed to show cause within fourteen (14) days of the date hereof as to why he should not be deemed a vexatious litigant and be prohibited from making any further filings in this closed bankruptcy case. (Related Doc 175), (Related Doc 177), (Related Doc 181) Service by BNC. Entered on 10/24/2022. (cws). Modified on 10/24/2022 (cws). Related document(s) 89 Exhibits, 90 Exhibits, 91 Exhibits, 151 Notice (BK), 152 Letter, 153 Exhibits, 154 Exhibits, 155 0−Certificate of Service, 156 Exhibits, 157 Exhibits, 158 Exhibits, 165 Letter, 176 Exhibits, 178 Exhibits, 179 Letter, 180 Letter, 182 Letter, 183 Letter, 184 Letter, 187 Letter, 188 Letter, 197 Letter, 198 Letter, 199 Letter, 200 Letter, 201 Letter, 202 Letter, 203 Letter, 239 Letter, 241 Letter. Modified on 10/24/2022 (cws). |
| 10/26/2022 | | 257 | Certificate of Mailing by BNC of Case Reassignment Notice. Notice Date 10/26/2022. (Admin.) (Entered: 10/27/2022) |
| 10/26/2022 | | 258 | Certificate of Mailing by BNC of Order on Motion to Set Hearing Notice Date 10/26/2022. (Admin.) (Entered: 10/27/2022) |
| 10/31/2022 | | 259 | Request for Certifications and Clarifications of the Court's October 24, 2022, Order filed by Ulysses T. Ware. (related document(s)256) (scm) |
| 11/04/2022 | | 260 | Request for Immediate First Amendment Right of Access to Stolen Judicial Public Records filed by Ulysses T. Ware. (scm) (Entered: 11/07/2022) |
| 11/04/2022 | | 261 | Article III Jurisdictional Request #22.5 filed by Ulysses T. Ware. (scm) (Entered: 11/07/2022) |
| 11/09/2022 | | 262 | ORDER AND NOTICE of Hearing on Order Directing Mr. Ware to Show Cause as to Why He Should Not Be Deemed a Vexatious Litigant and Be |

| | | | |
|---|---|---|---|
| | | | Prohibited from Filing, Sending, or Otherwise Delivering Documents for Filing in this Closed Bankruptcy Case. Service by BNC. Hearing to be held on 12/8/2022 at 10:00 AM via Zoom. Entered on 11/9/2022. (related document(s)256, 260) (ngs) |
| 11/10/2022 | | 264 | Group Management and Ulysses T. Ware's Verified Response in Opposition; Demand for Leave to Filing Injunction Hearing; and Request for other Reliefs filed by Ulysses T. Ware. (related document(s)256) (scm) (Entered: 11/15/2022) |
| 11/11/2022 | | 263 | Certificate of Mailing by BNC of Order and Notice Notice Date 11/11/2022. (Admin.) (Entered: 11/12/2022) |
| 11/14/2022 | | 265 | Group Management and Ulysses T. Ware's Supplemental Memorandum of Law #1.0 and Appendix #2.0 filed by Ulysses T. Ware. (related document(s)264, 256) (scm) (Entered: 11/15/2022) |
| 11/17/2022 | | 266 | Group Management and Ulysses T. Ware's Request for a Stay of the Court's Orders filed by Ulysses T. Ware. (related document(s)256, 262) (scm) |
| 11/18/2022 | | 267 | Order DENYING Request for a Stay. IT IS FURTHER ORDERED that the Court will hold a hearing on December 8, 2022 at 10:00 a.m. as set forth in the Order and Notice (Doc. No. 262). (Related Doc # 266) Service by BNC. Entered on 11/18/2022. (cws) |
| 11/20/2022 | | 268 | Certificate of Mailing by BNC of Order on Motion to Stay Order Notice Date 11/20/2022. (Admin.) (Entered: 11/21/2022) |
| 11/25/2022 | | 269 | Notice of the Prevailing Parties and Beneficiaries filed by Ulysses T. Ware. (scm) (Entered: 11/30/2022) |
| 11/25/2022 | | 270 | Motion for Immediate First Amendment Access filed by Ulysses T. Ware. (scm) (Entered: 11/30/2022) |
| 11/25/2022 | | 271 | Notice of and Motion for Material Witness Order filed by Ulysses T. Ware. (scm) (Entered: 11/30/2022) |
| 12/09/2022 | | 272 | Notice of Filing Exhibit DX−1 re: Ulysses T. Ware's Verified Opening Statement, Findings of Fact, and Proposed Memorandum Opinion and Final Order filed by Ulysses T. Ware. (scm) (Entered: 12/11/2022) |
| 12/12/2022 | | 273 | Ulysses T. Ware's Inquiry re: Article III standing of the 02cv2219 (SDNY) plaintiffs vis−a−vis Opposition to Show Cause Order (related document(s)256) (scm) |
| 12/13/2022 | | 274 | Order Denying Request for Certifications and Clarifications of The Court's October 24, 2022 and other Requests for Relief. IT IS ORDERED that Mr. Wares requests for relief in Docs. Nos. 259, 260, 261, 264, 265, 269, 270, 271, and 273 are DENIED. Service by BNC. Entered on 12/13/2022. (related document(s)259, 260, 261, 264, 265, 269, 270, 271, 273) (cws) |
| 12/13/2022 | | 275 | Order Finding Ulysses T. Ware is a Vexatious Litigant and Limiting his future filing in this case. It is further Ordered that Mr. Ware is hereby barred from filing any pleadings in this case except a notice of appeal to the United States District Court for the Northern District of Georgia or the Eleventh Circuit Court of Appeals. Service by BNC. Entered on |

| | | | |
|---|---|---|---|
| | | | 12/13/2022. (cws) |
| 12/15/2022 | | 276 | Certificate of Mailing by BNC of Order Notice Date 12/15/2022. (Admin.) (Entered: 12/16/2022) |
| 12/15/2022 | | 277 | Certificate of Mailing by BNC of Order Notice Date 12/15/2022. (Admin.) (Entered: 12/16/2022) |
| 01/27/2025 | | 278 | Letter to Mr. Ulysses T. Ware dated January 27, 2025. (scm) |
| 02/03/2025 | | 279 | Notice of Appeal Bankr.Rule9014/12(h)(3) Article III "Threshold Matter" Jurisdictional Appeal , Fee $ 298 Receipt Number: 10006430, Amount Paid $298.00, filed by Ulysses T. Ware . Appellant Designation due by 2/18/2025, submission by USBC to USDC due by 3/5/2025, (related document(s) 28, 256, 274, 275) (klt). Modified on 3/7/2025 (yl). (Entered: 02/07/2025) |
| 02/07/2025 | | 280 | Notice of deficient filing re: Missing Fee, $298.00 Service by BNC. (related document(s) 279) (yl) |
| 02/07/2025 | | 281 | Notification of Appeal Requirements (related document(s) 279) (yl) |
| 02/07/2025 | | 282 | Transmittal of Notice of Appeal to District Court (related document(s) 279) (yl) |
| 02/09/2025 | | 283 | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 02/09/2025. (Admin.) (Entered: 02/10/2025) |
| 02/09/2025 | | 284 | Certificate of Mailing by BNC of Notice of Appeal Requirements Notice Date 02/09/2025. (Admin.) (Entered: 02/10/2025) |
| 02/11/2025 | | 285 | Notice of Docketing Appeal by District Court. Case Number: 25−cv−00613−MLB (related document(s) 279) (yl) |
| 02/12/2025 | | | Receipt of Appeal Filing Fee − $298.00 by RS. Receipt Number 10006430. Paid by Ulysses T Ware. (acr). Related document(s) 279 Notice of Appeal (FEE). Modified on 2/14/2025 (law). |
| 02/14/2025 | | 289 | Appellants' Amendment No. 1 to Notice of Appeal filed by Ulysses T. Ware. (related document(s) 279) (scm) (Entered: 02/25/2025) |
| 02/18/2025 | | 286 | Order that the Court will not review and will return all emails received from Ulysses T. Ware. Service by BNC. Entered on 2/18/2025. (related document(s) 275) (ngs) |
| 02/19/2025 | | 291 | Appellants' Requests filed by Ulysses T. Ware. (scm) (Entered: 02/28/2025) |
| 02/20/2025 | | 287 | Certificate of Mailing by BNC of Order Notice Date 02/20/2025. (Admin.) (Entered: 02/21/2025) |
| 02/24/2025 | | 292 | Statement of Issues and Designated Items on Appeal filed by Ulysses T. Ware. (Attachments: F−2, F−3, F−3A, F−4, F−5, F−6) (related document(s) 279) (scm)Modified on 3/7/2025 (yl). (Entered: 02/28/2025) |
| 02/25/2025 | | 288 | Notice of Case Reassignment to the Honorable Barbara Ellis−Monro. Service by BNC. (scm) |

| | | | |
|---|---|---|---|
| 02/26/2025 | | 293 | Appellants' Amendment No. 2 to Notice of Appeal filed by Ulysses T. Ware. (related document(s) 279, 286) (scm) (Entered: 02/28/2025) |
| 02/26/2025 | | 294 | Supplement #1 to Statement of Issues on Appeal filed by Ulysses T. Ware. (related document(s) 279, 292) (scm) (Entered: 02/28/2025) |
| 02/27/2025 | | 290 | Certificate of Mailing by BNC of Case Reassignment Notice. Notice Date 02/27/2025. (Admin.) (Entered: 02/28/2025) |
| 02/28/2025 | | 295 | Letter to Ulysses T. Ware returning document (scm) |