IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Ulysses T. Ware and Group
Management,

            Appellants,

                                  Case No. 1:25-cv-613-MLB

v.

Alpha Capital, AG, et al.,

            Appellees,

_____/

## ORDER

The Court ordered Appellant Group Management to have counsel file a notice of appearance with the Clerk no later than March 6, 2025. (Dkt. 4.) The Court warned Appellant that failure to comply may result in sanctions, including dismissal. (*Id.*) Appellant has failed to comply with the Court's order.

Accordingly, the Court **DISMISSES** Appellant Group Management without prejudice for failure to comply with a lawful order of the Court. *See* LR 41.3(A)(2), NDGa.

**SO ORDERED** this 10th day of March, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE