

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAR 07 2025
KEVIN P. WEIMER, Clerk
By: Matthew [illegible] Deputy Clerk

# The Office of Ulysses T. Ware

123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

March 3, 2025, 8:21:13 AM

**VIA U.S. MAIL FILING**

The Office of the Clerk
United States District Court
Northern District of Georgia
1988 Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Re:** *Ware, et al. v. Alpha Capital, AG, et al.*, Case No. 25cv00613 (NDGA) – Filing of Appellants' Declaration of Service of Actual Notice of Adverse Consequences.

**Document Docket Text: [Appellants' Declaration of Service of Actual Notice of Adverse Consequences].**

Dear Clerk of the District Court:

Appellants-Movants, Ulysses T. Ware and Group Management, a sole proprietorship, hereby submit for electronic filing and docketing in the above-referenced matter, Case No. 25cv00613 (NDGA), the enclosed document titled **"(16-9) (Part 16-9) ULYSSES T. WARE'S DECLARATION OF SERVICE OF ACTUAL NOTICE OF ADVERSE CONSEQUENCES"**.

This filing constitutes Appellants-Movants' formal Declaration of Service, certifying to the Court that Actual Notice of Adverse Consequences, and related documents, have been duly served upon each Appellee-Respondent in Case No. 25cv00613 (NDGA) (MLB), as detailed within the enclosed Declaration of Service.

Appellants-Movants respectfully request that the Clerk of the District Court properly file and docket the enclosed Declaration of Service in Case No. 25cv00613 (NDGA), to ensure that the record accurately reflects Appellants-Movants' diligent efforts to provide Actual Notice to all parties in this proceeding.

Thank you for your attention to this filing.

Respectfully submitted,

/s/ Ulysses T. Ware

*Ulysses T. Ware*

Ulysses T. Ware

**Attorney in Fact for Appellants-Movants**

**Ulysses T. Ware and Group Management, a sole proprietorship**

**Enclosure:**

1. **(16-9) (Part 16-9) ULYSSES T. WARE'S AND GROUP MANAGEMENT'S DECLARATION OF SERVICE OF ACTUAL NOTICE OF ADVERSE CONSEQUENCES.**

## Certificate of Service

I, Ulysses T. Ware, attorney in fact for the Appellants, hereby certify under penalty of perjury that on this 3rd day of March 2025, I caused to be served a true and correct copy of the foregoing **COVER LETTER AND ENCLOSED DECLARATION OF SERVICE** via electronic filing (courtesy copy) with the United States District Court for the Northern District of Georgia in Case No. 25cv00613 (MLB) and by U.S. Mail to the Office of the District Clerk, United States District Court, Northern District of Georgia, 1988 Richard B. Russell U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303.

/s/ Ulysses T. Ware

Ulysses T. Ware

*Ulysses T. Ware*