# (16-13) (Part 16-13) 03.06.25—Appellants' Declaration of Filing and Service.

## The Office of Ulysses T. Ware

123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

March 6, 2025, 7:29:12 AM

**RECEIVED IN CHAMBERS**
U.S.D.C. - Atlanta

**MAR 1 0 2025**

KEVIN P. WEIMER, Clerk
By: J. Kelley Deputy Clerk

<u>**VIA ELECTRONIC and U.S. MAIL**</u>

The Honorable Michael L. Brown
United States District Judge (NDGA)
Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re: *Ware, et al. v. Alpha Capital, et al.*, Case No. 25cv00613 (NDGA) – **Appellants' Declaration of Filing and Service of Appellants' Response Regarding Entry of Appearance Counsel for Appellant Group Management, Dkt. 4, Order.**

**APPELLANT ULYSSES T. WARE AND GROUP MANAGEMENT'S DECLARATION OF FILING AND SERVICE OF RESPONSE TO DKT. 4, ORDER.**

I, Ulysses T. Ware, attorney in fact for Appellants-Movants, this 6th day of March 2025, in Brooklyn, NY, pursuant to 28 USC § 1746 having personal knowledge of the facts, declare under penalty of perjury that the following facts are true and correct to the best of my knowledge, information, and belief:

1. **Filing of Appellants' Response (Part 16-5):** On *February 25, 2025,* I timely caused to be filed Appellants' **"(16-5) (Part 16-5) Appellants' Declaration of Undisputed Facts and Response to the Court's Dkt. 4, Order, Feb. 13, 2025"** (hereinafter "Appellants' Response"), see Ex. 5, attached hereto this email and incorporated by reference herein,

Page 1 of 10
Thursday, March 6, 2025
(16-13) (Part 16-13) re Appellants' Declaration of Filing and Service regarding Response to Dkt. 4, Order.

with the Clerk of the United States District Court for the Northern District of Georgia in Case No. 25cv00613 (NDGA). This filing was timely accomplished via U.S. Mail, as evidenced by the attached Ex. 1, infra. A courtesy copy was forwarded to the Court's Chambers, and directed to Deputy Clerk Jessica Kelley. Ex. 2, infra.

2. **Service of Appellants' Response (Dkt. 16-5) on the District Clerk, Ex. 1, infra:** On *February 25, 2025*, a timely true and correct copy of Appellants' Response (Dkt. 16-5) was served upon the Office of the District Clerk for the Northern District of Georgia via U.S. Mail, to:

Office of the District Clerk
United States District Court
Northern District of Georgia
1988 Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

3. **Service of Appellants' Response (Part 16-5) on the Chamber of the Honorable Judge Michael L. Brown, Ex. 2, infra:** On *February 25, 2025*, a timely true and correct copy of Appellants' Response (Dkt. 16-5) was also served upon the Chamber of the Honorable Judge Michael L. Brown via email, addressed to:

Chambers of the Honorable Judge Michael L. Brown
United States District Court
Northern District of Georgia
Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Delivery confirmation was also received on February 25, 2025, by Deputy Clerk Jessica Kelley.

4. **Purpose of Filing and Service:** This Declaration of Filing and Service is submitted directly to the Court given that the Court's 25cv00613 (NDGA) docket, see Ex. 3, infra, as of 06:28 AM today, March 6, 2025, does not show the docketing and filings of Appellants' timely response to the Court's Order, Dkt. 4; and to formally document and certify to the Court that Appellants have *fully and timely* complied with the Court's directives, have *timely* filed and served their Response (Dkt. 16-5), *timely* filed the required Notice of Appearance, and *timely* addressed the issue of representation for Appellant Group Management, *a sole proprietorship*, and assignee, Fed. R. Civ. P. 17(a)(1)(G) real party in interest, of all claims, assets, and legal rights of the former defunct Chapter 11 Debtor, Group Management Corp., cf., 28 USC § 1654, as directed by the Court's Order of February 13, 2025 (Dkt. 4).

5. **Attached Exhibits:** Attached hereto infra and incorporated by reference are the exhibits supporting the facts declared herein.

6. **As of today March 6, 2025, at 06:28 AM, the Appellants' response to Dkt. 4, Ex. 5, attached hereto, <u>does not</u> appear on the Court's 25cv00613 (NDGA) docket, see Ex. 3, infra, *despite being mailed on 02.25.2025*.**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of March, 2025.

/s/ Ulysses T. Ware
*Ulysses T. Ware* (signature)
Ulysses T. Ware
Attorney in Fact for Appellants
The Office of Ulysses T. Ware

## Certificate of Service

I, Ulysses T. Ware, attorney in fact for the Appellants, hereby certify under penalty of perjury that on this 6th day of March 2025, I caused to be served a true and correct copy of the foregoing **Declaration of Filing and Service** via electronic mail and U.S. Mail to the Chambers of the Hon. District Judge Michael L. Brown, and all Appellees via email.

/s/ Ulysses T. Ware
Ulysses T. Ware

**Enclosures:**

1. Exhibit 1: Appellants' copy of mailing of response to Dkt. 4, Order.

2. Exhibit 2: Gmail delivery of (16-5) on 02.25.25 to the Chambers of the Hon. District Judge Michale L. Brown to the attention of Deputy Clerk Jessica Kelley.

3. Exhibit 3: 06:28 AM 03.06.25 25cv00613 (NDGA) docket.

# Exhibit 1—Copy of Response to Dkt. 4 Timely Mailing



Exhibit 2—02.25.25 Email to Judge Brown's Chambers

 Gmail            Ulysses Ware <utware007@gmail.com>

**02.25.25 re 25cv00613 (NDGA) re Appellants' Ulysses T. Ware and Group Management's response to Dkt. 4, Order (Brown, J.) and Group Management's counsel's entry of appearance in 25cv00613 (NDGA).**

Ulysses Ware <utware007@gmail.com>      Tue, Feb 25, 2025 at 1:42 PM
To: Jessica_Kelley@gand.uscourts.gov
Bcc: Ulysses Ware <UTWARE007@gmail.com>, lawyers@mignottlaw.com

# (16-5) (Part 16-5)

## The Office of Ulysses T. Ware

123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

February 25, 2025, 1:37:39 PM

**VIA ELECTRONIC AND U.S. MAIL**

The Honorable Judge Michael L. Brown
United States District Court
Northern District of Georgia
Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Re: *Ware, et al. v. Alpha Capital, et al.*, Case No. 25cv00613 (NDGA)**

**Enclosures:** (1) Appellants' Response to the District Court, Brown, J., Dkt. 4, February 13, 2025, Order; and (2) Appellant Group Management's Entry of Appearance of Counsel in 25cv00613 (NDGA).

**Dear Judge Brown:**

Appellants-Movants, Ulysses T. Ware and Group Management, a sole proprietorship, respectfully submit this letter to provide the Court with copies of the following documents, which are being concurrently filed with the Clerk of the District Court in the above-referenced matter, Case No. 25cv00613 (NDGA):

    1. **Appellants' Response to the District Court, Brown, J., Dkt. 4, February 13, 2025, Order:** This Response is submitted in direct compliance with the Court's Order, Docket Entry 4, dated February 13, 2025, and respectfully addresses the Court's inquiry regarding the representation of Appellant Group Management, clarifying its status as a sole proprietorship and affirming Appellant Ulysses T. Ware's right to represent Group Management *pro se* pursuant to 28 U.S.C. § 1654.

    2. **Appellant Group Management's Entry of Appearance of Counsel in 25cv00613 (NDGA):** This Notice of Appearance formally enters the appearance of Ulysses T. Ware as Attorney in Fact for Appellant Group Management, a sole proprietorship, consistent with federal law and the arguments presented in Appellants' Response to Dkt. 4.

Appellants-Movants respectfully submit these filings to ensure full compliance with the Court's directives and to provide the Court with a clear and comprehensive understanding of the representation status of Appellant Group Management in this appeal.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/ Ulysses T. Ware

**Ulysses T. Ware**
**Attorney in Fact for Appellants-Movants**
**Ulysses T. Ware and Group Management, a sole proprietorship**

Enclosures:

1. Appellants' Response to the District Court, Brown, J., Dkt. 4, February 13, 2025, Order
2. Appellant Group Management's Entry of Appearance of Counsel in 25cv00613 (NDGA)

### Certificate of Service

I, Ulysses T. Ware, attorney in fact for the Appellants, hereby certify under penalty of perjury that on this 25th day of February, 2025, I caused to be served a true and correct copy of the foregoing **COVER LETTER AND ENCLOSED FILINGS** via electronic filing with the United States District Court for the Northern District of Georgia in Case No. 25cv00613 (MLB) and by U.S. Mail to the Office of the District Clerk, United States District Court, Northern District of Georgia, 1988 Richard B. Russell U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303.

/s/ Ulysses T. Ware

Ulysses T. Ware



---

**3 attachments**

📎 **(16-5—NOP) 02.25.25 (Part 16-5—NOP) re Appellant Group Management Counsel's entry of appearance.pdf**
141K

📎 **(16-5—CL) 02.25.25 (Part 16-5—CL) re Clerk's cover letter.pdf**
138K

📎 **(16-5) 02.25.25 (Part 16-5) re Appellants' response to the Court's Dkt. 4 Order.pdf**
1224K

# Exhibit 3—06:28 AM 03.06.25 25cv00613 (NDGA) Docket

**U.S. District Court**
**Northern District of Georgia (Atlanta)**
**CIVIL DOCKET FOR CASE #: 1:25-cv-00613-MLB**

Ware et al v. Alpha Capital, AG et al
Assigned to: Judge Michael L. Brown
Case in other court: USBC NDGA, 03-93031-WLH
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 02/07/2025
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**Debtor**
Group Management Corp.

**Appellant**
Ulysses T. Ware

represented by Ulysses T. Ware
123 Linden Blvd
Ste 9-L
Brooklyn, NY 11226
718-844-1260
PRO SE

**Appellant**
Group Management

represented by Group Management
123 Linden Blvd
Ste 9-L
Brooklyn, NY 11226
718-844-1260
PRO SE

v

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2025 | | Clerk's Certificate of Mailing as to Group Management and Ulysses T. Ware re 4 Order. (pdt) (Entered: 02/14/2025) |
| 02/13/2025 | 4 | ORDER. The Court NOTIFIES Appellant Group Management that a corporation cannot appear pro se and must be represented by counsel. The Court NOTIFIES Appellant Group Management that a corporation cannot appear pro se and must be represented by counsel. The Court ORDERS Appellant Group Management to have counsel file a notice of appearance with the Clerk no later than March 6, 2025. Failure to comply with this order may result in sanctions against Appellant Group Management, including dismissal. The Court DIRECTS the Clerk to submit this matter after March 6, 2025, if an attorney does not file a notice of appearance on behalf of Appellant Group Management. Signed by Judge Michael L. Brown on this 13th day of February, 2025. (pdt) (Entered: 02/14/2025) |
| 02/12/2025 | | Filing Fee Paid: $ 298, receipt number 10006430 (aar) (Entered: 02/12/2025) |
| 02/12/2025 | | Clerk's Certificate of Mailing as to Group Management, Ulysses T. Ware re 3 Order, 2 Order and IFP form. (tas) (Entered: 02/12/2025) |
| 02/12/2025 | 3 | ORDER DIRECTING the Appellant to pay the required appeal filing fee to the Bankruptcy Court or, alternatively, submit an application to appeal in forma pauperis, on or before 2/26/2025. The Court DIRECTS the Clerk to mail an in forma pauperis application to Appellant alongside a copy of this Order and to submit this matter to the undersigned after the expiration of the abovementioned deadline. Forms sent to party: Affidavit to Proceed IFP. Signed by Judge Michael L. Brown on 2/12/2025. (tas) (Entered: 02/12/2025) |
| 02/11/2025 | 2 | STANDING ORDER REGARDING CIVIL LITIGATION. Signed by Judge Michael L. Brown on 8/26/2021. (tas) (Entered: 02/12/2025) |
| 02/11/2025 | | Submission of 1 Bankruptcy Notice of Appeal for fee determination to District Judge Michael L. Brown. (jbn) (Entered: 02/11/2025) |
| 02/07/2025 | 1 | Bankruptcy Notice of Appeal, USBC Case#: 03-93031-WLH. Notice of Appeal filed 2/3/2025 from Order entered 5/21/2003, 10/24/2022, 12/13/2022 by Appellant Ulysses T. Ware and Group Management. Fee Paid: No. filed by Group Management, Ulysses T. Ware. (Attachments: # 1 NOA doc #279; # 2 Appealed Order Doc #29, # 3 Appealed order doc #256, # 4 Appealed order doc #274, # 5 Appealed order doc #275, # 6 Docket Sheet)(jbn) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 02/11/2025) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 03/06/2025 06:28:05 | | |
| PACER Login: utw77601070 | Client Code: | |
| Description: Docket Report | Search Criteria: | 1:25-cv-00613-MLB |
| Billable Pages: 3 | Cost: | 0.30 |

# Exhibit 4—March 6, 2025, Proof of mailing to District Judge Brown.



The Office of Ulysses T. Ware
123 Linden Blvd., Ste. 9-L
Brooklyn, NY 11226

Re: 03.06.25 Appellants' Declaration of mailing of response to Dkt. 4, Order, 25cv00613 (NDGA)



The Honorable Michael L. Brown
United States District Judge (NDGA)
Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303



**Exhibit 5—March 25, 2025, Appellants' response to Dkt. 4, Order, attached hereto, and incorporated herein,** *in heac verba.*

**End of document**

The Office of Ulysses T. Ware
123 Linden Blvd., Ste. 9-L
Brooklyn, NY 11226

Re: 03.06.25 Appellants' Declaration of mailing of response to Dkt. 4, Order, 25cv00613 (NDGA)

NEW YORK NY 100
6 MAR 2025 PM 13 L



CLEARED DATE

MAR 1 0 2025

U.S. Marshals Service
Atlanta, GA 30303

The Honorable Michael L. Brown
United States District Judge (NDGA)
Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

30303-333996