OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS

MLB

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 17 2025

KEVIN P. WEIMER, Clerk
By: Matthew H, Deputy Clerk



CLEARED DATE
MAR 17 2025
U.S. Marshals Service
Atlanta, GA 30303



RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

11226532-1N    03/07/25
-R-T-S-

GroupManagement
123 Linden Blvd
Ste 9-L
Brooklyn, NY 11226

-------------------------------------------------------------------

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   ATTENTION   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Attorney Registration for Electronic Case Filing (ECF)

Electronic Filing became mandatory for all attorneys effective July 15, 2005. If you are a bar member in good standing with the Northern District of Georgia or an attorney admitted pro hac vice, visit our website at http://www.gand.uscourts.gov for information on obtaining ECF access.

## Other Orders/Judgments
1:25-cv-00613-MLB Ware et al v. Alpha Capital, AG et al

0months,MLBLC1

# U.S. District Court

# Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 2/14/2025 at 8:45 AM EST and filed on 2/13/2025
**Case Name:** Ware et al v. Alpha Capital, AG et al
**Case Number:** 1:25-cv-00613-MLB
**Filer:**
**Document Number:** 4

**Docket Text:**
ORDER. The Court NOTIFIES Appellant Group Management that a corporation cannot appear pro se and must be represented by counsel.The Court NOTIFIES Appellant Group Management that a corporation cannot appear pro se and must be represented by counsel. The Court ORDERS Appellant Group Management to have counsel file a notice of appearance with the Clerk no later than March 6, 2025. Failure to comply with this order may result in sanctions against Appellant Group Management, including dismissal. The Court DIRECTS the Clerk to submit this matter after March 6, 2025, if an attorney does not file a notice of appearance on behalf of Appellant Group Management. Signed by Judge Michael L. Brown on this 13th day of February, 2025. (pdt)

**1:25-cv-00613-MLB Notice has been electronically mailed to:**

**1:25-cv-00613-MLB Notice has been delivered by other means to:**

Group Management
123 Linden Blvd
Ste 9-L
Brooklyn, NY 11226

Ulysses T. Ware
123 Linden Blvd
Ste 9-L
Brooklyn, NY 11226

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=2/14/2025] [FileNumber=14622575-

Case 1:25-cv-00613-MLB    Document 11    Filed 03/18/25    Page 4 of 6

0] [aff18eb532ba6457df2e0d37f47d33c9e50f8136310b8fd908a157b5d9e3508c03 54eb43d736cfb018d9eb4ba24670c60c832d62eeac27e221ce810fb57b7112]]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

Ulysses T. Ware and Group
Management,

        Appellants,

                              Case No. 1:25-cv-613-MLB

v.

Alpha Capital, AG, et al.,

        Appellees,

_____/

## ORDER

Appellants Ulysses T. Ware and Group Management seek to appeal an order entered by the United States Bankruptcy Court for the Northern District of Georgia. After reviewing the bankruptcy record, the Court notes that Appellants paid the required filing fee on February 12, 2025. (*See* 02/12/2025 Docket Entry in Bankruptcy Case No. 03-93031.)

The Court also notes, however, that Appellant Group Management is not represented by counsel. The Court **NOTIFIES** Appellant Group Management that a corporation cannot appear pro se and must be represented by counsel. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385

(11th Cir. 1985). "This rule applies even when the person seeking to represent the corporation is its president . . . ." *CNH Capital Am., LLC v. Se. Aggregate, Inc.*, No. CV608-027, 2009 WL 1468999, at *1 (S.D. Ga. May 26, 2009) (quoting *F.T.C. v. Gem Merch. Corp.*, No. 95-8364, 1995 WL 623168, at *1 (11th Cir. 1995)); *see also* LR 83.1E(2)(b)(I), NDGa.

The Court **ORDERS** Appellant Group Management to have counsel file a notice of appearance with the Clerk no later than March 6, 2025. Failure to comply with this order may result in sanctions against Appellant Group Management, including dismissal.

The Court **DIRECTS** the Clerk to submit this matter after March 6, 2025, if an attorney does not file a notice of appearance on behalf of Appellant Group Management.

**SO ORDERED** this 13th day of February, 2025.

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE