FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 19 2025

KEVIN P WEIMER, Clerk
By: Matthew H Deputy Clerk

**(16-5--NOP) (Part 16-5--NOP) (MLB)**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

---

**ULYSSES T. WARE and GROUP MANAGEMENT,**
Appellants,

v.

**ALPHA CAPITAL, AG, et al.,**
Appellees.

---

**NOTICE OF APPEARANCE OF COUNSEL**

**Case No. 25cv00613 (MLB)**
**(Appeal from Bankruptcy Court Case No. 03-93031 (WLH))**

PLEASE TAKE NOTICE that Ulysses T. Ware, hereby enters his appearance as **Attorney in Fact for Appellant Group Management**, ***a sole proprietorship***, in the above-entitled action.

Appellant Group Management, a sole proprietorship, is authorized to be represented in these proceedings *pro se* by its sole proprietor, Ulysses T. Ware, pursuant to 28 U.S.C. § 1654, which provides that "***In all courts*** of the United States ***the [natural persons and sole proprietorship] parties may plead and conduct their own cases personally*** or by counsel…".

All notices, pleadings, motions, orders, and other papers in this action should be served upon:

Ulysses T. Ware, Attorney in Fact for Appellant Group Management
The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226

(718) 844-1260
utware007@gmail.com

Dated: February 25, 2025

Respectfully submitted,

/s/ Ulysses T. Ware

**Ulysses T. Ware**

**Attorney in Fact for Appellant Group Management, a sole proprietorship**

# Certificate of Service

I, Ulysses T. Ware, attorney in fact for the Appellants, hereby certify under penalty of perjury that on this 25th day of February 2025, I caused to be served a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** via electronic filing with the United States District Court for the Northern District of Georgia in Case No. 25cv00613 (MLB) and by U.S. Mail to the Clerk of the United States District Court for the Northern District of Georgia, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.

/s/ Ulysses T. Ware

Ulysses T. Ware

# End of document

 Ulysses Ware <utware007@gmail.com>

**02.25.25 re 25cv00613 (NDGA) re Appellants' Ulysses T. Ware and Group Management's response to Dkt. 4, Order (Brown, J.) and Group Management's counsel's entry of appearance in 25cv00613 (NDGA).**

**Ulysses Ware** <utware007@gmail.com> Tue, Feb 25, 2025 at 1:42 PM
To: Jessica_Kelley@gand.uscourts.gov
Bcc: Ulysses Ware <UTWARE007@gmail.com>, lawyers@mignottlaw.com

# (16-5) (Part 16-5)

# The Office of Ulysses T. Ware

123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

February 25, 2025, 1:37:39 PM

**VIA ELECTRONIC AND U.S. MAIL**

The Honorable Judge Michael L. Brown
United States District Court
Northern District of Georgia
Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Re: *Ware, et al. v. Alpha Capital, et al.*, Case No. 25cv00613 (NDGA)**

**Enclosures:** (1) Appellants' Response to the District Court, Brown, J., Dkt. 4, February 13, 2025, Order; and (2) Appellant Group Management's Entry of Appearance of Counsel in 25cv00613 (NDGA).

**Dear Judge Brown:**

Appellants-Movants, Ulysses T. Ware and Group Management, a sole proprietorship, respectfully submit this letter to provide the Court with copies of the following documents, which are being concurrently filed with the Clerk of the District Court in the above-referenced matter, Case No. 25cv00613 (NDGA):

1. **Appellants' Response to the District Court, Brown, J., Dkt. 4, February 13, 2025, Order:** This Response is submitted in direct compliance with the Court's Order, Docket Entry 4, dated February 13, 2025, and respectfully addresses the Court's inquiry regarding the representation of Appellant Group Management, clarifying its status as a sole proprietorship and affirming Appellant Ulysses T. Ware's right to represent Group Management *pro se* pursuant to 28 U.S.C. § 1654.

2. **Appellant Group Management's Entry of Appearance of Counsel in 25cv00613 (NDGA):** This Notice of Appearance formally enters the appearance of Ulysses T. Ware as Attorney in Fact for Appellant Group Management, a sole proprietorship, consistent with federal law and the arguments presented in Appellants' Response to Dkt. 4.

Appellants-Movants respectfully submit these filings to ensure full compliance with the Court's directives and to provide the Court with a clear and comprehensive understanding of the representation status of Appellant Group Management in this appeal.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/ Ulysses T. Ware

**Ulysses T. Ware**
**Attorney in Fact for Appellants-Movants**
**Ulysses T. Ware and Group Management, a sole proprietorship**

**Enclosures:**

1. Appellants' Response to the District Court, Brown, J., Dkt. 4, February 13, 2025, Order
2. Appellant Group Management's Entry of Appearance of Counsel in 25cv00613 (NDGA)

**Certificate of Service**

I, Ulysses T. Ware, attorney in fact for the Appellants, hereby certify under penalty of perjury that on this 25th day of February, 2025, I caused to be served a true and correct copy of the foregoing **COVER LETTER AND ENCLOSED FILINGS** via electronic filing with the United States District Court for the Northern District of Georgia in Case No. 25cv00613 (MLB) and by U.S. Mail to the Office of the District Clerk, United States District Court, Northern District of Georgia, 1988 Richard B. Russell U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303.

/s/ Ulysses T. Ware

Ulysses T. Ware

**3 attachments**

**(16-5--NOP) 02.25.25 (Part 16-5--NOP) re Appellant Group Management Counsel's entry of appearance.pdf**
141K

**(16-5--CL) 02.25.25 (Part 16-5--CL) re Clerk's cover letter.pdf**
138K

**(16-5) 02.25.25 (Part 16-5) re Appellants' response to the Court's Dkt. 4 Order.pdf**
1224K






UNITED STATES
POSTAL SERVICE®

PRIORITY® MAIL

UNITED STATES POSTAL SERVICE.
Retail
P
US POSTAGE PAID
$15.95
Origin: 11226
03/17/25
3509710318-30
PRIORITY MAIL®
2 Lb 1.40 Oz
RDC 03
EXPECTED DELIVERY DAY: 03/20/25
C039
SHIP TO:
75 TED TURNER DR SW
ATLANTA GA 30303-3315
USPS TRACKING® #
9505 5141 9262 5078 2225 35

MAIL
FOR DO
To sche

UNITED STATES POSTAL SERVICE®
PRIORITY® MAIL
03.17-25 mailed.
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE
FROM:
The office of Ulysses T. Ware
123 Linden Blvd, Ste 9-L
Brooklyn, NY 11226
25cv00613(NDGA)
CLEARED SECURITY
CLEARED DATE
MAR 19 2025
U.S. Marshals Service
Atlanta, GA 30303
U.S. MARSHALS SERVICE
Atlanta, Georgia
TO:
Office of the District Clerk
U.S. District Courthouse
75 Ted Turner Dr., SW
Atlanta, GA 30303
Label 228, December 2023
FOR DOMESTIC AND INTERNATIONAL USE

TRACKED ■ INSURED

PS00000133100

EP14 July 2022
OD: 15 x 11.625

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

March 17, 2025

Ware, et. al. v. Alpha Capital, AG, et.al.

25 cv 00613 (NDGA)

/s/ Ulysses T. Ware

U.S. District Court (NDGA)
Office of the District Clerk
1988 U.S. Courthouse
75 Ted Turner Dr., SW
Atlanta, GA 30303

Contents:

16-5, 17-1, 17-2, 17-4, 17-5, 17-6