(17-2—CL) (Part 17-2—CL) Appellants' March 12, 2025 filing of the Rule 59(e) Motion to Vacate the March 10, 2025 Order (MLB), addressed to the **Office of the District Clerk, Northern District of Georgia (NDGA)**:



RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 19 2025

KEVIN P. WEIMER, Clerk
By: Matthew, Deputy Clerk

# The Office of Ulysses T. Ware

123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

Wednesday, March 12, 2025

**Via Certified Mail, Electronic Mail, and U.S. Mail**
**Certified Mail No.: 7022 0410 0001 1417 8798**

Office of the Clerk of Court
United States District Court
Northern District of Georgia
Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

**Re:** *Ware, et al. v. Alpha Capital, AG, et al.*
Case No. 1:25-cv-00613-MLB (NDGA)
**Appellants' Rule 59(e) Motion to Vacate March 10, 2025 Order (Dkt. 6)**

Dear Clerk of Court:

Please find enclosed for **filing and docketing** in the above-referenced matter the following:

1. **Appellants' Rule 59(e) Motion to Vacate Dkt. 6, March 10, 2025 Order**—with supporting memorandum, factual exhibits, and certificate of service.

This submission is respectfully made **pursuant to Rule 59(e) of the Federal Rules of Civil Procedure**, challenging the March 10, 2025, Order (Dkt. 6) of the Honorable Michael L. Brown dismissing Appellant **Group Management, a sole proprietorship**, on grounds that are factually and legally erroneous.

Appellants respectfully submit that the Court's dismissal of Group Management was based on a **factual misapprehension of the record** and overlooked **binding federal statutory law (28**

**U.S.C. § 1654)** and **Supreme Court precedent** (see *Rowland v. California Men's Colony*, 506 U.S. 194 (1993)), which expressly recognize the right of a sole proprietor to proceed pro se.

As detailed in the attached Rule 59(e) motion and supporting exhibits, Appellants timely complied with Dkt. 4, Order, including the **February 25, 2025, filing of an entry of appearance** by Ulysses T. Ware, d/b/a Group Management. These filings were timely submitted via U.S. Mail and email to Chambers, and the Court's contrary conclusion, without addressing these record filings, constitutes clear error warranting reconsideration and vacatur.

Accordingly, Appellants respectfully request that the Court vacate Dkt. 6, recognize the lawful pro se representation of Group Management as a sole proprietorship, and grant such other relief as just and proper.

Please **file and docket this submission** promptly in the above-captioned case.

Should there be any issues with processing or docketing this submission, kindly contact me directly at (718) 844-1260 or via email at utware007@gmail.com.

Thank you for your attention and courtesies in this matter.

Respectfully submitted,

/s/ Ulysses T. Ware
Ulysses T. Ware
Attorney in Fact for Appellants
Ulysses T. Ware and d/b/a Group Management (a sole proprietorship)

Enclosures:

- Appellants' Rule 59(e) Motion to Vacate March 10, 2025 Order (Dkt. 6), with exhibits
- Certificate of Service


cc (via Email):

- Hon. Michael L. Brown, U.S. District Judge
- All Counsel of Record (per email)
- U.S. Trustee, Region 21
- Appellees