RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 19 2025

KEVIN P. WEIMER, Clerk
By: *Matthew H* Deputy Clerk

**(17-7) (Part 17-7)**

**March 17, 2025**

# The Office of Ulysses T. Ware

123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

Monday, March 17, 2025, 11:33:55 AM

**VIA U.S. MAIL**

Office of the District Clerk
United States District Court
Northern District of Georgia
1988 Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re: ***Ware, et al. v. Alpha Capital, AG, et al.,*** Case No. 1:25-cv-00613 (NDGA) Resubmission of Judicial Pleadings (16-16, 17-1, 17-2, 17-4, 17-5, 17-6) Pursuant to 18 U.S.C. § 2071(a), (b) and Fed. R. Civ. P. 79.

Dear Clerk of the District Court:

I, Ulysses T. Ware, attorney in fact for the Appellants in the above-referenced matter, write on behalf of Appellants to formally **resubmit** for immediate filing and docketing the enclosed judicial pleadings and documents—identified as (16-16), (17-1), (17-2), (17-4), (17-5), and (17-6)—pursuant to **18 U.S.C. §§ 2071(a), (b) and Federal Rule of Civil Procedure 79**. These materials were previously submitted for docketing in Case No. 1:25-cv-00613 (NDGA), yet they have not timely appeared on the public docket.

By way of this correspondence, Appellants respectfully request that your Office promptly file and enter these enclosed documents on the docket to ensure full compliance with Rule 79 and the statutory mandate of 18 U.S.C. § 2071. Additionally, to safeguard the integrity of these Court filings and the due administration of justice, we hereby request that the Clerk's Office prepare and provide a **certified chain of custody** detailing the receipt, handling, and docketing history of all submissions made by Appellants in Case No. 1:25-cv-00613 (NDGA). This certification will help affirm that each submission is properly preserved, accurately recorded, and made accessible to all parties and the public.

Thank you in advance for your prompt attention to this matter. Should there be any issues concerning the processing or docketing of these documents, kindly contact me at the number above or by email at your earliest convenience.

Respectfully submitted,

/s/ Ulysses T. Ware
Ulysses, attorney in fact for the Appellants

Enclosures: (16-16), (17-1), (17-2), (17-4), (17-5), (17-6)

cc:

- Office of the Clerk, U.S. District Court (N.D. Ga.), via U.S. Mail
- Executive Director, Administrative Office of the U.S. Courts
- Office of the FBI Director



# The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

February 25, 2025, 1:03:26 PM

**VIA U.S. MAIL**

16-5

Office of the District Clerk
United States District Court
Northern District of Georgia
1988 Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re: *Ware, et al. v. Alpha Capital, et al.*, Case No. 25cv00613 (NDGA)

**Enclosures:** (1) Appellants' Response to the District Court, Brown, J., Dkt. 4, February 13, 2025, Order; and (2) Appellant Group Management's Entry of Appearance of Counsel in 25cv00613 (NDGA).

**Dear Clerk of the District Court:**

Appellants-Movants, Ulysses T. Ware and Group Management, a sole proprietorship, hereby submit for filing and docketing in the above-referenced matter, Case No. 25cv00613 (NDGA), the following documents:

1. **Appellants' Response to the District Court, Brown, J., Dkt. 4, February 13, 2025, Order:** This document constitutes Appellants-Movants' formal response to the Order issued by the Honorable Judge Brown, Docket Entry 4, dated February 13, 2025, regarding the representation of Appellant Group Management.
2. **Appellant Group Management's Entry of Appearance of Counsel in 25cv00613 (NDGA):** This document constitutes the formal Entry of Appearance of Ulysses T. Ware as Attorney in Fact for Appellant Group Management, a sole proprietorship, pursuant to 28 U.S.C. § 1654.

Appellants-Movants respectfully request that the Clerk of the District Court ensure that all future notices, orders, and other documents issued by the Court in Case No. 25cv00613 (NDGA), including all PACER electronic notifications, are properly directed and served upon:

Ulysses T. Ware, Attorney in Fact for Appellant Group Management
The Office of Ulysses T. Ware

**(17-1) (Part 17-1) re Cover Letter to Judge Brown**

## The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

March 10, 2025, 12:12:38 PM

The Honorable Michael L. Brown
United States District Judge
Northern District of Georgia
Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

17-1

Re: *Ulysses T. Ware and Group Management v. Alpha Capital, AG, et al.*, Case No. 1:25-cv-00613-MLB – Appellants' Request for Rule 3.3 and Rule 8.4 Professional Responsibility and Duty of Candor Order, Appellate Status Conference, and Briefing Schedule.

**Dear Judge Brown:**

On behalf of Appellants, Ulysses T. Ware, and Group Management, I, Ulysses T. Ware, attorney in fact for the Appellants, respectfully submit the enclosed Appellants' Request for Rule 3.3 and Rule 8.4 Professional Responsibility and Duty of Candor Order, Appellate Status Conference, and Briefing Schedule for consideration by this Honorable Court.

This Request addresses a matter of paramount importance to the integrity of these appellate proceedings: the express ethical and professional responsibility obligations that attorney Appellees owe to this Court. As officers of the court and members of the bar, *these Appellees are bound by a duty of complete candor, requiring them to be forthright and truthful in all representations made before this tribunal, particularly regarding issues that are dispositive to the instant appeal.* This duty is not merely aspirational; it is a foundational principle essential to the fair and efficient administration of justice.

The enclosed Request seeks to invoke this Court's inherent authority to ensure that all attorney Appellees fulfill their duty of candor to the District Court, 25cv00613 (NDGA). By directing the attorney Appellees to file sworn Certificates of Candor and by scheduling an appellate status conference, this Court can proactively address potential breaches of professional responsibility and ensure that the appellate record is grounded in truthfulness and accuracy. Such measures will demonstrably save and conserve valuable judicial resources by clarifying critical factual and legal

(17-2—CL) (Part 17-2—CL) Appellants' March 12, 2025 filing of the Rule 59(e) Motion to Vacate the March 10, 2025 Order (MLB), addressed to the **Office of the District Clerk, Northern District of Georgia (NDGA):**

# The Office of Ulysses T. Ware

123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

Wednesday, March 12, 2025

**Via Certified Mail, Electronic Mail, and U.S. Mail**
**Certified Mail No.: 7022 0410 0001 1417 8798**

Office of the Clerk of Court
United States District Court
Northern District of Georgia
Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

17-2

Re: *Ware, et al. v. Alpha Capital, AG, et al.*
Case No. 1:25-cv-00613-MLB (NDGA)
**Appellants' Rule 59(e) Motion to Vacate March 10, 2025 Order (Dkt. 6)**

Dear Clerk of Court:

Please find enclosed for **filing and docketing** in the above-referenced matter the following:

1. **Appellants' Rule 59(e) Motion to Vacate Dkt. 6, March 10, 2025 Order**—with supporting memorandum, factual exhibits, and certificate of service.

This submission is respectfully made pursuant to **Rule 59(e) of the Federal Rules of Civil Procedure**, challenging the March 10, 2025, Order (Dkt. 6) of the Honorable Michael L. Brown dismissing Appellant Group Management, **a sole proprietorship**, on grounds that are factually and legally erroneous.

Appellants respectfully submit that the Court's dismissal of Group Management was based on a **factual misapprehension of the record and overlooked binding federal statutory law (28**

# Case No. 25cv00613 (NDGA) (MLB)

Filed on March 13, 2025, 2:18:23 PM via U.S. mail and via email to the Chambers of the Hon. District Judge Michael L. Brown pursuant to 18 USC §§ 2071(a), (b), a judicial public record.

## The Office of Ulysses T. Ware

123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

Thursday, March 13, 2025, 2:18:23 PM

**BY U.S. MAIL AND ELECTRONIC FILING**

The Honorable Michael L. Brown
United States District Judge
Northern District of Georgia
Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

17-4

Re: Pro se Appellants' 18 U.S.C. §§ 2071(a), (b), 28 U.S.C. § 1654 Filing: March 13, 2025, (17-4) (Part 17-4) re: Dkt. 298 (F-10 and F-11) (03-93031) (BC NDGA) 03.13.25 Memorandum to the District Court (NDGA), 25cv00613 (NDGA) (Brown, J.): re Appellees' Judicial Admissions of 18 USC § 1951(a) Hobbs Act Extortion, Racketeering Bankruptcy Crimes and Frauds, and 18 USC § 1961(6)(B) Predatory Unlawful Debt (GX 1-4) Collection Activities by Appellees KTS, Meir, Mills, Walker, Kadaba, Morawetz, the U.S. Trustee, Region 21, Rabinowitz, the U.S. Marshals, Zitter, their *unregistered broker-dealer* clients, and other Appellees.

Your Honor:

Please accept for urgent filing and judicial consideration the enclosed original Memorandum of Law, submitted by pro se Appellants Ulysses T. Ware and Group Management (**a sole proprietorship**) pursuant to 18 U.S.C. §§ 2071(a), (b), and 28 U.S.C. § 1654. This critically important filing, designated as (17-4) (Part 17-4) Dkt. 298 (F-10 and F-11) (03-93031) (BC NDGA) 03.13.25 Memorandum to the District Court (NDGA), IN SUPPORT OF Appellants' Application of a Rule 3.3/8.4 Show Cause Order and other reliefs (17-1) (Part 17-1) (March 10, 2025) constitutes definitive proof of egregious criminal misconduct by officers of this Court.

## SUMMARY OF THE ARGUMENT.

Page 1 of 23
Thursday, March 13, 2025
(17-4) (Part 17-4) re: Memorandum to the District Court (NDGA), 25cv00613 (NDGA) (Brown, J.): re Judicial Admissions of Hobbs Act Extortion, Racketeering Bankruptcy Crimes, and Frauds of Appellees KTS, Meir, Mills, Zitter, and their unregistered broker-dealer clients, the 02cv2219 (SDNY) plaintiffs, and their agents, proxies, surrogates, alter-egos, and all those in active concert therewith..

# 25cv00613 (NDGA)
# (17-5) (Part 17-5)

## The Office of Ulysses T. Ware

123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

**Friday, March 14, 2025, 1:33:38 PM**

<u>BY US. MAIL AND ELECTRONIC FILING</u>

The Honorable Michael L. Brown
United States District Judge
Northern District of Georgia
Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303



17-5

Re: Pro se Appellants' 18 USC §§ 2071(a), (b), 28 USC § 1654  March 14, 2025, (17-5) (Part 17-5) 03.14.25 Memorandum to the District Court (NDGA), 25cv00613 (NDGA) (Brown, J.): re Supplemental Memorandum of Law regarding Appellees' Lack of Article III Standing and Subject Matter Jurisdiction.

Respectfully submitted,

/s/ Ulysses T. Ware
Ulysses T. Ware
28 USC § 1654 Attorney-in-fact for Appellants, Group Management (a sole proprietorship) and Ulysses T. Ware

cc:
The Office of the District Clerk (NDGA).
Executive Director Administrative Office of the U.S. Courts,
Office of the FBI Director,
via U.S. mail.

## 28 USC § 1654 Pro Se Appellants' Certificate of Filing

Page 1 of 29
Friday, March 14, 2025
(17-5) (Part 17-5) re: Appellants' Supplemental Memorandum #2 in Support of (17-1) (March 10, 2025) Application for entry of a Show Cause Order and other reliefs.

**(17-6) (Part 17-6) (03.17.25)**
**Case No. 1:25-cv-00613-MLB**

# The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

Monday, March 17, 2025, 10:06:51 AM



**VIA U.S. MAIL AND E-MAIL TO CHAMBERS**
The Honorable Michael L. Brown
United States District Judge
Northern District of Georgia
Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re: **Declaration of Filing – Appellants' Supplemental Memorandum of Law (#3) (17-6)** in Further Support of (17-1) March 10, 2025, Application for Article III Jurisdictional Show Cause Order and Related Reliefs.

Case No.: 1:25-cv-00613-MLB (N.D. Ga.)

Dear Judge Brown:

Pursuant to 28 U.S.C. § 1654, Appellants Group Management (a sole proprietorship) and Ulysses T. Ware, appearing pro se through the undersigned attorney in fact, hereby submit and file the attached **Supplemental Memorandum of Law (#3)**, designated as Dkt. 17-6, dated March 17, 2025, in further support of Appellants' March 10, 2025, **(17-1) Application for an Article III Jurisdictional Show Cause Order and Other Relief** (collectively, the "Application").

As of today, March 17, 2025, the March 10, 2025, 17-1 Application for the Show Cause Order does not appear on the Court's official docket. Appellants respectfully request that the District Court inquiry as to **the chain of custody, current location, and current status** of 17-1 and other recent submissions (17-2, 17-4, and 17-5) by Appellants all protected by 18 USC §§ 2071(a), (b) from suppression, concealment, and removal.[1]

---

[1] (a) **Whoever willfully and unlawfully conceals**, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, **paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States,**