RECEIVED IN CHAMBERS
U.S.D.C. - Atlanta

MAR 12 2025

KEVIN P. WEIMER, Clerk
By: J. Kelley Deputy Clerk

**(16-5--NOP) (Part 16-5--NOP) (MLB)**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

---

**ULYSSES T. WARE and GROUP MANAGEMENT,**
Appellants,

v.

**ALPHA CAPITAL, AG, et al.,**
Appellees.

---

## NOTICE OF APPEARANCE OF COUNSEL

**Case No. 25cv00613 (MLB)
(Appeal from Bankruptcy Court Case No. 03-93031 (WLH))**

PLEASE TAKE NOTICE that Ulysses T. Ware, hereby enters his appearance as **Attorney in Fact for Appellant Group Management**, ***a sole proprietorship***, in the above-entitled action.

Appellant Group Management, a sole proprietorship, is authorized to be represented in these proceedings *pro se* by its sole proprietor, Ulysses T. Ware, pursuant to 28 U.S.C. § 1654, which provides that "***In all courts*** of the United States ***the [natural persons and sole proprietorship] parties may plead and conduct their own cases personally*** or by counsel…".

All notices, pleadings, motions, orders, and other papers in this action should be served upon:

Ulysses T. Ware, Attorney in Fact for Appellant Group Management
The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226

(718) 844-1260
utware007@gmail.com

Dated: February 25, 2025

Respectfully submitted,

/s/ Ulysses T. Ware

**Ulysses T. Ware**

**Attorney in Fact for Appellant Group Management, a sole proprietorship**

# Certificate of Service

I, Ulysses T. Ware, attorney in fact for the Appellants, hereby certify under penalty of perjury that on this 25th day of February 2025, I caused to be served a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** via electronic filing with the United States District Court for the Northern District of Georgia in Case No. 25cv00613 (MLB) and by U.S. Mail to the Clerk of the United States District Court for the Northern District of Georgia, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.

/s/ Ulysses T. Ware

Ulysses T. Ware

# End of document