RECEIVED IN CHAMBERS
U.S.D.C. - Atlanta

MAR 12 2025

KEVIN P. WEIMER, Clerk
By: J. Kelley  Deputy Clerk

# The Office of Ulysses T. Ware

123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

February 25, 2025, 1:03:26 PM

**VIA U.S. MAIL**

Office of the District Clerk
United States District Court
Northern District of Georgia
1988 Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Re:** *Ware, et al. v. Alpha Capital, et al.*, **Case No. 25cv00613 (NDGA)**

**Enclosures:** (1) Appellants' Response to the District Court, Brown, J., Dkt. 4, February 13, 2025, Order; and (2) Appellant Group Management's Entry of Appearance of Counsel in 25cv00613 (NDGA).

**Dear Clerk of the District Court:**

Appellants-Movants, Ulysses T. Ware and Group Management, a sole proprietorship, hereby submit for filing and docketing in the above-referenced matter, Case No. 25cv00613 (NDGA), the following documents:

1. **Appellants' Response to the District Court, Brown, J., Dkt. 4, February 13, 2025, Order:** This document constitutes Appellants-Movants' formal response to the Order issued by the Honorable Judge Brown, Docket Entry 4, dated February 13, 2025, regarding the representation of Appellant Group Management.
2. **Appellant Group Management's Entry of Appearance of Counsel in 25cv00613 (NDGA):** This document constitutes the formal Entry of Appearance of Ulysses T. Ware as Attorney in Fact for Appellant Group Management, a sole proprietorship, pursuant to 28 U.S.C. § 1654.

Appellants-Movants respectfully request that the Clerk of the District Court ensure that all future notices, orders, and other documents issued by the Court in Case No. 25cv00613 (NDGA), including all PACER electronic notifications, are properly directed and served upon:

Ulysses T. Ware, Attorney in Fact for Appellant Group Management
The Office of Ulysses T. Ware

123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
utware007@gmail.com

Thank you for your attention to these filings and for ensuring proper notification in this matter moving forward.

Sincerely,

/s/ Ulysses T. Ware

**Ulysses T. Ware**
**Attorney in Fact for Appellants-Movants**
**Ulysses T. Ware and Group Management, a sole proprietorship**

**Enclosures:**

1. Appellants' Response to the District Court, Brown, J., Dkt. 4, February 13, 2025, Order
2. Appellant Group Management's Entry of Appearance of Counsel in 25cv00613 (NDGA)

### Certificate of Service

I, Ulysses T. Ware, attorney in fact for the Appellants, hereby certify under penalty of perjury that on this 25th day of February, 2025, I caused to be served a true and correct copy of the foregoing **COVER LETTER AND ENCLOSED FILINGS** via electronic filing with the United States District Court for the Northern District of Georgia in Case No. 25cv00613 (MLB) and by U.S. Mail to the Office of the District Clerk, United States District Court, Northern District of Georgia, 1988 Richard B. Russell U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303.

/s/ Ulysses T. Ware

Ulysses T. Ware

*Ulysses T. Ware* (signature)