# The Office of Ulysses T. Ware

123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 25 2025

KEVIN P. WEIMER, Clerk
By_____ Deputy Clerk

Saturday, March 22, 2025, 10:33:19 AM

**VIA PRIORITY U.S. MAIL**

Office of the District Clerk
United States District Court
Northern District of Georgia
Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re: ***Ware, et al. v. Alpha Capital, AG, et al.***, Case No. 1:25-cv-00613-MLB (N.D. Ga.)
Submission of Judicial Pleadings: (17-8), (17-9), (17-10), and (17-11).

Dear Clerk of the District Court:

I, Ulysses T. Ware, attorney in fact for the Appellants in the above-captioned appellate matter, hereby submit for immediate filing and docketing the enclosed judicial pleadings pursuant to the Federal Rules of Civil Procedure and this Court's Standing Order, Dkt. 2, ¶ (m). These pleadings are submitted in support of Appellants' March 10, 2025, pending Application for a Show Cause Order and Request for an Appellate Status Conference (Dkt. 17-1) and related jurisdictional and remedial relief.

The enclosed pleadings consist of the following submissions:

1. **(17-8)** – Appellants' *Renewed Application for an Appellate Status Conference* and Supplemental Letter-Brief in Support of Article III Threshold Jurisdictional Review, dated March 18, 2025;
2. **(17-9)** – *Supplemental Memorandum of Law (#5)* in further support of Appellants' Application for a Show Cause Order, filed March 19, 2025;
3. **(17-10)** – *Memorandum of Law (#6)* regarding the Hobbs Act, RICO, and criminal liability of Kilpatrick Townsend & Stockton LLP (KTS) and its unregistered broker-dealer clients, submitted March 20, 2025;
4. **(17-11)** – Supplemental Memorandum of Law (#7) in Support of Dkt. 12, Application for Show Cause Order and Other Reliefs.

These materials are submitted under oath pursuant to 28 U.S.C. § 1746, and as judicial pleadings protected under 18 U.S.C. § 2071(a)-(b), and are being transmitted via Priority Mail to ensure timely and complete receipt.

Appellants respectfully request that these filings be entered without delay on the docket of the above-referenced case and that the Clerk's Office confirm docketing and provide acknowledgment of receipt.

Should there be any questions or issues regarding processing, I may be reached at (718) 844-1260 or via email at utware007@gmail.com.

Thank you for your prompt attention to this matter.

Respectfully submitted,

/s/ Ulysses T. Ware
**Ulysses, attorney in fact for the Appellants**
Group Management (a sole proprietorship) and Ulysses T. Ware

**Enclosures:**

- (17-8): Renewed Application for Status Conference
- (17-9): Supplemental Memo of Law (#5)
- (17-10): Supplemental Memo of Law (#6)
- (17-11): Supplemental Memo of Law (#7)

**cc:**

- Executive Director, Administrative Office of the U.S. Courts
- Office of the FBI Director
- All Appellees (via email, where applicable)



# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

(03.22.25)

**FROM:**
The Office of Ulysses T. Wave
123 Linden Blvd, Ste 9-L
Brooklyn, NY 11226

**TO:**
The Office of the District Clerk
U.S. District Court (NDGA)
Richard B. Russell Federal Courthouse
75 Ted Turner Dr., SW
Atlanta, GA 30303



MAILING ENVELOPE
FOR DOMESTIC AND INTERNATIONAL USE

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ▪ INSURED**



PS00000133100

BP14 October 2024
OD: 15 x 11.625

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



Ware, et al. v. Alpha Capital, etc.
25 cv 00613 (NDGA)
March 22, 2025

Contents:
17-8(CL), 17-8, 17-9, 17-10,
and 17-11 submitted for filing
and docketing in 25 cv 00613

/s/ Ulysses T. Ware

17-8

17-8(CL) 1/5

Ulysses T. Ware

For filing and docketing in:

25cv00613 (N06A)

March 18, 2025

/s/ Ulysses T. Ware.

# 18 USC §§ 2071(a), (b) judicial pleading
# (17-8) (Part 17-8) (03.18.25)
# Case No. 1:25-cv-00613-MLB

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

In re:
GROUP MANAGEMENT CORP. (Debtor),

03-93031 (BC NDGA), Chapter 11

17-8  2/5

On appeal in:

ULYSSES T. WARE and d/b/a GROUP MANAGEMENT, (a sole proprietorship),

Appellants,

v.

ALPHA CAPITAL, AG, et al., <u>Hobbs Act Predatory Unregistered Broker-Dealers</u>,[1]

Appellees.

---

[Docket Text] March 18, 2025, (17-8) (Part 17-8) APPELLANTS' 28 USC § 1654 SUPPLEMENTAL LETTER-BRIEF (#4) IN SUPPORT OF (17-1) MARCH 10, 2025, APPLICATION FOR ARTICLE III "THRESHOLD" JURISDICTIONAL SHOW CAUSE ORDER AND OTHER RELIEFS.

Respectfully submitted,

/s/ Ulysses T. Ware

Ulysses T. Ware, 28 USC § 1654 Attorney-in-fact for Appellants, Group Management (a sole proprietorship) and Ulysses T. Ware

---

[1] See 25cv00613 (NDGA) Dkt. 5-13 on pages 43-53.

Filed on March 19, 2025, 11:10:24 AM

Case No. 25cv00613 (NDGA) (MLB)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:
GROUP MANAGEMENT CORP. (Debtor),

03-93031 (BC NDGA), Chapter 11

On appeal in:

ULYSSES T. WARE and d/b/a GROUP MANAGEMENT, (a sole proprietorship),

Appellants,

v.

ALPHA CAPITAL, AG, et al., *Unregistered Broker-Dealers*,

Appellees.

---

**[Docket Text]** March 19, 2025, (17-9) (Part 17-9) APPELLANTS' 28 USC § 1654 SUPPLEMENTAL MEMORANDUM OF LAW (#5) IN SUPPORT OF (17-1) MARCH 10, 2025, APPLICATION FOR ARTICLE III "THRESHOLD" JURISDICTIONAL SHOW CAUSE ORDER AND OTHER RELIEFS.

Respectfully submitted,
/s/ Ulysses T. Ware
Ulysses T. Ware

*[signature]*

Page 1 of 12
Wednesday, March 19, 2025
(17-9) (Part 17-9) re: Appellants' Supplemental Memorandum (letter-brief) (#5) in Support of March 10, 2025, (17-1) Application for a Show Cause Order and Other Reliefs.

Filed on March 20, 2025, 11:06:51 AM

Case No. 25cv00613 (NDGA) (MLB)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:
GROUP MANAGEMENT CORP. (Debtor),

03-93031 (BC NDGA), Chapter 11

17-10    4/5

On appeal in:

ULYSSES T. WARE and d/b/a GROUP MANAGEMENT, (a sole proprietorship),

Appellants,

v.

ALPHA CAPITAL, AG, et al., *Predatory Unregistered Broker-Dealers*,

Appellees.

---

[Docket Text] March 20, 2025, (17-10) (Part 17-9) APPELLANTS' 28 USC § 1654 SUPPLEMENTAL MEMORANDUM OF LAW (#6) IN SUPPORT OF Dkt. 12, (17-1) MARCH 10, 2025, APPLICATION FOR ARTICLE III "THRESHOLD" JURISDICTIONAL SHOW CAUSE ORDER AND OTHER RELIEFS—THE HOBBS ACT CRIMINAL LIABILITY AND CULPABILITY OF KTS, ET AL.

Respectfully submitted,
/s/ Ulysses T. Ware
Ulysses T. Ware

Page 1 of 18
Thursday, March 20, 2025
(17-10) (part 17-10) re: Appellants' Supplemental Memorandum of Law (#6) re: Criminal liability and culpability of KTS, its clients, and their privies.

Filed on March 21, 2025, 2:49:40 PM

Case No. 25cv00613 (NDGA) (MLB)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:
GROUP MANAGEMENT CORP. (Debtor),

03-93031 (BC NDGA), Chapter 11

17-11  5/5

On appeal in:

ULYSSES T. WARE and d/b/a GROUP MANAGEMENT, (a sole proprietorship),

Appellants,

v.

ALPHA CAPITAL, AG, et al., *Predatory Unregistered Broker-Dealers*,

Appellees.

[Docket Text] March 21, 2025, (17-11) (Part 17-11) APPELLANTS' 28 USC § 1654 SUPPLEMENTAL MEMORANDUM OF LAW (#7) IN SUPPORT OF Dkt. 12, (17-1) MARCH 10, 2025, APPLICATION FOR ARTICLE III "THRESHOLD" JURISDICTIONAL SHOW CAUSE ORDER AND OTHER RELIEFS—BINDING PRECLUSIVE EFFECTS OF RULE 41(a)((2) FINAL JUDGMENT.

Respectfully submitted,
/s/ Ulysses T. Ware
Ulysses T. Ware

Page 1 of 22
Friday, March 21, 2025
(17-11) (Part 17-11) re Appellants' Supplemental Memorandum of law (letter-brief) (#7) in Support of
Application for a Show Cause Order, Stay of Briefing Schedule, and Other Reliefs.

Office of Ulysses T. Ware
123 Linden Blvd, Ste 9-L
Brooklyn, NY 11226

NEW YORK NY 100
19 MAR 2025 PM 14 L

Re: 03.18.25 Appellants' Supp.Memo of Law (17-8)
25cv00613 (NDGA).
Req. for Show cause order,
appellate status conf., and
stay of briefing schedule

CLEARED DATE
MAR 25 2025
U.S. Marshals Service
Atlanta, GA 30303

**Office of the District Clerk**
**U.S. District Court (NDGA)**
**Richard B. Russell U.S. Courthouse**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303**

30303-331861