# 18 USC §§ 2071(a), (b) judicial pleading (17-8) (Part 17-8) (03.18.25)
# Case No. 1:25-cv-00613-MLB

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 25 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

---

In re:
**GROUP MANAGEMENT CORP. (Debtor),**

03-93031 (BC NDGA), Chapter 11

---

**On appeal in:**

**ULYSSES T. WARE and d/b/a GROUP MANAGEMENT, (a sole proprietorship),**

Appellants,

v.

**ALPHA CAPITAL, AG, et al., Hobbs Act Predatory Unregistered Broker-Dealers,[1]**

Appellees.

---

**[Docket Text] March 18, 2025, (17-8) (Part 17-8) APPELLANTS' 28 USC § 1654 SUPPLEMENTAL LETTER-BRIEF (#4) IN SUPPORT OF (17-1) MARCH 10, 2025, APPLICATION FOR ARTICLE III "THRESHOLD" JURISDICTIONAL SHOW CAUSE ORDER AND OTHER RELIEFS.**

Respectfully submitted,

/s/ Ulysses T. Ware

Ulysses T. Ware, 28 USC § 1654 Attorney-in-fact for Appellants, Group Management (a sole proprietorship) and Ulysses T. Ware

---

[1] See 25cv00613 (NDGA) Dkt. 5-13 on pages 43-53.

Page **1** of **11**
Tuesday, March 18, 2025
(17-8) (Part 17-8) re Appellants' renewed Application for an Article III Jurisdictional Appellate Status Conference and Other Reliefs.

cc:
The Office of the District Clerk (NDGA)
Executive Director Administrative Office of the U.S. Courts,
Office of the FBI Director,
via U.S. mail.