# 18 USC §§ 2071(a), (b) judicial pleading (17-8) (Part 17-8) (03.18.25)
# Case No. 1:25-cv-00613-MLB

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 25 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

In re:
**GROUP MANAGEMENT CORP. (Debtor),**

03-93031 (BC NDGA), Chapter 11

**17-8(CL) 1/5**

On appeal in:

**ULYSSES T. WARE** and d/b/a **GROUP MANAGEMENT**, (a sole proprietorship),

Appellants,

v.

**ALPHA CAPITAL, AG, et al., Hobbs Act Predatory Unregistered Broker-Dealers,**[1]

Appellees.

---

**[Docket Text]** March 18, 2025, (17-8) (Part 17-8) APPELLANTS' 28 USC § 1654 SUPPLEMENTAL LETTER-BRIEF (#4) IN SUPPORT OF (17-1) MARCH 10, 2025, APPLICATION FOR ARTICLE III "THRESHOLD" JURISDICTIONAL SHOW CAUSE ORDER AND OTHER RELIEFS.

Respectfully submitted,

/s/ Ulysses T. Ware

Ulysses T. Ware, 28 USC § 1654 Attorney-in-fact for Appellants, Group Management (a sole proprietorship) and Ulysses T. Ware

---

[1] See 25cv00613 (NDGA) Dkt. 5-13 on pages 43-53.

Page 1 of 11
Tuesday, March 18, 2025
(17-8) (Part 17-8) re Appellants' renewed Application for an Article III Jurisdictional Appellate Status Conference and Other Reliefs.

For filing and docketing in:

25cv 00613 (NDGA)

March 18, 2025

/s/ Ulysses D. Ware

*Ulysses D. Ware*

17-B

Office of Ulysses T. Ware
123 Linden Blvd, Ste 9-L
Brooklyn, NY 11226

Re: 03.18.25 Appellants' Supp.Memo of Law (17-8)
25cv00613 (NDGA).
Req. for Show cause order,
appellate status conf., and
stay of briefing schedule




Office of the District Clerk
U.S. District Court (NDGA)
Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303