# The Office of Ulysses T. Ware

123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

17-14

Date: March 26, 2025, 1:03:13 PM

**Via U.S. Mail and Email to the Chambers of the Hon. Michael L. Brown**

**To:** Office of the District Clerk
United States District Court
Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Case Name:** *Ulysses T. Ware and Group Management v. Alpha Capital AG, et al.*
**Case No.:** 1:25-cv-00613-MLB (NDGA)

**Subject: URGENT REQUEST FOR IMMEDIATE FILING AND DOCKETING: Appellants' and Appellees' Stipulation and Declaration of Lack of Article III Subject Matter Jurisdiction (Standing) (17-14) (Part 17-14), for Kilpatrick, Townsend, & Stockton, LLP's Predatory Unregistered Broker-Dealer Clients.**

Dear Judge Brown and the Clerk of Court:

Pursuant to 18 U.S.C. §§ 2071(a) and (b), please accept for **immediate filing and docketing** in the above-referenced appellate proceeding (Case No. 1:25-cv-00613-MLB) the attached document designated as **(17-14) (Part 17-14), dated March 26, 2025**, entitled:

**APPELLANTS' AND APPELLEES' JOINT STIPULATION AND DECLARATION OF LACK OF ARTICLE III SUBJECT MATTER JURISDICTION (STANDING) REGARDING APPELLEES KTS' PREDATORY UNREGISTERED BROKER-DEALER CLIENTS AND NOTICE PURSUANT TO RULE 11(b)(1-4), 28 USC § 1927, AND JUDGE BROWN'S STANDING ORDER ¶M.**

This critical Declaration sets forth twenty-four (24) specific factual predicates, supported by the Joint Stipulated Appellate Record and binding judicial admissions, conclusively establishing the absence of Article III subject matter jurisdiction (standing) regarding Appellees' participation in this appeal and related proceedings. Furthermore, the Declaration serves as

Appellants' formal notice to Appellees pursuant to Fed. R. Civ. P. 11, 28 U.S.C. § 1927, and Judge Brown's Standing Order ¶M, demanding a sworn response under penalty of perjury by **1:00 PM Eastern Time today, March 26, 2025.**

Given the extremely time-sensitive deadline imposed within the Declaration for Appellees' response, Appellants respectfully request that this document (17-14) be filed and docketed **immediately** upon receipt to ensure proper notice and effect. Prompt docketing is crucial for the integrity and procedural administration of this matter.

Thank you for your immediate attention to this urgent request.

Respectfully submitted,


/s/ Ulysses T. Ware

**Ulysses T. Ware**
Attorney in Fact for Appellants Ulysses T. Ware and Group Management

---

### Declaration of Filing and Service Pursuant to 18 U.S.C. § 2071(a), (b)

I, Ulysses T. Ware, attorney in fact for the Appellants, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing memorandum and the attached Declaration (17-14) (Part 17-14) constitute a judicial pleading submitted to the Office of the District Clerk's possession for filing and docketing in Case No. 1:25-cv-00613-MLB, on this 26th day of March, 2025; and all Appellees, and their legal counsels of record have been served on March 26, 2025, with a copy of the foregoing (17-14) (Part 17-14).

/s/ Ulysses T. Ware

**Ulysses T. Ware, attorney in fact for the Appellants**



## (17-14) (Part 17-14)
## Case No. 1:25-cv-00613-MLB

3/26/2025 1:03:13 PM

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

**Ulysses T. Ware and d/b/a Group Management (a sole proprietorship),**
**Appellants,**

v.

**Alpha Capital AG, et al., *Predatory Unregistered Broker-Dealers*,**
**Appellees.**

(On Appeal from *In re Group Management Corp.*, Case No. 03-93031 (BC NDGA), Chapter 11)

---

**[Docket Text]: APPELLANTS' AND APPELLEES' JOINT STIPULATION AND DECLARATION OF LACK OF ARTICLE III SUBJECT MATTER JURISDICTION (STANDING) REGARDING APPELLEES KTS' PREDATORY UNREGISTERED BROKER-DEALER CLIENTS AND NOTICE PURSUANT TO RULE 11(b)(1-4), 28 USC § 1927, AND JUDGE BROWN'S STANDING ORDER ¶M.**

Respectfully submitted this 26th day of March 2025.

**The Office of Ulysses T. Ware**
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

By: /s/ Ulysses T. Ware
*Ulysses 2. Ware*
Ulysses T. Ware
Attorney in Fact for Appellants