# The Office of Ulysses T. Ware

123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

Monday, March 24, 2025

**VIA U.S. MAIL AND ELECTRONIC FILING**
Office of the District Clerk
United States District Court
Northern District of Georgia
Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re: **In re Group Management Corp. (Debtor), Ch. 11, Case No. 03-93031 (Bankr. N.D. Ga.)**
    On appeal in: **Ware, et al. v. Alpha Capital, AG, et al., Case No. 1:25-cv-00613 (N.D. Ga.)**

Dear Clerk:

Please find enclosed for filing and docketing in the above-referenced matter the following submission, prepared on behalf of the Appellants, Group Management (a sole proprietorship) and Ulysses T. Ware:

- **(17-13) (Part 17-13), dated March 24, 2025: "Appellants' Motion for a Protective Order and Injunction and Proposed Order, and Memorandum of Law in Support."**

Pursuant to the applicable Federal Rules of Bankruptcy Procedure and Local Rules of this Honorable Court, Appellants respectfully submit this Motion to seek judicial relief ensuring the protection of the integrity of these appellate proceedings and preventing any further vexatious or duplicative litigation by the Appellees. This enclosed filing is intended for immediate processing, docketing, and consideration, consistent with the procedures governing this appeal.

If there are any questions regarding this submission, or if further documentation is required, please do not hesitate to contact me at the phone number or email provided above. Thank you for your assistance and courtesies in this matter.

Respectfully submitted,

**/s/ Ulysses T. Ware, attorney in fact for the Appellants**
Group Management (a sole proprietorship) and Ulysses T. Ware

*[signature: Ulysses T. Ware]*

Enclosure:
(17-13) (Part 17-13) - Appellants' Motion for a Protective Order and Injunction, Proposed Order, and Memorandum of Law in Support.

cc:

- Chambers of the Hon. Michael L. Brown
- Executive Director, Administrative Office of the U.S. Courts
- Office of the U.S. Trustee, Region 21
- All Known Counsel and Parties in Interest