# The Office of Ulysses T. Ware

123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

Friday, March 28, 2025, 1:34:24 PM

Office of the District Clerk
United States District Court (NDGA)
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

RE: 25cv00613 (NDGA) – Appellants' Submission for Immediate Filing and Docketing

Dear Clerk of Court:

Enclosed please find two judicial pleadings submitted on behalf of the Appellants in the above-referenced matter, designated as **(Part 17-16)** and **(Part 17-17)**. Pursuant to 18 U.S.C. §§ 2071(a) and (b), we respectfully request the immediate filing and docketing of these pleadings in Case No. 1:25-cv-00613 (NDGA).

The enclosed documents form a critical part of the appellate record and require prompt attention. We therefore ask that you please file them upon receipt, and kindly reflect their submission on the District Court's docket at the earliest convenience.

Should you have any questions or require additional information, please do not hesitate to contact me at (718) 844-1260 or via email at the address listed above. Thank you for your assistance in this matter.

Respectfully submitted,

/s/ Ulysses T. Ware
*Ulysses T. Ware*
**Ulysses T. Ware**
Attorney in Fact for the Appellants,
Ulysses T. Ware and Group Management

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL**



March 28, 2025
re: (17-16), (17-17)

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT



USPS.COM/PICKUP

TRACKED ■ INSURED


PS00001000014
EP14F October 2023
OD: 12 1/2 x 9 1/2

---

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL**

(17-16) and (17-17) 03.28.25  

**FROM:**
The Office of Ulysses T. Ware
123 Linden Blvd, Ste 9-L
Brooklyn, NY 11226

**TO:**
The Office of the District Clerk
U.S. District Court (NDGA)
Richard B. Russell U.S. Courthouse
75 Ted Turner Dr., SW
Atlanta, GA 30303

Label 228, December 2023   FOR DOMESTIC AND INTERNATIONAL USE

**VISIT US AT USPS.COM**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

CamScanner



Ware, et al. v. Alpha Capital A, et al.
25 cv 00613 (NDGA)
March 28, 2025

Contents:
Part (17-16): Joint Declaration

Part (17-17): Memo of Law (#9)

/s/ Ulysses T. Ware

**(17-16) (Part 17-16) 03.28.25 re The Parties' Joint Declaration and Stipulation of Rule 3.3 and 8.4 Violations, and Sum Certain Stipulated Money Judgment Damages of $5.2225 billion, and in Support of a <u>Court-Supervised Rule 3.3 Candor Proceeding</u>.**

## Case No. 1:25-cv-00613-MLB

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

Ulysses T. Ware and Group Management (a sole proprietorship),
Appellants,

v.                                                                 17-16

Alpha Capital AG, et al., <u>Predatory Unregistered Broker-Dealers</u>,
Appellees.

(On Appeal from *In re Group Management Corp.*, Case No. 03-93031 (BC NDGA), Chapter 11)

---

**APPELLANTS' AND APPELLEES' JOINT DECLARATION AND STIPULATION IN SUPPORT OF A COURT-SUPERVISED RULE 3.3 CANDOR PROCEEDING REGARDING (I) LACK OF ARTICLE III SUBJECT MATTER JURISDICTION (STANDING), (II) VIOLATIONS OF GEORGIA RULES OF PROFESSIONAL CONDUCT 3.3 AND 8.4, AND BANKR. RULE 9011(b)(1-4), AND (III) STIPULATED CONSENT MONEY JUDGMENT FOR DAMAGES, JOINTLY AND SEVERALLY, IN THE SUM CERTAIN AMOUNT OF $5.2225 BILLION, PAYABLE TO THE APPELLANTS, ULYSSES T. WARE AND GROUP MANAGEMENT.**

Respectfully submitted this 28th day of March 2025 at 1:05:32 PM

The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226

*/s/ Ulysses T. Ware*

Page 1 of 16
Friday, March 28, 2025
(17-16) (Part 17-16) re The Parties' Joint Rules 3.3 and Rule 8.4 Declaration and Stipulation of Ethics Violations during the 02cv2219 (SDNY), 03-93031 (BC NDGA), and 25cv00613 (NDGA) proceedings; and stipulated damages in the sum certain amount of $5.2225 billion, and entry of consent judgment, jointly and severally.

(17-17) (Part 17-17) March 27, 2025, Appellants' Memorandum of law (#9) and analysis of Judge Sand's Dec. 20, 2007, voluntary Rule 41(a)(2) final judgment's legal consequences on Appellees KTS, its clients, its partners, privies, proxies, surrogates, alter-egos, and all those in active concert therewith.

**The Office of Ulysses T. Ware**
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

17-17

Friday, March 28, 2025, 1:06:33 PM

## Re: Memorandum (#9) re: Appellants' Amplified Analysis--Absolute Prohibition on Reliance Upon Annulled Aspects of 02cv2219 (SDNY) Inconsistent with the Controlling Preclusive Effect of Judge Sand's Dec. 20, 2007, Dkt. 90, Voluntary Rule 41(a)(2) Final Judgment. [JSAR Dkt. 5-13 on pages 46-47].

Respectfully submitted this 28th day of March 2025.

The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

By: /s/ Ulysses T. Ware

Ulysses T. Ware
Attorney in Fact for Appellants

*[signature]*

Page 1 of 9
Friday, March 28, 2025
(17-17) (Part 17-17) re Memo of Law (#9)--Rule 41(a)(2) Final Judgment's Annulment of all Aspects of 02cv2219 (SDNY) Lawsuit.