17-15

# (17-15) (Part 17-15)
# Case No. 1:25-cv-00613-MLB

Filed on 3/27/2025 7:14:07 AM

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

RECEIVED IN CHAMBERS
U.S.D.C. - Atlanta

APR 0 1 2025

KEVIN P. WEIMER, Clerk
By: J. Kelley  Deputy Clerk

**Ulysses T. Ware and d/b/a Group Management (a sole proprietorship),**
**Appellants,**

v.

**Alpha Capital AG, et al., _Predatory Unregistered Broker-Dealers_,**
**Appellees.**

(On Appeal from *In re Group Management Corp.*, Case No. 03-93031 (BC NDGA), Chapter 11)

---

[Docket Text]: (17-15) (Part 17-15) March 27, 2025, Appellants' Urgent Request for Supervisory Relief: Letter request to Judge Brown re proper filing and docketing of Appellants' judicial pleadings in 25cv00613 (NDGA) in compliance with federal law, 18 USC §§ 2071(a), (b) and Rule 79.

Respectfully submitted this 27th day of March 2025.

**The Office of Ulysses T. Ware**
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

By: /s/ Ulysses T. Ware

**Ulysses T. Ware**
Attorney in Fact for Appellants

*/s/ Ulysses T. Ware*

Page **1 of 11**
Thursday, March 27, 2025
(17-15) (Part 17-15) re Supervisory letter request to Judge Michael L. Brown regarding the District Clerk's compliance and possible violations of federal law, 18 USC §§ 2071(a), (b), and Rule 79 with respect to Appellants' judicial pleadings and submissions.

# The Office of Ulysses T. Ware

123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

March 27, 2025

**VIA U.S. MAIL AND ELECTRONIC FILING TO CHAMBERS**

The Honorable Michael L. Brown
United States District Judge
Northern District of Georgia
Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Re: Appellants' Inquiry Regarding Compliance with Fed. R. Civ. P. 79 and 18 U.S.C. § 2071 Regarding Undocketed Judicial Pleadings in *Ware, et al. v. Alpha Capital, AG, et al.*, Case No. 1:25-cv-00613-MLB (NDGA).**

Your Honor:

      Appellants Ulysses T. Ware and Group Management (a sole proprietorship) ("Appellants"), appearing by and through their attorney in fact, Ulysses T. Ware, respectfully submit this letter to bring to the Court's immediate attention a critical matter *concerning the integrity and completeness of the official court docket in the above-referenced appellate proceeding*. Specifically, this correspondence addresses the apparent failure of the Office of the District Clerk for the Northern District of Georgia ("District Clerk") to timely and properly file and docket several judicial pleadings submitted by Appellants, raising serious concerns regarding compliance with Rule 79 of the Federal Rules of Civil Procedure and the potential implications under 18 U.S.C. § 2071(a) and (b). See Exhibit 1 and Exhibit 2, infra.

**Factual Background**

1. On or about March 22, 2025, Appellants transmitted a package via United States Postal Service (USPS) Priority Mail, Tracking Number 9505514192655081110008, addressed to the Office of the District Clerk, United States District Court, Northern District of Georgia, 75 Ted Turner Drive, SW, Atlanta, GA 30303.
2. This package contained the following original judicial pleadings, designated pursuant to 18 U.S.C. § 2071(a) and (b), submitted for filing and docketing in Case No. 1:25-cv-00613-MLB:

    a) **(17-8) (Part 17-8):** APPELLANTS' 28 USC § 1654 SUPPLEMENTAL LETTER-BRIEF (#4) IN SUPPORT OF (17-1) MARCH 10, 2025, APPLICATION FOR ARTICLE III "THRESHOLD" JURISDICTIONAL SHOW CAUSE ORDER AND OTHER RELIEFS (dated March 18, 2025).

    b) **(17-9) (Part 17-9):** APPELLANTS' 28 USC § 1654 SUPPLEMENTAL MEMORANDUM OF LAW (#5) IN SUPPORT OF (17-1) MARCH 10, 2025, APPLICATION FOR ARTICLE III "THRESHOLD" JURISDICTIONAL SHOW CAUSE ORDER AND OTHER RELIEFS (dated March 19, 2025).

    c) **(17-10) (Part 17-10):** APPELLANTS' 28 USC § 1654 SUPPLEMENTAL MEMORANDUM OF LAW (#6) IN SUPPORT OF Dkt. 12, (17-1) MARCH 10, 2025, APPLICATION FOR ARTICLE III "THRESHOLD" JURISDICTIONAL SHOW CAUSE ORDER AND OTHER RELIEFS—THE HOBBS ACT CRIMINAL LIABILITY AND CULPABILITY OF KTS, ET AL. (dated March 20, 2025).

    d) **(17-11) (Part 17-11):** APPELLANTS' 28 USC § 1654 SUPPLEMENTAL MEMORANDUM OF LAW (#7) IN SUPPORT OF Dkt. 12, (17-1) MARCH 10, 2025, APPLICATION FOR ARTICLE III "THRESHOLD" JURISDICTIONAL SHOW CAUSE ORDER AND OTHER RELIEFS—BINDING PRECLUSIVE EFFECTS OF RULE 41(a)((2) FINAL JUDGMENT (dated March 21, 2025).

3. USPS tracking information provides incontrovertible evidence that the aforementioned package containing these specific judicial pleadings was physically **delivered** to the "front desk, reception area, or mail room" at the U.S. District Court (NDGA) in Atlanta, GA, on **March 25, 2025, at 1:00 PM Eastern Time. See Ex. 2, infra.**
4. A diligent review of the official CM/ECF docket for Case No. 1:25-cv-00613-MLB conducted as of **March 27, 2025, at 05:12:22 AM Eastern Time**, reveals that **none** of the judicial pleadings designated as 17-8, 17-9, 17-10, or 17-11 have been filed or docketed by the District Clerk. See Ex. 3, infra.
5. The same, 17-8, 17-9, 17-10, and 17-11, also were provided to the Chamber of the District Judge, actual and constructive possession, in care of Jessica Kelley as courtesy copies on the dates listed.

**Legal Framework and Concerns**

1. **Rule 79(a) - Civil Docket:** Rule 79(a) of the Federal Rules of Civil Procedure mandates that the Clerk of Court "must keep a chronological record known as the 'civil docket'" and that "<u>**all papers filed with the clerk" must be entered chronologically on this docket. Fed. R. Civ. P. 79(a)**</u>. The timely and accurate docketing of filed documents is fundamental to the integrity of the judicial record, *provides necessary notice to the Court and parties, and preserves the chronology of proceedings for appellate review*.
2. **18 U.S.C. § 2071 - Concealment, Removal, or Mutilation Generally:** Federal law treats the integrity of court records with utmost seriousness. 18 U.S.C. § 2071 provides, in pertinent part:

> **(a)** ***Whoever*** willfully and ***unlawfully conceals***, removes, mutilates, obliterates, or destroys, or attempts to do so... any record, proceeding,... paper, document, or other thing, ***filed or deposited with any clerk or officer of any court of the United States***... shall be fined under this title or imprisoned not more than three years, or both.
>
> **(b)** Whoever, ***having the custody of any such record***, proceeding,... paper, document, or other thing, ***willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same***, shall be fined... or imprisoned... or both; and shall forfeit his office and be disqualified from holding any office under the United States.

3. **Appellants' Concerns and Prejudice:** The apparent failure of the District Clerk to timely file and docket Appellants' judicial pleadings (17-8, 17-9, 17-10, and 17-11), **despite confirmed physical delivery to the Court over 36 hours prior**, raises significant concerns. This absence from the official record prejudices Appellants by: (a) preventing this Honorable Court from having timely access to and considering Appellants' substantive legal arguments and factual submissions pertinent to pending motions and the overall appeal; (b) impeding Appellants' ability to rely on and cite their own filed documents; (c) **creating unnecessary ambiguity and potential confusion regarding the completeness and accuracy of the official record**; and (d) potentially compromising the record required for effective judicial review by this Court or any higher court. Ensuring compliance with Rule 79 and obtaining assurances against any circumstances implicating 18 U.S.C. § 2071 is paramount.

**Requested Urgent Supervisory Relief**

In light of the foregoing facts and the significant legal implications concerning the integrity of the official court record, Appellants respectfully request that this Honorable Court undertake the following urgent ***supervisory actions***:

1. **Inquire** with the Office of the District Clerk regarding the current status, physical location, and processing of Appellants' judicial pleadings designated as (17-8), (17-9), (17-10), and (17-11), which were confirmed delivered to the Court on March 25, 2025, at 1:00 PM.
2. **Direct** the Office of the District Clerk to provide forthwith to the Court and Appellants a **sworn, certified chain-of-custody accounting** for the physical package containing judicial pleadings (17-8), (17-9), (17-10), and (17-11), tracing possession from the confirmed time of delivery (March 25, 2025, 1:00 PM) to the present, detailing all individuals who handled the package and its current precise location.
3. **Direct** the Office of the District Clerk to provide forthwith to the Court and Appellants a **certification of compliance**, under penalty of perjury, confirming that the handling and processing of Appellants' judicial pleadings (17-8), (17-9), (17-10), and (17-11) fully comply with the requirements of Fed. R. Civ. P. 79 and, crucially, that no actions constituting a violation of 18 U.S.C. § 2071(a) or (b) have occurred with respect to these documents.

4. **Direct** the Office of the District Clerk to **immediately file and docket** judicial pleadings (17-8), (17-9), (17-10), and (17-11) onto the official CM/ECF docket for Case No. 1:25-cv-00613-MLB, reflecting their submission date.

The purpose of these requests is to ensure the accuracy, completeness, and integrity of the official court record, to safeguard Appellants' rights to have their submissions timely considered, and to perfect the record for this Court's review and any potential further judicial review in a higher court.

Appellants understand the delicate nature of this inquiry and raise it solely out of a procedural necessity driven by the discrepancy between ***confirmed delivery*** and the absence of docket entries critical to the progression of this appeal.

If the Court has any questions for Appellants regarding this matter, please do not hesitate to contact us today, Thursday, March 27, 2025. We stand ready to promptly respond to any inquiries the Court may have.

Respectfully submitted,

/s/ Ulysses T. Ware

*Ulysses J. Ware*

**Ulysses T. Ware,** attorney in fact for the Appellants

March 27, 2025


cc:   Executive Director, Administrative Office of the U.S. Courts

   Office of the Judicial Council for the Eleventh Circuit

Exhibit 1—(17-12) (Pictures of judicial pleadings) delivered to the District Court (NDGA) on March 25, 2025, as certified by the U.S. Post Office, see Ex. 2, infra.



Page **6** of **11**
Thursday, March 27, 2025
(17-15) (Part 17-15) re Supervisory letter request to Judge Michael L. Brown regarding the District Clerk's compliance and possible violations of federal law, 18 USC §§ 2071(a), (b), and Rule 79 with respect to Appellants' judicial pleadings and submissions.

## (17-9) (Part 17-9)

Filed on March 19, 2025, 11:10:24 AM

Case No. 25cv00613 (NDGA) (MLB)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:
GROUP MANAGEMENT CORP. (Debtor),         17-9      3/5

03-93031 (BC NDGA), Chapter 11

On appeal in:

ULYSSES T. WARE and d/b/a GROUP MANAGEMENT, (a sole proprietorship),

Appellants,

v.

ALPHA CAPITAL, AG, et al., *Unregistered Broker-Dealers*,

Appellees.

[Docket Text] March 19, 2025, (17-9) (Part 17-9) APPELLANTS' 28 USC § 1654 SUPPLEMENTAL MEMORANDUM OF LAW (#5) IN SUPPORT OF (17-1) MARCH 10, 2025, APPLICATION FOR ARTICLE III "THRESHOLD" JURISDICTIONAL SHOW CAUSE ORDER AND OTHER RELIEFS.

Respectfully submitted,
/s/ Ulysses T. Ware
Ulysses T. Ware

Page 1 of 12
Wednesday, March 19, 2025
(17-9) (Part 17-9) re: Appellants' Supplemental Memorandum (Letter-Brief) (#5) in Support of March 10, 2025, (17-1) Application for a Show Cause Order and Other Reliefs.

## (17-10) (Part 17-10)

Filed on March 20, 2025, 11:06:51 AM

Case No. 25cv00613 (NDGA) (MLB)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:
GROUP MANAGEMENT CORP. (Debtor),          17-10     4/5

03-93031 (BC NDGA), Chapter 11

On appeal in:

ULYSSES T. WARE and d/b/a GROUP MANAGEMENT, (a sole proprietorship),

Appellants,

v.

ALPHA CAPITAL, AG, et al., *Predatory Unregistered Broker-Dealers*,

Appellees.

[Docket Text] March 20, 2025, (17-10) (Part 17-9) APPELLANTS' 28 USC § 1654 SUPPLEMENTAL MEMORANDUM OF LAW (#6) IN SUPPORT OF Dkt. 12, (17-1) MARCH 10, 2025, APPLICATION FOR ARTICLE III "THRESHOLD" JURISDICTIONAL SHOW CAUSE ORDER AND OTHER RELIEFS—THE HOBBS ACT CRIMINAL LIABILITY AND CULPABILITY OF KTS, ET AL.

Respectfully submitted,
/s/ Ulysses T. Ware
Ulysses T. Ware

Page 1 of 18
Thursday, March 20, 2025
(17-10) (part 17-10) re: Appellants' Supplemental Memorandum of Law (#6) re: Criminal liability and culpability of KTS, its clients, and their privies.

---

Page **7** of **11**
Thursday, March 27, 2025
(17-15) (Part 17-15) re Supervisory letter request to Judge Michael L. Brown regarding the District Clerk's compliance and possible violations of federal law, 18 USC §§ 2071(a), (b), and Rule 79 with respect to Appellants' judicial pleadings and submissions.



## (17-11) (Part 17-11)

### Filed on March 21, 2025, 2:49:40 PM

### Case No. 25cv00613 (NDGA) (MLB)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

In re:
GROUP MANAGEMENT CORP. (Debtor),

03-93031 (BC NDGA), Chapter 11

17-11    5/5

On appeal in:

ULYSSES T. WARE and d/b/a GROUP MANAGEMENT, (a sole proprietorship),

Appellants,

v.

ALPHA CAPITAL, AG, et al., *Predatory Unregistered Broker-Dealers*,

Appellees.

[Docket Text] March 21, 2025, (17-11) (Part 17-11) APPELLANTS' 28 USC § 1654 SUPPLEMENTAL MEMORANDUM OF LAW (#7) IN SUPPORT OF Dkt. 12, (17-1) MARCH 10, 2025, APPLICATION FOR ARTICLE III "THRESHOLD" JURISDICTIONAL SHOW CAUSE ORDER AND OTHER RELIEFS—BINDING PRECLUSIVE EFFECTS OF RULE 41(a)((2) FINAL JUDGMENT.

Respectfully submitted,
/s/ Ulysses T. Ware
Ulysses T. Ware

Page 1 of 22
Friday, March 21, 2025
(17-11) (Part 17-11) re Appellants' Supplemental Memorandum of law (letter-brief) (#7) in Support of Application for a Show Cause Order, Stay of Briefing Schedule, and Other Reliefs.

---

Page **8** of **11**
Thursday, March 27, 2025
(17-15) (Part 17-15) re Supervisory letter request to Judge Michael L. Brown regarding the District Clerk's compliance and possible violations of federal law, 18 USC §§ 2071(a), (b), and Rule 79 with respect to Appellants' judicial pleadings and submissions.

**Exhibit 2—March 25, 2025, U.S. Post Office certification of delivery to the U.S. District Court (NDGA), Atlanta, GA, at 1:00 PM.**

25cv00613 (NDGA)

# USPS Tracking®

FAQs >

March 25, 2025, delivered at the U.S. District Court (NDGA) in Atlanta, GA at 1:00 PM for filing and docketing in Ware, et al. v. Alpha Capital, AG, et al., 25cv00613 (NDGA)

Contents: 18 USC 2071(a), (b) judicial pleadings: 17-8, 17-9, 17-10, and 17-11.

**Tracking Number:**                                                    Remove ×

**9505514192655081110008**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:00 pm on March 25, 2025 in ATLANTA, GA 30303.

**Get More Out of USPS Tracking:**
  USPS Tracking Plus®

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
ATLANTA, GA 30303
March 25, 2025, 1:00 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                    ∨

**USPS Tracking Plus®**                                                    ∨

**Product Information**                                                    ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

Page **9** of **11**
Thursday, March 27, 2025
(17-15) (Part 17-15) re Supervisory letter request to Judge Michael L. Brown regarding the District Clerk's compliance and possible violations of federal law, 18 USC §§ 2071(a), (b), and Rule 79 with respect to Appellants' judicial pleadings and submissions.

# Exhibit 3—25cv00613 (NDGA) docket, on March 27, 2025, at 05:12:22 AM

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2025 | 15 | Appellants' Declaration of Undisputed Facts and response to the Court's re 4 Order filed by Ulysses T. Ware. (Attachments: # 1 Clerk's Filing Letter, # 2 Appellant's Refiling) (pdt) (Entered: 03/21/2025) |
| 03/19/2025 | 14 | MOTION for Appellate Status Conference, Briefing Schedule, and Show Cause Order for Sanctions by Group Management and Ulysses T. Ware. (Attachments: # 1 Appellants' Rule 59(e) Motion to Vacate March 10, 2025 Order, # 2 Appellants' March 12, 2025 filing of the Rule 59(e), # 3 Appellants' Rule 59(e) Application to Vacate, # 4 Memorandum of Law, # 5 Pro Se Appellants' Certificate of Filing, # 6 Supplemental Memorandum in Support, # 7 Declaration of Filing, # 8 Filing Instructions for District Clerk (NDGA) Regarding Submission of Judicial Pleadings) (pdt) (Entered: 03/21/2025) |
| 03/19/2025 | 13 | NOTICE of Appearance by Ulysses T. Ware for Appellant Group Management. (pdt) (Entered: 03/26/2025) |
| 03/18/2025 | 12 | Appellants' Request for Rule 3.3 and Rule 8.4 Professional Responsibility and Duty of Candor Show Cause Order, Appellate Status Conference and Briefing Schedule by Ulysses T. Ware. (Attachments: # 1 Memorandum of Law, # 2 Cover Letter) (pdt) (Entered: 03/19/2025) |
| 03/18/2025 | 11 | Mail Returned as Undeliverable ("Return to Sender. Unable to Forward.) Mail sent to Group Management re 4 Order. (pdt) (Entered: 03/18/2025) |
| 03/17/2025 |  | Clerk's Certificate of Mailing as to Ulysses T. Ware re 10 Bankruptcy Appeal Briefing Schedule. (bgt) (Entered: 03/17/2025) |
| 03/17/2025 | 10 | Notice of Bankruptcy Appeal Briefing Schedule to all parties. Appellants Brief due by 4/16/2025. (bgt) (Entered: 03/17/2025) |
| 03/13/2025 | 9 | BANKRUPTCY RECORD RECEIVED (Attachments: # 1 doc #298) (Lugo, Yahaira) (Entered: 03/13/2025) |
| 03/12/2025 | 16 | Appellants' Response Brief in Support of Appellant Ware's Status as the Only Lawfully Authorized Real Party in Interest by Ulysses T. Ware. (Attachments: # 1 Notice of Appearance, # 2 Enclosures) (pdt) (Entered: 03/24/2025) |
| 03/11/2025 |  | Clerk's Certificate of Mailing as to Ulysses T. Ware re 6 Order. (pdt) (Entered: 03/11/2025) |
| 03/10/2025 | 8 | DECLARATION of Service of Filing and Service of Response to 4 Order filed by Ulysses T. Ware (bgt) (Entered: 03/12/2025) |
| 03/10/2025 | 6 | ORDER. The Court ordered Appellant Group Management to have counsel file a notice of appearance with the Clerk no later than March 6, 2025. The Court warned Appellant that failure to comply may result in sanctions, including dismissal. Appellant has failed to comply with the Court's order. Accordingly, the Court DISMISSES Appellant Group Management without prejudice for failure to comply with a lawful order of the Court. Signed by Judge Michael L. Brown on this 10th day of March, 2025. (pdt) (Entered: 03/11/2025) |
| 03/07/2025 | 7 | DECLARATION of Service of Actual Notice of Adverse Consequences filed by Group Management, Ulysses T. Ware. (Attachments: # 1 Cover Letter)(bgt) (Entered: 03/12/2025) |
| 03/07/2025 | 5 | BANKRUPTCY RECORD RECEIVED (Attachments: # 1 doc 6, # 2 doc 11, # 3 doc 13, # 4 doc 14, # 5 doc 15, # 6 doc 16, # 7 doc 258, # 8 doc 263, # 9 doc 278, # 10 doc 286, # 11 doc 288, # 12 doc 289, # 13 doc 292, # 14 doc 292 (271-470), # 15 doc 293, # 16 doc 294, # 17 Docket sheet)(Lugo, Yahaira) (Entered: 03/07/2025) |
| 02/14/2025 |  | Clerk's Certificate of Mailing as to Group Management and Ulysses T. Ware re 4 Order. (pdt) (Entered: 02/14/2025) |
| 02/13/2025 | 4 | ORDER. The Court NOTIFIES Appellant Group Management that a corporation cannot appear pro se and must be represented by counsel. The Court NOTIFIES Appellant Group Management that a |

Page **10** of **11**
Thursday, March 27, 2025
(17-15) (Part 17-15) re Supervisory letter request to Judge Michael L. Brown regarding the District Clerk's compliance and possible violations of federal law, 18 USC §§ 2071(a), (b), and Rule 79 with respect to Appellants' judicial pleadings and submissions.



End of document

Page **11** of **11**
Thursday, March 27, 2025
(17-15) (Part 17-15) re Supervisory letter request to Judge Michael L. Brown regarding the District Clerk's compliance and possible violations of federal law, 18 USC §§ 2071(a), (b), and Rule 79 with respect to Appellants' judicial pleadings and submissions.

Office of Ulysses T. Ware
123 Linden Blvd, Ste 9-L
Brooklyn, NY 11226

Re: Filed on 03.27.25
(17-15) (Part 17-15)
25cv00613 (NDGA)
Request for supervisory reliefs



CLEARED DATE
APR 0 1 2025
U.S. Marshals Service
Atlanta, GA 30303



The Honorable Michael L. Brown
United States District Judge
Northern District of Georgia
Richard B. Russell U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303