Case 1:25-cv-00613-MLB   Document 24   Filed 04/09/25   Page 1 of 7

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 09 2025

KEVIN P WEIMER, Clerk
By:
Matthew H    Deputy Clerk

## (17-20B—FL) (Part 17-20B--FL)

## 25cv00613 (NDGA)

# The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

Friday, April 4, 2025, 12:04:57 PM

**Via Email to Chambers, and via U.S. Mail**
Hon. Michael L. Brown
United States District Judge
Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re: *Ware, et al. v. Alpha Capital, AG, et al.,* Case No. 25-cv-00613-MLB on appeal from: *In re Group Management Corp.,* (03-93031-WLH); Appellants' Supplemental Part 17-20B Request for Judicial Notice Pursuant to Fed. R. Evid. 201(c)(2) & request to be heard, Rule 201(e).

Dear Judge Brown:

Appellants Ulysses T. Ware and Group Management respectfully submit this cover letter regarding our Supplement designated as "Part 17-20B," dated April 4, 2025, in the above-referenced appeal. By that supplemental filing, we request that this Honorable Court take mandatory judicial notice under Federal Rule of Evidence 201(c)(2) of dispositive factual stipulations, admissions, and confessions contained within the Joint Stipulated Appellate Record, and further seek to exercise our right to be heard pursuant to Federal Rule of Evidence 201(e).

Specifically, as set forth more fully in Part 17-20B, we have provided the necessary information to trigger mandatory judicial notice of certain adjudicative facts *that conclusively resolve all issues on appeal*. We therefore respectfully remind this Court that Federal Rule of Evidence 201(c)(2) *imposes a mandatory obligation* to take judicial notice when properly requested and supported. Additionally, Rule 201(e) entitles us, as requesting parties, *to be heard on the propriety and nature of these facts to be noticed*.

We believe the comprehensive factual record set out in Part 17-20B and the Joint Stipulated Appellate Record (JSAR) demonstrates that these judicially noticed facts bear directly upon, and conclusively resolve, all issues on appeal. Accordingly, we respectfully urge the Court to grant the

relief requested and respectfully request the Court to schedule an appropriate hearing as contemplated by Fed. R. Evid. 201(e).

We greatly appreciate Your Honor's attention to this matter and stand ready to provide any additional information or clarification the Court may require.

Respectfully submitted this 4th day of April, 2025,

*/s/ Ulysses T. Wares*, Attorney in Fact for Appellants Group Management and Ulysses T. Ware



**UNITED STATES POSTAL SERVICE® | PRIORITY MAIL**

(17-20B; 17-20B-FL; 17-20 (Ex.2))
04.04.25

**FROM:**
The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226

**TO:**
Office of the District Clerk
U.S. District Court (NDGA)
Richard B. Russell U.S. Courthouse
75 Ted Turner Dr., SW
Atlanta, GA 30303

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT


USPS.COM/PICKUP

**TRACKED ■ INSURED**


PS00001000014    EP14F October 2023
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.



## (17-20B—FL) (Part 17-20B—FL)

## 25cv00613 (NDGA)

### The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

Friday, April 4, 2025, 12:04:57 PM

**Via Email to Chambers, and via U.S. Mail**
Hon. Michael L. Brown
United States District Judge
Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, GA 30303

17-20B-FL

Re: *Ware, et al. v. Alpha Capital, AG, et al.*, Case No. 25-cv-00613-MLB on appeal from: *In re Group Management Corp.*, (03-93031-WLH); Appellants' Supplemental Part 17-20B Request for Judicial Notice Pursuant to Fed. R. Evid. 201(c)(2) & request to be heard, Rule 201(e).

Dear Judge Brown:

Appellants Ulysses T. Ware and Group Management respectfully submit this cover letter regarding our Supplement designated as "Part 17-20B," dated April 4, 2025, in the above-referenced appeal. By that supplemental filing, we request that this Honorable Court take mandatory judicial notice under Federal Rule of Evidence 201(c)(2) of dispositive factual stipulations, admissions, and confessions contained within the Joint Stipulated Appellate Record, and further seek to exercise our right to be heard pursuant to Federal Rule of Evidence 201(e).

Specifically, as set forth more fully in Part 17-20B, we have provided the necessary information to trigger mandatory judicial notice of certain adjudicative facts **that conclusively resolve all issues on appeal**. We therefore respectfully remind this Court that Federal Rule of Evidence 201(c)(2) *imposes a mandatory obligation* to take judicial notice when properly requested and supported. Additionally, Rule 201(e) entitles us, as requesting parties, *to be heard on the propriety and nature of these facts to be noticed*.

We believe the comprehensive factual record set out in Part 17-20B and the Joint Stipulated Appellate Record (JSAR) demonstrates that these judicially noticed facts bear directly upon, and conclusively resolve, all issues on appeal. Accordingly, we respectfully urge the Court to grant the



(17-20B) (Part 17-20B) Supplement #1.0 to Part 17-20A
## Case No. 25-cv-00613-MLB

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

Filed on Friday, April 4, 2024, 11:59:35 AM

---

**ULYSSES T. WARE and d/b/a GROUP MANAGEMENT, (a sole proprietorship)**
**(Debtor)**
**Appellants,**

v.

**ALPHA CAPITAL, AG, et al.,** *Predatory Unregistered Broker-Dealers,*
**Appellees.**

17-20 B

---

On Appeal from the United States Bankruptcy Court
for the Northern District of Georgia
Case No. 03-93031-WLH

---

**[Docket Text] Re:** (1) Appellants' Request for Judicial Notice, and Memorandum of Law Regarding Mandatory Judicial Notice Pursuant to Federal Rule of Evidence 201(c)(2) of Binding Dispositive Factual Admissions, Confessions, and Stipulations Adverse to Appellees Contained Herein, in the JSAR, and Within Dkt. 19-4 of the Joint Stipulated Appellate Record, Conclusively Resolving All Appellate Issues Identified in Dkt. 292. [JSAR Dkt. 5-13, at pp. 6–23]; and (2) Appellants' Mandatory *Rule 201(e) Entitlement to be Heard.*

The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

Respectfully submitted this 4th day of April 2025 to the Chambers of the Hon. District Judge Michael L. Brown and the Office of the District Clerk (NDGA) pursuant to 28 USC § 1654 and 18 USC §§ 2071 (a), (b).

Page 1 of 31
Friday, April 4, 2025
(17-20B) (Part 17-20B) re Supplement 1.0 to Part 17- 20A re FRE 201(c)(2) Judicial Notice of Appellees' Dispositive Stipulations.

5/1/22, 8:43 AM                                    https://www.sec.gov/Archives/edgar/data/826674/000101988701500838/ivg_sb2a1-101001.txt

```
<DOCUMENT>
<TYPE>SB-2/A
<SEQUENCE>1
<FILENAME>ivg_sb2a1-101001.txt
<TEXT>
<PAGE>
```

Baker & McKenzie, LLP, et al., Hobbs Act Form SB-2 registration statement to facilitate criminal usury unlawful debt collection activities

As filed with the Securities and Exchange Commission on October 10, 2001

REGISTRATION NO. 333-60056

=====================================================================

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549
--------------------------



Exhibit 2
Case No. 25cv00613 NDGA)

AMENDMENT NO. 1
TO
FORM SB-2
REGISTRATION STATEMENT
UNDER
THE SECURITIES ACT OF 1933

IVG CORP.
-----------
(NAME OF SMALL BUSINESS ISSUER IN ITS CHARTER)

| Delaware | 6770 | 59-2919648 |
|---|---|---|
| (STATE OR OTHER JURISDICTION OF INCORPORATION OR ORGANIZATION) | (PRIMARY STANDARD INDUSTRIAL CLASSIFICATION CODE NUMBER) | (IRS EMPLOYER IDENTIFICATION NUMBER) |

IVG Corp.
13135 Dairy Ashford, Suite 525
Sugar Land, Texas 77478
(281) 295-8400
(ADDRESS, INCLUDING ZIP CODE, AND TELEPHONE NUMBER, INCLUDING AREA CODE, OF REGISTRANT'S PRINCIPAL EXECUTIVE OFFICES)

---

Elorian Landers
IVG Corp.
13135 Dairy Ashford, Suite 525
Sugar Land, Texas 77478
(281) 295-8400



17-20B
Exhibit #2

https://www.sec.gov/Archives/edgar/data/826674/000101988701500838/ivg_sb2a1-101001.txt                                         1/10