RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 10 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# (18-4) (Part 18-4)

# 25cv00613 (NDGA)

**The Office of Ulysses T. Ware**
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

*Part 18-4*

Monday, April 7, 2025, 11:38:57 AM

**VIA EMAIL & U.S. MAIL**
The Honorable Michael L. Brown
United States District Judge
Northern District of Georgia
Atlanta Division
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re: *In re Group Management Corp.*, Case No. 03-93031 (Bankr. N.D. Ga.)
On appeal as *Ware, et al. v. Alpha Capital, AG, et al.*, 25-cv-00613 (N.D. Ga.)

Dear Judge Brown:

Enclosed please find **The Parties' Joint Stipulated Final Money Judgment** ("Proposed Stipulated Money Judgment") consistent with the Court's authority under the Federal Rules of Civil Procedure, and pursuant to the directives set forth in the Parties' Joint Proposed Final Order (Ex. 18-1) and the Parties' Joint Proposed Memorandum Opinion and Final Order (Ex. 18-2). We respectfully request that the Court enter this Proposed Judgment immediately.

Respectfully submitted,

/s/ Ulysses T. Ware, Attorney in Fact for Appellants
**Group Management and Ulysses T. Ware**

Dated: April 7, 2025
Brooklyn, NY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

---

**In re:**
**GROUP MANAGEMENT CORP.,**
a/k/a IVG Corp.,
**Debtor.**

---

**ULYSSES T. WARE and**
**GROUP MANAGEMENT,**
Appellants,

v.

**ALPHA CAPITAL, AG,**
**STONESTREET, L.P.,**
**MARKHAM HOLDINGS, LTD.,**
**AMRO INTERNATIONAL, S.A.,**
and any and all other persons or entities identified as Appellees, along with each of their privies, agents, proxies, alter-egos, surrogates, and all those in active concert therewith,
Appellees.

---

Case No. 25-cv-00613-MLB
(On appeal from Bankr. Case No. 03-93031,
U.S. Bankruptcy Court for the Northern District of Georgia)

---

# THE PARTIES' [PROPOSED]

# STIPULATED FINAL MONEY JUDGMENT

**WHEREAS,** the District Court has reviewed and considered:

1. The underlying record from Bankruptcy Case No. 03-93031-BEM (Bankr. N.D. Ga.), including orders entered therein;

2. The Parties' Joint Proposed Final Order (Ex. 18-1) and Joint Proposed Memorandum Opinion and Final Order (Ex. 18-2), along with all referenced supporting exhibits;

3. The Joint Stipulated Appellate Record ("JSAR"), duly submitted under Fed. R. Bankr. P. 8009(d);

4. Appellants' additional filings and factual stipulations (including, inter alia, Dkt. 19-4 in this District Court proceeding), which establish a sum certain for the liability of the Appellees and their privies;

5. The Court's inherent and statutory authority to enter such further orders and judgments as may be necessary to effectuate the final relief warranted in this appeal, including 28 U.S.C. §§ 157(d) and 158(a), Fed. R. Civ. P. 54(b) and 58, Fed. R. Bankr. P. 7054, and any other applicable legal authority;

**AND WHEREAS**, there is no just reason for further delay in entering final judgment consistent with the rulings and stipulations reflected in the Parties' Joint Proposed Final Order and the Joint Proposed Memorandum Opinion and Final Order;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. **Final Judgment in Favor of Appellants**

    Judgment is ENTERED in favor of **Appellants** Ulysses T. Ware ("Ware") and Group Management (a/k/a IVG Corp.) ("GMC" or "Debtor"), collectively "Appellants," and

**against** Alpha Capital, AG; Stonestreet, L.P.; Markham Holdings, Ltd.; Amro International, S.A.; and any and all other named or unnamed persons, entities, or successors identified or acting as Appellees in this appeal (hereinafter "Appellees"), **including** each such entity's privies, agents, proxies, alter-egos, surrogates, and all persons or entities acting in active concert or participation with them, whether or not previously joined in these proceedings.

2. **Sum Certain and Scope of Liability**

   Pursuant to the record and the stipulations made part of the Joint Proposed Final Order (Ex. 18-1) and Joint Proposed Memorandum Opinion and Final Order (Ex. 18-2), and consistent with the Court's plenary authority under applicable federal law, the Court hereby **AWARDS and ORDERS** the following monetary relief in favor of Appellants:

   - **Sum Certain Principal Amount**: Five Billion, Two Hundred Twenty-Two Million, Five Hundred Thousand U.S. Dollars ($5,222,500,000.00).

   The liability for this sum certain principal amount shall be borne **jointly, severally, individually, and personally** by all Appellees (and their privies, agents, proxies, alter-egos, surrogates, successors, or assigns) until the Judgment is paid in full. Appellants, through lawful execution or collection efforts, are entitled to recover the entire amount of this Judgment from any one or more of such liable parties.

3. **Post-Judgment Interest**

   Post-judgment interest shall accrue on the entire unpaid sum certain Judgment amount at the statutory rate prescribed by 28 U.S.C. § 1961, **commencing from the date of entry of this Judgment** and continuing until the Judgment is fully satisfied, together with all

additional amounts that may be lawfully awarded for enforcement costs, supplemental relief, or attorney fees (if applicable).

4. **Court's Retention of Jurisdiction and Enforcement Mechanisms**

    a. **Retention of Jurisdiction**: The Court retains jurisdiction, pursuant to its inherent powers and the authorities cited, to supervise and enforce the collection and satisfaction of this Judgment.

    b. **Enforcement Proceedings**: Appellants may initiate any and all post-judgment discovery proceedings, enforcement mechanisms, or ancillary proceedings authorized by federal or state law, including but not limited to Fed. R. Civ. P. 69, garnishments, attachments, turnover orders, or any other remedies necessary to enforce or to ensure complete satisfaction of this Judgment.

5. **Attorneys' Fees, Expenses, and Costs**

    a. **Preservation of Appellants' Right**: The Court expressly reserves the authority to award Appellants their reasonable attorneys' fees, expenses, and costs, should Appellants file a motion in compliance with Fed. R. Civ. P. 54(d)(2) and/or other applicable provisions of law or rule.

    b. **Supplemental Rulings**: Any dispute regarding the quantification or allocation of fees, costs, or additional sanctions (if sought by Appellants) shall be adjudicated by further order of this Court if not otherwise resolved by stipulation.

6. **No Just Reason for Delay; Immediate Entry of Judgment**

    The Court determines, pursuant to Fed. R. Civ. P. 54(b) and Fed. R. Bankr. P. 7054, that there is no just reason for delay, and the Clerk of Court is DIRECTED to **immediately**

**ENTER this Final Money Judgment** upon the docket forthwith, in compliance with Fed. R. Civ. P. 58.

7. **Effect of Judgment and Potential Stays**

   a. **Final Adjudication**: This Judgment constitutes the final adjudication of all claims pertinent to the monetary relief ordered.

   b. **Stay of Execution**: Any stay of execution or supersedeas bond shall be governed by applicable federal rules, including Fed. R. Civ. P. 62, *__and shall require the posting of a bond or other security adequate to secure the full amount of this Judgment, plus interest__*, unless the Court orders otherwise for good cause shown.

8. **Continuing Effect**

   This Judgment shall be binding upon all entities and individuals within its scope, including those in privity with or acting in active concert with any Appellee, regardless of whether such entities or individuals have appeared formally in these proceedings.

**IT IS SO ORDERED.**

Dated: _____, 2025,
Atlanta, Georgia

_____

HONORABLE MICHAEL L. BROWN
United States District Judge

**Respectfully submitted,**

/s/ Ulysses T. Ware, Attorney in Fact for Appellants
**Group Management and Ulysses T. Ware**

Dated: April 7, 2025
Brooklyn, NY

Enclosure: [Proposed] Final Money Judgment

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 10 2025

KEVIN P. WEIMER
By: [signature] Deputy Clerk

**(18-3) (Part 18-3)**

**25cv00613 (NDGA)**

# The Office of Ulysses T. Ware

123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

Monday, April 7, 2025, 10:49:26 AM

**VIA EMAIL TO CHAMBERS & U.S. MAIL**
The Honorable Michael L. Brown
United States District Judge
United States District Court
Northern District of Georgia, Atlanta Division
75 Ted Turner Drive, SW
Atlanta, GA 30303

[Part 18-3]

Re: *In re Group Management Corp.*, Case No. 03-93031 (Bankr. N.D. Ga.)
(On appeal as *Ware, et al. v. Alpha Capital, AG, et al.*, 25-cv-00613 (N.D. Ga.))

Dear Judge Brown:

Appellants Ulysses T. Ware and Group Management respectfully submit this Filing Memorandum in the above-referenced appeal (25-cv-00613) to apprise the Court of the timely submission, on today's date (April 7, 2025), of our Rule 8014 Opening Brief and the accompanying appendices and exhibits for adjudication. We write pursuant to the Federal Rules of Bankruptcy Procedure and the directives set forth in the Court's scheduling orders.

**1. Timely Filing and Submission of Appellants' Rule 8014 Opening Brief**

Appellants confirm that we have filed and served, on April 7, 2025, our comprehensive Opening Brief in compliance with Federal Rule of Bankruptcy Procedure 8014. This filing addresses, inter alia, the dispositive issues on appeal, including the question of subject matter jurisdiction under Article III, as well as the enforceability of the debt instruments at issue in the underlying bankruptcy proceedings.

**2. Outstanding Motions and Potential for Amended or Supplemental Briefing**

Several motions remain pending in the District Court, most notably Appellants' request under Federal Rule of Evidence 201(c)(2) for the Court to take judicial notice (see Appendix A and

Appendix B). Depending on how the Court rules with respect to these judicial-notice requests, Appellants may require the opportunity to file an amended or supplemental brief. As the Court is aware, these outstanding motions could affect the operative factual and legal framework for certain key arguments on appeal.

### 3. Appendices and Other Materials

Attached to our Opening Brief are:

- **Appendix A** – Appellants' Request for FRE 201(c)(2) Judicial Notice, including supporting documents relevant to the criminal-usury and unregistered-broker-dealer issues.
- **Appendix B** – Additional exhibits and stipulations bearing on the enforceability of the notes and potential grounds for the Court to take judicial notice of relevant facts.

We respectfully refer the Court to these Appendices for a more detailed evidentiary discussion of the record. Appellants stand ready to supplement these materials further as needed.

### 4. Request for Further Guidance

In the event the Court deems additional clarifications or evidence necessary for the resolution of any pending motions or for the adjudication of this appeal, Appellants remain prepared to supply such information promptly. Should oral argument or a status conference be beneficial to clarify any outstanding procedural or jurisdictional matters, we respectfully request an opportunity to be heard at the Court's earliest convenience.

### Conclusion

We appreciate the Court's attention to this filing. Appellants hereby note the timely filing of the Opening Brief and supporting materials and respectfully advise that we will furnish any further information or briefing the Court may require to adjudicate the issues presented in this appeal.

Thank you for Your Honor's consideration.

Respectfully submitted,

/s/ Ulysses T. Ware
**Ulysses, Attorney in Fact for the Appellants**
**Group Management and Ulysses T. Ware**

Dated: April 7, 2025
Brooklyn, New York

Enclosures:

- Appellants' Rule 8014 Opening Brief (dated April 7, 2025)
- Appendix A (FRE 201(c)(2) request and supporting documents)

- Appendix B (FRE 2021(c)(2) Additional stipulations and exhibits)
- Appendix B-1 (Ex. 2 to Part 17-20B)
- (18-1) re The Parties' Joint Proposed Final Order
- (18-2) re The Parties' Joint Proposed Memorandum Opinion and Final Order
- (18-4) re The Parties' Proposed Joint Stipulated $5.2225 billion Money Judgment

Cc: All Counsel and Parties of Record (via Email)

# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

**MAILING ENVELOPE**
FOR DOMESTIC AND INTERNATIONAL USE

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

**TRACKED ▪ INSURED**

PS00000133100
EP14 October 2024
OD: 15 x 11.625

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

---

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

25cv60613, Appeal Brief,
April 7, 2025 filed

**FROM:**
The Office of Ulysses T. Ware
123 Linden Blvd, Ste 9-L
Brooklyn, NY 11226

**TO:**
Office of the District Clerk
U.S. District Court (NDGA)
Richard B. Russell U.S. Courthouse
75 Ted Turner Dr., SW
Atlanta, GA 30303

Label 228, December 2023   FOR DOMESTIC AND INTERNATIONAL USE

April 7, 2025
Filed via U.S. Mail
/s/ Weymn J. Wene

Wave, et al. v. Alpha Capital AG, et al.
25 cv 0613 (NDGA)

Re: Appellads' Rule 8014 Brief

Contents:
Brief
App. A
App. B
18-1: Proposed Final Order
18-2: Memorandum Opinion
18-3: Appel Filing Memo
18-4: Stipulated Money Judgment
April 7, 2025 filed /s/ Weymn J. Wene



Case No. 25-cv-00613-MLB

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

---

In re:
**GROUP MANAGEMENT CORP.**,
a/k/a IVG Corp.,
Debtor.

---

ULYSSES T. WARE, and
GROUP MANAGEMENT,
Appellants,

v.

ALPHA CAPITAL, AG,
STONESTREET, L.P.,
MARKHAM HOLDINGS, LTD.,
AMRO INTERNATIONAL, S.A.,
et al.,
Appellees.

18-OAAA

---

On Appeal from the United States Bankruptcy Court
for the Northern District of Georgia (Atlanta Division),
Case No. 03-93031-BEM (Hon. Barbara Ellis-Monro)

---

**APPELLANTS' BRIEF**
Filed on behalf of Appellants,
Ulysses T. Ware and Group Management

---

i

(Part 18-OA) re: Ware, et al. v. Alpha Capital, AG, et al., Appellants' Rule 8014 Opening Brief
Filed with District Judge Michael L. Brown on April 7, 2025, via email to Chambers and U.S. mail.

# (19-20A) (Part 19-20A)
# Case No. 25-cv-00613-MLB

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

---

ULYSSES T. WARE and GROUP MANAGEMENT,
(Debtor)
Appellants,

v.

ALPHA CAPITAL, AG, et al., *Predatory Unregistered Brokers-Dealers*,
Appellees.

# Appx A

---

On Appeal from the United States Bankruptcy Court
for the Northern District of Georgia
Case No. 03-93031-WLH

---

**APPELLANTS' MEMORANDUM OF LAW IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE AND *RIGHT TO BE HEARD* REGARDING ADMITTED FEDERAL CRIMES EVIDENCED WITHIN THE JOINT STIPULATED APPELLATE RECORD (JSAR) PURSUANT TO FEDERAL RULE OF EVIDENCE 201(c)(2).**

Respectfully submitted this 2nd day of April 2025.

The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

By: /s/ Ulysses T. Ware
Ulysses, Attorney in Fact for Appellants
Group Management and Ulysses T. Ware

Page 1 of 11
Wednesday, April 2, 2025
(17-20) (Part 17-20) re: Appellants' Request for FRE 201(c)(2) Judicial Notice of 18 USC 2, 152, 157, 371, 401(2), 401(3), 924(c), 1201-02, 1341, 1343, 1344, 1503, 1951(a), 1957-57, 1961(6)(B), 1962(a-d), and 2071(a), (b) conspiracy to commit Predatory Unlawful Debt Collection and Enforcement Crimes.



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Filed on Friday, April 4, 2024, 11:59:35 AM

---

ULYSSES T. WARE and d/b/a GROUP MANAGEMENT, (a sole proprietorship),
(Debtor)
Appellants,

v.

ALPHA CAPITAL, AG, et al., *Predatory Unregistered Broker-Dealers*,
Appellees.

**Appx B**

---

On Appeal from the United States Bankruptcy Court
for the Northern District of Georgia
Case No. 03-93031-WLH

---

[Docket Text] Re: (1) Appellants' Request for Judicial Notice, and Memorandum of Law Regarding Mandatory Judicial Notice Pursuant to Federal Rule of Evidence 201(c)(2) of Binding Dispositive Factual Admissions, Confessions, and Stipulations Adverse to Appellees Contained Herein, in the JSAR, and Within Dkt. 19-4 of the Joint Stipulated Appellate Record, Conclusively Resolving All Appellate Issues Identified in Dkt. 292. [JSAR Dkt. 5-13, at pp. 6–23]; and (2) Appellants' Mandatory *Rule 201(e) Entitlement to be Heard.*

The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

*/s/ Ulysses T. Ware*

18-0: Appx B

Respectfully submitted this 4th day of April 2025 to the Chambers of the Hon. District Judge Michael L. Brown and the Office of the District Clerk (NDGA) pursuant to 28 USC § 1654 and 18 USC §§ 2071 (a), (b).

```
<DOCUMENT>
<TYPE>SB-2/A
<SEQUENCE>1
<FILENAME>ivg_sb2a1-101001.txt
<TEXT>
<PAGE>
```

Baker & McKenzie, LLP, et al., Hobbs Act Form SB-2 registration statement to facilitate criminal usury unlawful debt collection activities

As filed with the Securities and Exchange Commission on October 10, 2001

REGISTRATION NO. 333-66956

# Appx B-1
# Exhibit 2
Case No. 25cv00613 NDGA)

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

AMENDMENT NO. 1
TO
FORM SB-2
REGISTRATION STATEMENT
UNDER
THE SECURITIES ACT OF 1933

IVG CORP.
(NAME OF SMALL BUSINESS ISSUER IN ITS CHARTER)

| Delaware | 6770 | 59-2919648 |
|---|---|---|
| (STATE OR OTHER JURISDICTION OF INCORPORATION OR ORGANIZATION) | (PRIMARY STANDARD INDUSTRIAL CLASSIFICATION CODE NUMBER) | (IRS EMPLOYER IDENTIFICATION NUMBER) |

IVG Corp.
13135 Dairy Ashford, Suite 525
Sugar Land, Texas 77478
(281) 295-8400
(ADDRESS, INCLUDING ZIP CODE, AND TELEPHONE NUMBER, INCLUDING AREA
CODE, OF REGISTRANT'S PRINCIPAL EXECUTIVE OFFICES)

Elorian Landers
IVG Corp.
13135 Dairy Ashford, Suite 525
Sugar Land, Texas 77478
(281) 295-8400

# [PROPOSED] FINAL ORDER GRANTING APPELLANTS' REQUESTED RELIEF

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

In re:
**GROUP MANAGEMENT CORP.,**
a/k/a IVG Corp.,
Debtor.

**ULYSSES T. WARE** and
**GROUP MANAGEMENT,**
Appellants,

v.

**ALPHA CAPITAL, AG, et al.,**
Predatory Unregistered Broker-Dealers,
Appellees.

Case No. 25-cv-00613-MLB
(On appeal from Bankr. Case No. 03-93031,
U.S. Bankruptcy Court for the Northern District of Georgia)

# [PROPOSED] JOINT FINAL ORDER OF THE PARTIES

Having reviewed and considered:

1. The record on appeal from the United States Bankruptcy Court for the Northern District of Georgia in Case No. 03-93031;

**(18-2) (Part 18-2)**

**[PROPOSED JOINT MEMORANDUM OPINION AND ORDER JUSTIFYING AND GRANTING THE PARTIES' REQUESTED RELIEF]**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

---

In re:
**GROUP MANAGEMENT CORP.,**
a/k/a IVG Corp.,
Debtor.

**ULYSSES T. WARE and**
**GROUP MANAGEMENT,**
Appellants,

v.

**ALPHA CAPITAL, AG, et al.,**
Predatory Unregistered Broker-Dealers,
Appellees.

---

Case No. 25-cv-00613-MLB
(On appeal from Bankr. Case No. 03-93031,
U.S. Bankruptcy Court for the Northern District of Georgia)

---

### [PROPOSED] THE PARTIES' JOINT MEMORANDUM OPINION AND ORDER

Appellants, Ulysses T. Ware and Group Management (a/k/a IVG Corp.) ("Appellants" or "Debtor"), initiated this appeal, Dkt. 279, seeking comprehensive relief from a series of orders and proceedings in Bankruptcy Case No. 03-93031 (Bankr. N.D. Ga.). Appellants contend, inter alia,

# (18-3) (Part 18-3)

# 25cv00613 (NDGA)

## The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

Monday, April 7, 2025, 10:49:26 AM

**VIA EMAIL TO CHAMBERS & U.S. MAIL**
The Honorable Michael L. Brown
United States District Judge
United States District Court
Northern District of Georgia, Atlanta Division
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re: *In re Group Management Corp.*, Case No. 03-93031 (Bankr. N.D. Ga.)
(On appeal as *Ware, et al. v. Alpha Capital, AG, et al.*, 25-cv-00613 (N.D. Ga.))

Dear Judge Brown:

Appellants Ulysses T. Ware and Group Management respectfully submit this Filing Memorandum in the above-referenced appeal (25-cv-00613) to apprise the Court of the timely submission, on today's date (April 7, 2025), of our Rule 8014 Opening Brief and the accompanying appendices and exhibits for adjudication. We write pursuant to the Federal Rules of Bankruptcy Procedure and the directives set forth in the Court's scheduling orders.

**1. Timely Filing and Submission of Appellants' Rule 8014 Opening Brief**

Appellants confirm that we have filed and served, on April 7, 2025, our comprehensive Opening Brief in compliance with Federal Rule of Bankruptcy Procedure 8014. This filing addresses, inter alia, the dispositive issues on appeal, including the question of subject matter jurisdiction under Article III, as well as the enforceability of the debt instruments at issue in the underlying bankruptcy proceedings.

**2. Outstanding Motions and Potential for Amended or Supplemental Briefing**

Several motions remain pending in the District Court, most notably Appellants' request under Federal Rule of Evidence 201(c)(2) for the Court to take judicial notice (see Appendix A and

The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

Part 18-4

Monday, April 7, 2025, 11:38:57 AM

**VIA EMAIL & U.S. MAIL**
The Honorable Michael L. Brown
United States District Judge
Northern District of Georgia
Atlanta Division
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re: *In re Group Management Corp.*, Case No. 03-93031 (Bankr. N.D. Ga.)
On appeal as *Ware, et al. v. Alpha Capital, AG, et al.*, 25-cv-00613 (N.D. Ga.)

Dear Judge Brown:

Enclosed please find **The Parties' Joint Stipulated Final Money Judgment** ("Proposed Stipulated Money Judgment") consistent with the Court's authority under the Federal Rules of Civil Procedure, and pursuant to the directives set forth in the Parties' Joint Proposed Final Order (Ex. 18-1) and the Parties' Joint Proposed Memorandum Opinion and Final Order (Ex. 18-2). We respectfully request that the Court enter this Proposed Judgment immediately.

Respectfully submitted,

/s/ Ulysses T. Ware, Attorney in Fact for Appellants
**Group Management and Ulysses T. Ware**

Dated: April 7, 2025
Brooklyn, NY