Case 1:25-cv-00613-MLB   Document 29   Filed 04/21/25   Page 1 of 5

RECEIVED IN CHAMBERS
U.S.D.C. - Atlanta

APR 21 2025

KEVIN P. WEIMER, Clerk
By: J. Kelley  Deputy Clerk

# Case No. 25cv00613 (NDGA) (18-0AAA) (Part 18-0AAA)
## The Office of Ulysses T. Ware

123 Linden Blvd., Suite 9-L
Brooklyn, New York 11226
(718) 844-1260
utware007@gmail.com

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

In re Group Management Corp., a/k/a IVG Corp., Debtor.

Chapter 11, Case No. 03-93031-BEM

*[handwritten note:]* Part 18-0 AAA (USPO) April 14, 2025 filed.

---

ULYSSES T. WARE and GROUP MANAGEMENT,

Appellants,

v.

ALPHA CAPITAL AG, et al., Predatory Unregistered Broker-Dealers,

Appellees.

_____/

### APPELLANTS' DECLARATION AND CERTIFICATE OF DELIVERY
### (18 U.S.C. § 2071(a)–(b); Fed. R. Bankr. P. 8014)

I, ULYSSES T. WARE, 28 USC § 1654 attorney-in-fact for the Appellants, pursuant to 28 U.S.C. § 1746, hereby this 14th day of April 2025, in Brooklyn, NY, under oath, subject to the penalty of perjury, pursuant to 28 USC § 1746, having personal knowledge of the facts declare and certify as follows:

1. **Purpose of Declaration.** This Declaration of Delivery is submitted to memorialize the official filing and physical delivery of the Appellants' Rule 8014 Opening Appeal Brief (the "Brief") in the above-captioned matter, and to place the Clerk and all parties on notice of the protections afforded to said Brief under 18 U.S.C. § 2071(a)–(b).

2. **Identification of Document.** The Brief is entitled *Appellants' Rule 8014 Opening Brief* (dated 7 April 2025, fifty (50) pages plus appendices) and forms part of the Joint Stipulated Appellate Record. See DC Dkt.5, and Dkt. 9.

3. **Method of Dispatch.** On 7 April 2025, the undersigned caused the Brief to be dispatched via **United States Postal Service Priority Mail Express** to the Clerk of Court, United States District Court, Northern District of Georgia, 75 Ted Turner Drive SW, Atlanta, Georgia 30303, bearing USPS Tracking No. 9505 5141 9265 5097 1166 98.

4. **Proof of Delivery.** According to the official tracking records of the United States Postal Service, the package identified in ¶ 3 was **delivered to the Court's Mail Room on 10 April 2025 at 2:38 p.m. (Eastern).** A true and correct copy of the USPS delivery confirmation ("Exhibit A") is appended hereto.

5. **Effect of Delivery.** Pursuant to Fed. R. Bankr. P. 8014(c) and this Court's briefing schedule (ECF No. 10), the Brief is deemed **timely filed** as of 10 April 2025.

6. **Preservation of Court Records.** Any removal, alteration, or concealment of the Brief or its appendices from the files of the Court may constitute a violation of 18 U.S.C. § 2071(a)–(b).

7. **Reservation of Rights.** Appellants reserve all procedural and substantive rights, including the right to supplement or amend the Brief upon leave of Court and to seek appropriate relief to safeguard the integrity of the record.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of April 2025, at Brooklyn, New York.

/s/ Ulysses T. Ware
ULYSSES T. WARE
Attorney-in-Fact for Appellants
Group Management and Ulysses T. Ware

*/s/ Ulysses T. Ware*

## CERTIFICATE OF SERVICE

I hereby certify that on 14 April 2025 a copy of the foregoing Declaration and Exhibit A was served (i) via email to the Chambers of the Hon. Michael L. Brown and via U.S. mail to the Office of the District Clerk (NDGA), and via email to all Appellees' counsel of record who have appeared, and (ii) via electronic mail upon all Appellees and other parties, privies, proxies, surrogates, alter-egos, and all those in active concert with the Predatory Unregistered Broker-Dealers entitled to notice.

/s/ Ulysses T. Ware

*Ulysses T. Ware*

EXHIBIT A
(USPS Delivery Confirmation – Tracking No. 9505 5141 9265 5097 1166 98)

04.10.25 25cv00613 (NDGA) Delivery Confirmation Certificate

 Gmail                                                         Ulysses Ware <utware007@gmail.com>

**USPS® Item Delivered, Front Desk/Reception/Mail Room 9505514192655097116698**
1 message

auto-reply@usps.com <auto-reply@usps.com>                                 Thu, Apr 10, 2025 at 2:42 PM
To: utware007@gmail.com



**Appellants' Rule 8014 Opening Brief was delivered to the U.S. District Court in Atlanta, GA, on April 10, 2025, at 2:38 pm as certified by the U.S. Post Office.**

Hello **Ulysses Thomas Ware**,

Your item was delivered to the front desk, reception area, or mail room at 2:38 pm on April 10, 2025 in ATLANTA, GA 30303.

Tracking Number: **9505514192655097116698**

**Delivered, Front Desk/Reception/Mail Room**



**Tracking & Delivery Options**

**My Account**



Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.

Page **4 of 4**
Monday, April 14, 2025
(18-AAA) re April 10, 2025, U.S. Post Office Delivery Confirmation Certificate of Timely filing of Appellants' 25cv00613 (NDGA) Rule 8014 Opening Brief.

Case 1:25-cv-00613-MLB   Document 29   Filed 04/21/25   Page 5 of 5

The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226

Filed on April 14, 2025
25cv00613 (BDGA)
RE: Appellants' delivery certificate (Part 18-0AAA)



NEW YORK NY 100
16 APR 2025 PM 14 L

U.S. Marshals Service
Atlanta, GA 30303

CLEARED DATE
APR 21 2025

The Hon. Michael L. Brown
U.S. District Court (NDGA)
Richard B. Russell U.S. Courthouse
75 Ted Turner Dr., SW
Atlanta, GA 30303

30303-330845