# (18-5) (Part 18-5)
# The Office of Ulysses T. Ware

123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

**April 15, 2025**

**VIA EMAIL TO CHAMBERS AND U.S. MAIL**

The Honorable Michael L. Brown
United States District Judge
United States District Court for the Northern District of Georgia
Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Re: Case No. 1:25-cv-00613-MLB;** *Ulysses T. Ware and Group Management v. Alpha Capital AG, et al.*

**Subject: Submission of Document (18-5) (Part 18-5) Regarding Appellants' Request for Sua Sponte Action Under Code of Conduct for Federal Judges Concerning Actual Innocent Brady Evidence Notifications.**

Dear Judge Brown:

Pursuant to 28 U.S.C. § 1654, Appellants Ulysses T. Ware and Group Management ("Appellants"), acting through their undersigned attorney-in-fact, respectfully submit the attached document, designated **(18-5) (Part 18-5)**, filed with Your Honor's Chambers via email and U.S. Mail on April 15, 2025.

This document (18-5) constitutes Appellants' formal request urging the Court's *sua sponte* consideration of potential notification duties arising under the Code of Conduct for United States Judges. As detailed therein, these potential duties are triggered by specific, stipulated actual innocent *Brady* exculpatory and impeachment evidence presented in Appellants' pending motion for mandatory judicial notice (Dkt. 25), which Appellants contend demonstrates was deliberately concealed and suppressed, materially corrupting and affecting the integrity of prior federal and state proceedings, specifically *United States v. Ware*, 04cr1224 (SDNY) and the related *In re Ware* (Supreme Court of GA) fraudulent disbarment proceedings.

The attached submission (18-5) elaborates on the nature of the *Brady* evidence, the relevant Canons of the Code of Conduct, and the specific notifications Appellants assert are required under the circumstances to uphold the integrity of the affected judicial proceedings.

We respectfully request the Court's careful consideration of this exceptionally serious matter outlined in the attached document (18-5).

Respectfully submitted,

/s/ Ulysses T. Ware
Ulysses T. Ware
Attorney-in-fact for Appellants Ulysses T. Ware and Group Management

Attachment: (18-5) (Part 18-5) re Appellants' Request for Sua Sponte Code of Conduct for Federal Judges' Actual Innocent Brady Evidence Notifications

cc: All Counsel of Record and Appellees (served via email) on April 15, 2025.