# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

---

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

18-6.1 (Southwell's stipulation)
April 17, 2025 filed.

FROM:
Office of Ulysses T. Wave
123 Linden Blvd, Ste 9-L
Brooklyn, NY 11226

RECEIVED IN CHAMBERS
USDC
APR 21 2025
KEVIN P. WEIMER, Clerk
By: J Kelley
Deputy Clerk

TO:
The Hon. Michael L. Brown
U.S. District Court (NDGA)
Richard B. Russell U.S. Courthouse
75 Ted Turner Dr., SW
Atlanta, GA 30303

Label 228, December 2023 — FOR DOMESTIC AND INTERNATIONAL USE

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.

---

/s/ Megan Q Wave, 25cv00613, April 17, 2025 Filing 1/9

Ware, et al. v. Alpha Capital, AG, et.
25cv00613 (NDGA)

Contents: 18-5
1. 18-6.1-CL
2. 18-6.1- FRE 201(c)(2) Request
3. Appx C-1
4. Appx C-2
5. JSAR Dkt. 5-13 pp. 43-60

/s/ Ulysses T Ware
April 17, 2025 Filed.

## (18-5) (Part 18-5)
## The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

**April 15, 2025**

### VIA EMAIL TO CHAMBERS AND U.S. MAIL

The Honorable Michael L. Brown
United States District Judge
United States District Court for the Northern District of Georgia
Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Re: Case No. 1:25-cv-00613-MLB;** *Ulysses T. Ware and Group Management v. Alpha Capital AG, et al.*

**Subject: Submission of Document (18-5) (Part 18-5) Regarding Appellants' Request for Sua Sponte Action Under Code of Conduct for Federal Judges Concerning Actual Innocent Brady Evidence Notifications.**

Dear Judge Brown:

Pursuant to 28 U.S.C. § 1654, Appellants Ulysses T. Ware and Group Management ("Appellants"), acting through their undersigned attorney-in-fact, respectfully submit the attached document, designated (18-5) (Part 18-5), filed with Your Honor's Chambers via email and U.S. Mail on April 15, 2025.

This document (18-5) constitutes Appellants' formal request urging the Court's *sua sponte* consideration of potential notification duties arising under the Code of Conduct for United States Judges. As detailed therein, these potential duties are triggered by specific, stipulated actual innocent *Brady* exculpatory and impeachment evidence presented in Appellants' pending motion for mandatory judicial notice (Dkt. 25), which Appellants contend demonstrates was deliberately concealed and suppressed, materially corrupting and affecting the integrity of prior federal and state proceedings, specifically *United States v. Ware*, 04cr1224 (SDNY) and the related *In re Ware* (Supreme Court of GA) fraudulent disbarment proceedings.

Page 1 of 2
Thursday, April 17, 2025
(18-5) (Part 18-5) re Code of Conduct for Federal Judges' actual innocent Brady exculpatory evidence notifications requirements.



**(18-5) (Part 18-5)**

# Case No. 25-cv-00613-MLB

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

---

ULYSSES T. WARE and GROUP MANAGEMENT,
(Debtor)
Appellants,

v.

ALPHA CAPITAL, AG, et al., Predatory Unregistered Broker-Dealers,
Appellees.

# Part 18-5

---

On Appeal from the United States Bankruptcy Court
for the Northern District of Georgia
Case No. 03-93031-WLH

---

[Docket Text]: (Part 18-5) (Part 18-5) re Appellants' Request for *Sua Sponte* Code of Conduct for Federal Judges' Actual Innocent Brady Evidence Judicial Notifications Requirements.

Respectfully submitted,

/s/ Ulysses T. Ware
The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
Attorney in Fact for Appellants: Ulysses T. Ware and Group Management
Email: utware007@gmail.com
Tel: (718) 844-1260

Page 1 of 14
Filed on Tuesday, April 15, 2025 at 11:01:24 AM to Chamber of the Hon. District Judge Brown (NDGA).
(Part 18-5) (Part 18-5) re Appellants' Request for Sua Sponte Code of Conduct for Federal Judges' Actual Innocent Brady Evidence Notifications.



## (18-6.1) (Part 18-6.1/17-20C)

## The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

Thursday, April 17, 2025, 11:08:52 AM

<u>VIA EMAIL TO CHAMBERS AND U.S. MAIL</u>

The Honorable Michael L. Brown
United States District Judge
United States District Court for the Northern District of Georgia
Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re: Case No. 1:25-cv-00613-MLB; *Ulysses T. Ware and Group Management v. Alpha Capital AG, et al., Predatory Unregistered Broker-Dealers.*

Subject: Submission of Appellants' Request for Mandatory Judicial Notice (FRE 201(c)(2)) of Specific Adjudicative Facts Evidencing Former AUSA Alexander H. Southwell's Stipulated Predicate Hobbs Act Crimes and Related Filings (Designated 18-6.1 / Part 18-6.1/17-20C; Appx C-1; Appx C-2).

Dear Judge Brown:

Pursuant to 28 U.S.C. § 1654, Appellants Ulysses T. Ware and Group Management ("Appellants"), acting through their undersigned attorney-in-fact, respectfully submit the attached documents for filing and consideration by the Court in the above-referenced appellate matter.

The primary attached document, designated (18-6.1) (Part 18-6.1/17-20C), constitutes Appellants' formal request for mandatory judicial notice pursuant to Federal Rule of Evidence (FRE) 201(c)(2). This request specifically seeks judicial notice of ten enumerated adjudicative facts, derived from the court-certified Joint Stipulated Appellate Record ("JSAR") and related official court records, which evidence the alleged knowing and willful participation of former Assistant United States Attorney (AUSA) Alexander H. Southwell in stipulated predicate and overt Hobbs Act crimes. These alleged crimes pertain directly to the predatory collection activities



# Case No. 1:25-cv-00613-MLB (18-6.1) (Part 18-6.1/17-20C)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Filed on April 17, 2025, 10:53:04 AM, via email to Chambers and via U.S. Mail

---

ULYSSES T. WARE and GROUP MANAGEMENT, (Debtor),
Appellants,

v.

ALPHA CAPITAL, AG, et al., Predatory Unregistered Brokers-Dealers,
Appellees.

---

(On Appeal from the United States Bankruptcy Court
for the Northern District of Georgia, Case No. 03-93031-WLH)

---

[Docket Text] Appellants' Request for Mandatory FRE 201(c)(2) Judicial Notice, and Appellants' Priority Attempt to "Meet and Confer" Pursuant to 25cv00613 (N.D. Ga.) Dkt. 2, Standing Order ¶ (m) (Brown, J.) Regarding Request for Mandatory Judicial Notice (FRE 201(c)(2)) of Specific Adjudicative Facts Evidencing former AUSA Alexander H. Southwell's Stipulated Predicate and Overt Act Hobbs Act Crimes with Respect to Predatory Criminal Usury Unlawful Debts, GX 1-4, and GX 5, and Their Direct Causation to the Void Ab Initio *In re Group Management Corp.*, 03-93031 (BC NDGA) Chapter 11 and (ii) *U.S. v. Ware*, 04cr1224 (SDNY) Indictment.

We thank the Court for its attention and respectfully request confirmation of docketing. Please advise if any further action is required by Appellants to facilitate formal entry on the docket.

Respectfully submitted,

/s/ Ulysses T. Ware
Ulysses T. Ware
Attorney-in-fact for the Appellants



# 25cv00613
# Case No. 23-865 CF(01) Appx C-1

## In the United States Court of Appeals
## For the Second Circuit
## Filed on Tuesday, June 13, 2023

---

### Ulysses T. Ware (Appellant) v. United States, et al. (Appellee).

On appeal from *Ware v. USA, et al.*, 22cv10566 (SDNY), *U.S. v. Ware*, 04cr1224 (SDNY), and *Alpha Capital, AG, et al., v. IVG Corp., a/k/a Group Management Corp., et al.*, 02cv2219 (SDNY).[1]

---

### Appx 26—The U.S. v. Ware, 04cr1224 (SDNY) Indictment (annotated).

Appellant Ulysses T. Ware's L.R. 27-1 Substantive Motion re: To stay this moot appeal and remand to the District Courts (SDNY) for *mandatory dispositive* Article III threshold jurisdictional determinations[2]—the District Courts, *U.S. v. Ware*, 22cv10566 (SDNY), 04cr1224 (SDNY) (Ramos, J.), and 02cv2219 (SDNY) lacked 28 USC 1332(a), Article III, and 18 USC 3231 jurisdiction over the subject matter—that is, the RICO criminal usury, unlawful debt contracts, GX 1-4 (the "Criminal Usury Convertible Promissory Notes") and GX 5 (the "Criminal Usury Underwriting Contract", jointly, (the "Moot RICO Criminal Usury Subject Matter" or "Illegal RICO Contracts") <u>which rendered the sub iudice proceedings from which the record comes to this Court on appeal null and void ab initio and moot</u>.[3]

---

[1] The Alpha 02cv2219 (SDNY) lawsuit was ex parte, *voluntarily dismissed with prejudice* by the plaintiffs' lawyer government witness Kenneth A. Zitter, Esq. on Dec. 20, 2007, Dkt. 90, pursuant to Fed. R. Civ. P. Rule 41(a)(2), which *annulled*, vitiated, and voided all prior orders [GX 7, GX 11, GX 24, and GX 34], judgments, and proceedings as "if the [02cv2219] lawsuit had never been filed," terminated the court's jurisdiction over the subject matter [GX 1-4, GX 5], *and rendered the proceedings moot*. *United States v. L-3 Comm'cs EO Tech Inc.*, 921 F.3d 11, 18-19 (2d Cir. 2019) (collecting cases).

[2] See *Steel Co. v. Citizens for Better Environment*, 523 U.S. 83, 93-95 (1998) *this Court is not permitted to reach any determination on the merits of any matter*, i.e., (i) Dkt 7 (Leave to file order), (ii) 2255 certificate of appealability, or (iii) to conduct review of the issues in this No. 23-865 appeal until the district courts' jurisdictions are "affirmatively confirmed" by the plaintiff (the Appellee in the Criminal Proceedings; and the Alpha group in 02cv2219 (SDNY) lawsuit).

[3] See the March 15, 2022, decision in *Adar Bays, LLC v. GeneSYS ID, Inc.*, 28 F.4d 379 (2d Cir. 2022) (convertible promissory notes which implicitly or actually charge more than 2x the NYS authorized interest rate constitute *criminal usury unlawful debts* and violated NYS Penal Law, section 190.40, the criminal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

-v.-  :  **INDICTMENT**

THOMAS WARE,
    a/k/a "Ulysses Thomas Ware,"  04 Cr.

Defendant.

**04CRIM. 1224**

No. 25cv00613
Appx C-2

- - - - - - - - - - - - - - - -X

U.S. DISTRICT COURT FILED NOV 17 2004 S.D. OF N.Y.

JUDGE SWEET

**COUNT ONE**
(Criminal Contempt)

The Grand Jury charges:

### RELEVANT PERSONS AND ENTITIES

1.  At all times relevant to this Indictment, Alpha Capital Aktiengesellschaft was a corporation organized and existing under the laws of Liechtenstein with its principal place of business in Vaduz, Liechtenstein. **Unregistered broker-dealer.**

2.  At all times relevant to this Indictment, Amro International was a corporation organized and exising under the laws of Panama with its principal place of business in Zurich, Switzerland. **Unregistered broker-dealer.**

3.  At all times relevant to this Indictment, Markham Holdings, Ltd. was a corporation organized and existing under the laws of Gibraltar with its principal place of business in Gibraltar. **Unregistered broker-dealer.**

4.  At all times relevant to this Indictment, Stonestreet Limited Partnership was a limited partership organized and

The 04cr1224 indictment is null and void ab initio for the reasons set forth in the comments to follow—on Nov. 17, 2004, David N. Kelley, the U.S. Attorney (SDNY) pursuant to Art. II pleaded the United States out of the federal court by pleading actual innocent, exculpatory affirmative defenses on the face of the indictment. The 02cv2219, 04cr1224, 09-0851 (2d Cir.); 22cv10566, and 23-865 proceedings are moot.

# JSAR Dkt. 5-13 pages 43-60

Exhibit 1—Dkt. 65, Aug. 13, 2003, Sand, J.) (deceased), 02cv2219 (SDNY): Unappealed Judicial ruling (collateral, equitable, and judicial estoppel) of 15 USC §78p(b) *statutory insider status* (disgorgement of all profits requirement to the Chapter 11 estate) for each of KTS' *unregistered broker-dealer* clients (see Ex. 3, infra) with respect to the Chapter 11 debtor's, Group Management Corp.'s, publicly-traded equity securities.[6]

---

[6] Judge Sand's Aug. 13, 2003, ruling, binding a lawful court order—(A) subject to enforcement against Hagenau, KTS, its client, et al., via civil and criminal contempt (18 USC §§401(2), 401(3)) absolutely binding on the 03-93031 Chapter 11 Bankruptcy Court (NDGA) (Hagenau, C.J.), which (B) *conferred fiduciary duty status* on all 18 USC §1962(d) racketeering to commit bankruptcy fraud unindicted coconspirators to wit, Hagenau, KTS, its partners, each of *KTS' unregistered broker-dealer clients, et al.*— that is, Hagenau, KTS, its partners, and its clients are subject to (i) *an existing and extant and current equitable lien on their personal and individual assets*, (ii) current and extant constructive trust impressed on their assets, (iii) and U.C.C. Article 1 encumbrance and lion on their assets in the amount of *$6422M plus interest* running from the date of Judge Sand's 15 USC §78p(b) court order, August 13, 2003, (i.e., stolen and concealed property and assets of the 03-93031 Chapter 11 estate).