RECEIVED IN CHAMBERS
U.S.D.C. - Atlanta

APR 2 1 2025

KEVIN P. WEIMER, Clerk
By: J. Kelley Deputy Clerk

**(18-6.1) (Part 18-6.1/17-20C)**

# The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

Thursday, April 17, 2025, 11:08:52 AM

## VIA EMAIL TO CHAMBERS AND U.S. MAIL

The Honorable Michael L. Brown
United States District Judge
United States District Court for the Northern District of Georgia
Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Re: Case No. 1:25-cv-00613-MLB;** *Ulysses T. Ware and Group Management v. Alpha Capital AG, et al., Predatory Unregistered Broker-Dealers.*

**Subject: Submission of Appellants' Request for Mandatory Judicial Notice (FRE 201(c)(2)) of Specific Adjudicative Facts Evidencing Former AUSA Alexander H. Southwell's Stipulated Predicate Hobbs Act Crimes and Related Filings (Designated 18-6.1 / Part 18-6.1/17-20C; Appx C-1; Appx C-2).**

Dear Judge Brown:

Pursuant to 28 U.S.C. § 1654, Appellants Ulysses T. Ware and Group Management ("Appellants"), acting through their undersigned attorney-in-fact, respectfully submit the attached documents for filing and consideration by the Court in the above-referenced appellate matter.

The primary attached document, designated **(18-6.1) (Part 18-6.1/17-20C)**, constitutes Appellants' formal request for mandatory judicial notice pursuant to Federal Rule of Evidence (FRE) 201(c)(2). This request specifically seeks judicial notice of ten enumerated adjudicative facts, derived from the court-certified Joint Stipulated Appellate Record ("JSAR") and related official court records, which evidence the alleged knowing and willful participation of former Assistant United States Attorney (AUSA) Alexander H. Southwell in stipulated predicate and overt Hobbs Act crimes. These alleged crimes pertain directly to the predatory collection activities

associated with the criminally usurious and void *ab initio* unlawful debt instruments designated GX 1-4 and GX 5.

Furthermore, the attached filing (18-6.1) includes Appellants' Declaration detailing the priority attempt made to comply with this Court's Standing Order ¶ (m) (Dkt. 2) regarding meeting and conferring with Mr. Southwell prior to filing this request. As documented therein, Mr. Southwell failed to provide any response by the specified deadline to the detailed meet-and-confer memorandum outlining the specific facts subject to judicial notice, which Appellants contend constitutes a waiver and concession under the circumstances.

Appellants assert that the facts subject to this judicial notice request, including admissions and stipulations attributable to Mr. Southwell through the binding JSAR and other filings, are not subject to reasonable dispute under FRE 201(b)(2). These facts demonstrate Mr. Southwell's direct involvement in the predatory loan-sharking criminal enterprise and establish the direct causation between his extremely dangerous and violent criminal conduct and the procurement of the fraudulent and void *ab initio* indictment in *United States v. Ware*, 04cr1224 (SDNY).

Also attached for the Court's reference in conjunction with the filing (18-6.1) are:

- **Appx C-1:** Annotated copy of the *U.S. v. Ware*, 04cr1224 (SDNY) Indictment (referenced as Appx. 23-865 in 2d Cir. Case No. 23-865).
- **Appx C-2:** Unannotated copy of the *U.S. v. Ware*, 04cr1224 (SDNY) Indictment.

These judicially noticeable facts are critical to the just resolution of the jurisdictional and substantive issues presented in this appeal. Appellants respectfully request that the Court accept the attached documents (18-6.1, Appx C-1, Appx C-2) for filing and grant the request for mandatory judicial notice contained within filing 18-6.1.

We thank the Court for its careful consideration of this exceptionally serious matter and respectfully request confirmation of docketing. Please advise if any further action is required by Appellants to facilitate formal entry on the docket.

Respectfully submitted,

/s/ Ulysses T. Ware
Ulysses T. Ware
Attorney-in-fact for Appellants Ulysses T. Ware and Group Management

Attachments:

1. Appellants' Request for Mandatory FRE 201(c)(2) Judicial Notice and Related Declaration (18-6.1) (Part 18-6.1/17-20C)
2. Appx C-1: Annotated *U.S. v. Ware*, 04cr1224 (SDNY) Indictment

3. Appx C-2: Unannotated *U.S. v. Ware*, 04cr1224 (SDNY) Indictment

cc: All Counsel of Record and Appellees (served via email) on April 17, 2025.
Clerk of Court (via U.S. Mail)
Office of the U.S. Trustee, Region 21 (via email)

Page 3 of 3
Thursday, April 17, 2025
(18-6.1) (Part 18-6.1/17-20C) re Alexander H. Southwell's stipulation to direct participation in Hobbs Act dangerous and violent predatory criminal usury unlawful debt collection activities regrading GX 1-4, and GX 5.