RECEIVED IN CHAMBERS
U.S.D.C. - Atlanta

APR 2 8 2025

KEVIN P. WEIMER, Clerk
By ~~Kelley~~ Deputy Clerk

# The Office of Ulysses T. Ware

123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

Monday, April 21, 2025, 9:56:23 PM (EDT)

**VIA EMAIL TO CHAMBERS AND U.S. MAIL**

*Part 18-6.2-CL*

The Honorable Michael L. Brown
United States District Judge
United States District Court for the Northern District of Georgia
Richard B. Russell Federal Building & United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re: *Ware & Group Management v. Alpha Capital AG, et al.*,
Case No. 1:25-cv-00613-MLB — **Submission of Appellants' FRE 201(c)(2) Mandatory Judicial-Notice Request (18-6.2).**

Dear Judge Brown:

Pursuant to 28 U.S.C. § 1654, Appellants Ulysses T. Ware and Group Management ("Appellants"), acting through their undersigned attorney-in-fact, respectfully submit for filing the enclosed papers, designated **(18-6.2) (Part 18-6.2/17-20D)**, together with the supporting declaration and appendices described below.

The principal filing is Appellants' **Request for Mandatory Judicial Notice under Federal Rule of Evidence 201(c)(2)** of six adjudicative facts that (i) derive verbatim from the Joint Stipulated Appellate Record ("JSAR") and other uncontested public records, and (ii) establish the knowing coordination by former AUSA **Alexander H. Southwell** and former SEC lawyer **Jeffrey B. Norris (a/k/a J. Blair Norris)** in a Hobbs-Act/RICO conspiracy to collect the criminally usurious, void-*ab initio* debts designated **GX 1-4** (and related GX 5).

As detailed in the accompanying declaration, Appellants served Messrs. Southwell and Norris with a comprehensive meet-and-confer memorandum on April 20, 2025, demanding a sworn Rule 11-compliant response by 2:00 p.m. EDT on April 21, 2025. Neither individual provided any response. Their silence constitutes a waiver of objection and a binding concession that the enumerated facts are "not subject to reasonable dispute" within the meaning of FRE 201(b)(2). Judicial notice is therefore mandatory.

Because these facts bear directly on (a) the jurisdictional collapse of the underlying proceedings, and (b) the predicate-act admissions establishing Appellees' RICO liability, Appellants respectfully request expedited docketing and prompt confirmation of receipt. Should Chambers require any further information to facilitate entry on the docket, we will respond immediately.

Thank you for Your Honor's attention to this urgent matter.

Respectfully submitted,

/s/ Ulysses T. Ware
Ulysses T. Ware
Attorney-in-fact for Appellants
Ulysses T. Ware and Group Management

**Enclosures**

1. Appellants' Request for Mandatory FRE 201(c)(2) Judicial Notice and Supporting Memorandum (18-6.2 / Part 18-6.2/17-20D)
2. Declaration of Ulysses T. Ware (dated April 21, 2025)
3. Appendix A – Suppressed 2004 SEC-USAO coordination e-mails (Aug. 16, 18, 30)
4. Appendix B – FINRA May 17, 2021 certification of unregistered broker-dealer status
5. Appendix C – Relevant JSAR excerpts (Dkt. 5-13, pp. 43-60)
6. Appendix D—relevant suppressed and concealed newly-discovered actual innocent Brady exculpatory and impeachment evidence
7. Proposed Order (granting mandatory judicial notice)

cc:     All Counsel of Record & Appellees (via e-mail, April 21, 2025)
        Clerk of Court (via U.S. Mail)