RECEIVED IN CHAMBERS
U.S.D.C. - Atlanta

JUN 3 0 2025

KEVIN P. WEIMER, Clerk
By: J. Kelley  Deputy Clerk

## Part 19 Doc. 03-B

# THE OFFICE OF ULYSSES T. WARE

123 Linden Boulevard, Suite 9-L
Brooklyn, NY 11226
(718) 844-1260
Utware007@gmail.com

Thursday, June 26, 2025, 6:22:21 AM

**VIA U.S. MAIL AND COURTESY COPY VIA ELECTRONIC MAIL TO CHAMBERS**

The Honorable Michael L. Brown
United States District Judge
United States District Court for the Northern District of Georgia
Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**RE: Notice of Intent to File Appellants' Reply Brief Pursuant to Fed. R. Bankr. P. 8018(b) in *Ware, et al. v. Alpha Capital, AG, et al.*, Case No. 1:25-cv-00613-MLB (N.D. Ga.) (Appeal from USBC NDGA Case No. 03-93031-WLH).**

Your Honor, Judge Brown:

Please accept this letter as formal notification from Appellants Ulysses T. Ware and Group Management ("Appellants") in the above-referenced appellate proceeding.

Appellants hereby provide notice to the Court and all parties of record of their intent to file an Appellants' Reply Brief in this matter. This Reply Brief will be filed in accordance with Federal Rule of Bankruptcy Procedure 8018(b)(1), which permits an appellant to file a reply brief within 14 days after service of the appellee's brief.

Although, as of the date of this letter, the only brief, *a non-merits brief,* filed by any designated Appellee is the "Special Appearance Brief of State-Bar Non-Parties" (Dkt. 45) submitted by the State Bar of Georgia Appellees, which Appellants contend is not a merits brief and is itself manifestly and patently frivolous and sanctionable, Appellants intend to address the arguments raised therein, as well as to reply to any other submissions that may be construed by the Court as an appellee's brief or that otherwise warrant a reply to fully develop the record for this Court's consideration. *Legally, all named Appellees in the Notice of Appeal, Dkt. 279 (03-93031), have knowingly and willfully defaulted as defined in Rule 8018(a)(1), and all failed to file a timely response brief opposing the requested reliefs—that is, as a matter of law implied and actual consent for the Court to enter final judgment against their legal and pecuniary interests.*

Appellants intend to fully exercise all rights afforded to them under the Federal Rules of Bankruptcy Procedure and the United States Bankruptcy Code in the diligent prosecution of this appeal. The forthcoming Reply Brief will further elucidate Appellants' positions on the issues raised in their Opening Appellate Brief (Dkt. 41) and will respond to any contentions advanced by any Appellee.

Appellants thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Ulysses T. Ware
Ulysses T. Ware
Attorney in fact for the Appellants
Ulysses T. Ware and Group Management

**cc: All Appellees Named in the Notice of Appeal (Dkt. 279, Bankr. Case No. 03-93031-WLH) (Via Electronic Mail as previously served).**

[End of document]

The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226

Filed on June 27, 2025
Chambers of the Hon. Michael L. Brown.

Re: Appellants' Judicial Request #4.



MID-ISLAND NY 117
27 JUN 2025 PM 6 L

CLEARED DATE
JUN 30 2025
U.S. Marshals Service
Atlanta, GA 30303

The Honorable Michael L. Brown
United States District Court (NDGA)
Richard B. Russell United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

30303-331861