# Exhibit 1

## THE OFFICE OF ULYSSES T. WARE

123 Linden Boulevard, Suite 9-L
Brooklyn, NY 11226
(718) 844-1260
Utware007@gmail.com



**Date:** July 8, 2025, 9:41:34 AM

**VIA U.S. MAIL**
Clerk of the Court
United States District Court
Northern District of Georgia
Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**AND VIA ELECTRONIC MAIL TO CHAMBERS**
The Honorable Michael L. Brown
United States District Judge
United States District Court for the Northern District of Georgia

**RE: FILING MEMORANDUM REGARDING APPELLANTS' MOTION FOR MANDATORY JUDICIAL NOTICE AND THE PARTIES' JOINT STIPULATION BY DEFAULT IN CASE NO. 1:25-CV-00613-MLB (N.D. GA.).**

The Hon. District Judge Brown, and the Hon. Clerk of the District Court:

Appellants Ulysses T. Ware and Group Management ("Appellants") respectfully submit this Filing Memorandum to accompany the formal submission of a series of documents that are **dispositive of the threshold issues in this appellate proceeding**. These documents establish, through incontrovertible evidence and the doctrine of waiver by default, the propriety of entering judgment in favor of Appellants.

### I. SUMMARY OF ATTACHED DOCUMENTS

Appellants are filing and serving the following key documents, which form the basis for the relief sought:

1. **Part 19 Doc. 02-E.3F: APPELLANTS' FRE 201(c)(2) MOTION FOR MANDATORY JUDICIAL NOTICE, AND RULE 201(e) DEMAND TO BE HEARD.** This comprehensive motion enumerates thirty (30) specific, particular, and dispositive adjudicative facts, each derived from unimpeachable sources, that conclusively establish

universal default, waiver of jurisdiction, and sanctionable bad-faith conduct by all Appellees.

2. **Part 19 Doc. 02-E.3F-CL: ACTUAL NOTICE OF ADVERSE CONSEQUENCES (Cover Letter).** This document, served upon all Appellees on July 7, 2025, provided formal notice of the FRE 201 Motion and explicitly informed each Appellee of their right under FRE 201(e) to request a due process hearing to contest the judicial notice of the facts therein, setting a clear deadline for any such request.

3. **Part 19 Doc. 02-E.3G: THE PARTIES' JOINT STIPULATION AND DECLARATION OF NO OPPOSITION.** This declaration, prepared pursuant to 28 U.S.C. § 1746, memorializes the Appellees' universal failure to respond to the formal notice provided in Doc. 02-E.3F-CL. It asserts that their silence constitutes a knowing, voluntary, and irrevocable waiver of any opposition, thereby creating a joint stipulation by default to the thirty (30) adjudicative facts.

## II. MANDATORY JUDICIAL NOTICE IS NOW REQUIRED AND NON-DISCRETIONARY.

Appellants have carried their burden under Federal Rule of Evidence 201(c)(2) by providing the Court with the "necessary information" to take judicial notice of the thirty adjudicative facts detailed in Document 02-E.3F. These facts are derived from official court dockets and party admissions, sources "whose accuracy cannot reasonably be questioned." FRE 201(b)(2). The mandatory language of FRE 201(c)(2)—"the court **must** take judicial notice"—is now fully engaged.

Crucially, this duty is solidified by **The Parties' Joint Stipulation and Declaration (Doc. 02-E.3G)**. As detailed therein, Appellants provided every Appellee with formal notice of the FRE 201(c)(2) Motion and their right to be heard under FRE 201(e). No Appellee registered any opposition or indicated an intent to seek a hearing by the deadline. This universal, willful silence, and waiver, in the face of a direct opportunity to be heard, constitutes a conclusive waiver and forfeiture of all opposition. *Espinosa*, 559 U.S. at 272. The thirty adjudicative facts are, therefore, now uncontroverted and established by stipulation through default.

### III. APPELLEES' WAIVER OF OPPOSITION TO ENTRY OF FINAL JUDGMENT

The cover letter served on July 7, 2025 (Doc. 02-E.3F-CL), explicitly informed all Appellees that a failure to timely request a hearing would render moot any opposition to the entry of final judgment and a final money judgment in the sum certain principal amount of $5,222,500,000.00, for actual damages incurred by the Appellants, as established by the Proposed Joint Stipulated Final Order attached as Exhibit B to Document 02-E.3F. **Appellants have received no opposition from any Appellee.** Their acquiescence is now a matter of record.

### IV. REQUEST FOR FINAL ORDER OF NOTICE TO PERFECT THE RECORD

To perfect the record for all purposes and to foreclose any conceivable future collateral attack on the basis of due process, Appellants respectfully request that this Honorable Court take one final procedural step before entering the Proposed Final Order. Appellants request that the Court, in an exercise of its inherent authority to manage its docket and ensure the finality of its judgments, **forthwith enter a summary Order directed to all Appellees, providing one final, Court-sanctioned actual notice of the adverse consequences each will be subjected to unless they formally appear in this Court within a short, specified timeframe (e.g., ten (10) days) and show cause why a default judgment should not be entered against them**.

Such an order would provide an unimpeachable record of this Court's diligence in affording due process, even to defaulting parties, and would solidify the legal foundation for the entry of the comprehensive relief Appellants have requested.

Appellants remain ready and available to address the Court on any issue and stand prepared to prepare any supplemental brief if so directed by the Court.

Appellants thank the District Court for its patience and profound diligence in this matter, particularly given the unusual stress and strain caused by the Appellees' dilatory, negligent, and bad-faith unprofessional conduct.

Respectfully submitted,

/s/ Ulysses T. Ware
Ulysses T. Ware
Attorney in fact for the Appellants

*Ulysses 2. Ware*

---

### CERTIFICATE OF SERVICE

I, Ulysses T. Ware, certify under penalty of perjury that I have this 8th day of July, 2025, served a true and correct copy of this Filing Memorandum and the below-listed attachments upon all Appellees via their last known public email account, or via counsel where known.

/s/ Ulysses T. Ware

---

### LIST OF ATTACHMENTS SERVED HEREWITH

1. **Part 19 Doc. 02-E.3F: APPELLANTS' FRE 201(c)(2) MOTION FOR MANDATORY JUDICIAL NOTICE, AND RULE 201(e) DEMAND TO BE HEARD.**
   - *Description:* A comprehensive motion detailing thirty (30) judicially noticeable facts establishing Appellees' universal default, waiver of jurisdiction, and bad-faith conduct, and requesting dispositive relief.

2. **Part 19 Doc. 02-E.3F-CL: ACTUAL NOTICE OF ADVERSE CONSEQUENCES.**
   - *Description:* The formal cover letter was served on all Appellees on July 7, 2025, providing notice of the FRE 201 Motion and informing them of their right to request a hearing under FRE 201(e) and the consequences of waiving that right.

3. **Part 19 Doc. 02-E.3G: THE PARTIES' JOINT STIPULATION AND DECLARATION OF NO OPPOSITION.**
   - *Description:* A declaration, filed pursuant to 28 U.S.C. § 1746, memorializing the Appellees' failure to respond to the notice in Doc. 02-E.3F-CL, and asserting that their silence constitutes a joint stipulation by default to the thirty adjudicative facts.

## [End of document]