# Exhibit 2
## Part 19 Doc. 02-E.3F-CL

**Filed on Tuesday, July 8, 2025, 8:59:29 AM, via email to Chambers and U.S. Mail**
**ACTUAL NOTICE OF ADVERSE CONSEQUENCES**

# THE OFFICE OF ULYSSES T. WARE
123 Linden Boulevard, Suite 9-L
Brooklyn, NY 11226
(718) 844-1260
Utware007@gmail.com



**Date:** July 7, 2025, 8:59:29 AM

<u>**VIA ELECTRONIC MAIL**</u>

**SPECIFICALLY ADDRESSED AND DIRECTED TO:**

- **The State Bar of Georgia Appellees** (via counsel Patrick N. Arndt, Esq., and William D. NeSmith, III, Esq.)
- **William D. NeSmith, III, Esq.** (Office of the General Counsel, The State Bar of Georgia)
- **Patrick N. Arndt, Esq.** (Nall & Miller, LLP)
- **Michael D. Hostetter, Esq.** (Nall & Miller, LLP)
- **Nall & Miller, LLP** (Entity)
- **The Office of the Chief Justice, Supreme Court of Georgia, The Honorable Nels S.D. Peterson** (via direct service and via its agents and privies, including the SBGA and its counsel)
- **QBE Insurance Corporation** (via counsel James Ted Turner, Esq.)
- **James "Ted" Turner, Esq.**
- **Crum & Forster Insurance Company** (via counsel Matthew P. Boyer, Esq., and Freeman, Mathis & Gary, LLP)
- **Matthew P. Boyer, Esq.**
- **Freeman, Mathis & Gary, LLP**

**AND GENERALLY TO: ALL OTHER APPELLEES NAMED IN THE NOTICE OF APPEAL (DKT. 279, BANKR. CASE 03-93031-WLH) AND ALL OTHER PARTIES IN INTEREST WITH ACTUAL NOTICE OF THESE PROCEEDINGS.**

**RE: FORMAL SERVICE AND ACTUAL NOTICE OF APPELLANTS' FRE 201(c)(2) MOTION FOR MANDATORY JUDICIAL NOTICE AND RULE 201(e) DEMAND TO BE HEARD (PART 19 DOC. 02-E.3F); YOUR FINAL OPPORTUNITY TO REQUEST A DUE PROCESS HEARING.**

Esteemed Counsel, Representatives, and All Appellees:

Please be formally advised that this communication provides **actual notice** of the filing of **Part 19, Document 02-E.3F: "APPELLANTS' FRE 201(c)(2) MOTION FOR MANDATORY JUDICIAL NOTICE, AND RULE 201(e) DEMAND TO BE HEARD"** ("FRE 201 Motion"), a complete copy of which is attached hereto for your immediate and final review. This motion has been prepared for filing with the United States District Court for the Northern District of Georgia in Case No. 1:25-cv-00613-MLB ("District Court Appeal").

The attached FRE 201 Motion presents thirty (30) specific, particular, and dispositive adjudicative facts, each derived from unimpeachable sources such as official court dockets and your own prior admissions. These facts irrefutably establish:

1. Your **universal and willful default** in failing to file a responsive merits brief as required by Federal Rule of Bankruptcy Procedure 8018(a).
2. Your receipt of **manifold actual notice, Dkt. 180:03-93031,** of the underlying Bankruptcy Case No. 03-93031-WLH and this appeal, which, under the controlling precedent of *United Student Aid Funds, Inc. v. Espinosa*, 559 U.S. 260 (2010), triggered your duty to act and resulted in your waiver and forfeiture of all jurisdictional objections.
3. The **sanctionable, bad-faith conduct** of the State Bar of Georgia Appellees and their counsel in filing the frivolous and self-contradictory Dkts. 45 and 46.

## YOUR LEGAL RIGHT TO REQUEST A DUE PROCESS HEARING UNDER FRE 201(e) AND THE CONSEQUENCES OF WAIVER.

Pursuant to Federal Rule of Evidence 201(e), a party is entitled, upon timely request, to an opportunity to be heard on the propriety of the court taking judicial notice and the nature of the fact to be noticed. The attached FRE 201 Motion formally requests that the District Court set such a hearing. ***This email constitutes formal notice to each of you of your right to participate in that requested hearing to contest the judicial notice of any of the thirty (30) adjudicative facts enumerated in the motion***.

**PLEASE BE ADVISED, TAKE NOTICE, AND BE AWARE** that should you fail to timely appear and formally notify the Court and Appellants of your intent to participate and present opposition at the requested FRE 201(e) hearing, your silence will be deemed a **knowing and voluntary waiver** of your right to be heard.

A waiver of this right will have the following immediate and irrevocable legal consequences:

1. You will be deemed to have **no opposition** to the Court taking mandatory judicial notice of all thirty (30) adjudicative facts as true and conclusively established.
2. These judicially noticed facts will render moot any and all opposition to the entry of a **final default judgment and default money judgment** against you.
3. These facts will form the basis for the entry of a **final money judgment**, jointly, severally, and collectively against all defaulting Appellees, in the sum certain amount of **$5,222,500,000.00** (USD), as established in the record (see, e.g., Dkt. 19-4).

**FINAL NOTICE AND DEMAND**

**PLEASE BE ADVISED, TAKE NOTICE, AND BE AWARE** that this is your **last and final actual notice** regarding the FRE 201(c)(2) Motion and your opportunity to be heard. There will be no further warnings. Appellants have carried their burden, and the law now commands judicial notice.

Should you continue your course of inaction and default, Appellants will, upon the Court's ruling, seek all available remedies to enforce the resulting judgment. This includes, but is not limited to, seeking extraordinary relief such as a **writ of mandamus** to effectuate the entry of the final money judgment, and initiating proceedings under **11 U.S.C. § 303 for the involuntary Chapter 7 liquidation** of each and every defaulting Appellee entity to satisfy the judgment.

Your continued silence and failure to engage substantively will be construed as your acquiescence to this outcome.

Please see the Joint Stipulated Proposed Final Order attached to Doc. 02-E.3F. If you have any opposition to entry of the Joint Proposed Final Order you must in writing notify the Appellants,

not later than **today, July 7, 2025, by 3:30 PM EST**, in writing, and provide a sworn Declaration or Affidavit of counsel with your alternative good faith factual and legal basis for your opposition, signed pursuant to Rule 11(b)(1-4) and 28 USC § 1927. Else, the Court will be notified that you, with the advice of legal counsel, knowingly and willfully waived all legal rights to oppose the final judgment.

Sincerely,

/s/ Ulysses T. Ware
Ulysses T. Ware

Attorney in fact for the Appellants

**Attachments:**

1. **Part 19 Doc. 02-E.3F:** APPELLANTS' FRE 201(c)(2) MOTION FOR MANDATORY JUDICIAL NOTICE, AND RULE 201(e) DEMAND TO BE HEARD.
2. **Part 19 Doc. 02-B:** INDISPUTABLE PROOF OF SBGA APPELLEES' ACTUAL NOTICE OF THE 03-93031 BANKRUPTCY PROCEEDINGS...
3. **Part 19 Doc. 02-E.2:** APPELLANTS' SUPPLEMENTAL MEMORANDUM OF LAW REGARDING THE SBGA APPELLEES' BINDING JUDICIAL ADMISSION OF "APPELLEE" STATUS VIA THEIR RULE 8020 MOTION FOR SANCTIONS (DKT. 46).
4. **Part 19 Doc. 02-E.3B:** APPELLANTS' RESPONSE TO THE JUNE 30, 2025, 9:17 AM EMAIL OF APPELLEE PATRICK N. ARNDT, ESQ....
5. **Part 19 Doc. 02-E.3C:** MEMORANDUM OF LAW AND FORMAL NOTICE OF ONGOING FRAUDS ON THE FEDERAL COURTS AND IMPERATIVE FOR JUDICIAL ACTION...
6. **Part 19 Doc. 02-E.3D:** APPELLANTS' MEMORANDUM OF LAW: THE SBGA APPELLEES' DUTY TO SEEK DECLARATORY RELIEF...

**[End of document]**