RECEIVED IN CHAMBERS
U.S.D.C. - Atlanta

JUL 2 1 2025

KEVIN P. WEIMER, Clerk
By: J. Kelley Deputy Clerk

**Exhibit 1**
**Part 19 Doc. 02-E.2A-02--FM**

# THE OFFICE OF ULYSSES T. WARE

123 Linden Boulevard, Suite 9-L
Brooklyn, NY 11226
(718) 844-1260
Utware007@gmail.com

**Date:** Friday, July 18, 2025, 7:57:22 AM

### VIA U.S. MAIL AND COURTESY COPY VIA ELECTRONIC MAIL TO CHAMBERS

The Honorable Michael L. Brown
United States District Judge
United States District Court for the Northern District of Georgia
Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**AND TO:**
Office of the District Clerk
United States District Court
Northern District of Georgia

The Hon. District Judge Michael L. Brown and Clerk of the Court:

Please accept for immediate filing and docketing in the above-referenced appellate proceeding the attached document, designated as Exhibit 1 and captioned **"APPELLANTS' SUPPLEMENTAL MEMORANDUM OF LAW No. 02 IN OPPOSITION TO DKT. 45 AND DKT. 46 RE: (I) ON THE SBGA APPELLEES' IRREVOCABLE WAIVER OF SOVEREIGN IMMUNITY AND (II) FRE 201(c)(2) MOTION FOR JUDICIAL NOTICE AND FRE 201(e) DEMAND TO BE HEARD."**

This comprehensive Memorandum of Law is submitted in further opposition to the State Bar of Georgia Appellees' ("SBGA Appellees") Motion to Dismiss Appeal as Frivolous (Dkt. 45) and Motion for Sanctions (Dkt. 46). The attached memorandum establishes, through controlling Supreme Court precedent and an analysis of the SBGA Appellees' own litigation conduct, that they have irrevocably waived any claim to Eleventh Amendment sovereign immunity in this proceeding.

The central legal tenet of the attached memorandum is that the SBGA Appellees—by voluntarily appearing in this appellate action and affirmatively invoking this Court's jurisdiction to seek dispositive, merits-based relief (Dkt. 45) and coercive sanctions (Dkt. 46)—have engaged

in the precise litigation conduct that the Supreme Court unanimously held constitutes a waiver of immunity. *See Lapides v. Board of Regents of Univ. System of Ga.*, 535 U.S. 613 (2002). Sovereign immunity is an affirmative defense that is forfeited if not timely asserted. The SBGA Appellees' calculated decision to file two substantive motions without raising this defense constitutes a classic waiver by litigation conduct, preventing the "inconsistency and unfairness" of using the federal court as a sword while seeking to retain immunity as a shield.

Furthermore, the attached memorandum contains an integrated motion and demand pursuant to the Federal Rules of Evidence. Specifically, under FRE 201(c)(2), Appellants move this Court to take ***mandatory judicial notice*** of the following adjudicative facts, which are not subject to reasonable dispute and are capable of accurate and ready determination by resort to the Court's own docket:

1. The SBGA Appellees voluntarily appeared in Case No. 1:25-cv-00613-MLB.
2. On June 13, 2025, the SBGA Appellees filed a substantive, merits-based Motion to Dismiss the Appeal (Dkt. 45).
3. On June 13, 2025, the SBGA Appellees filed a substantive Motion for Sanctions (Dkt. 46).
4. Neither Dkt. 45 nor Dkt. 46 contains any assertion of, or reservation of rights concerning, Eleventh Amendment sovereign immunity.

Pursuant to FRE 201(e), Appellants hereby demand to be heard upon the timely filing of this motion regarding the propriety of taking mandatory judicial notice of the foregoing adjudicative facts and the legal effect of such notice.

Appellants respectfully request that the Clerk of the Court file the attached Exhibit 1 (02-E.2A-2) on the public docket for Case No. 1:25-cv-00613-MLB, ensuring it is properly indexed as a supplemental memorandum of law in opposition to Dockets 45 and 46.

Respectfully submitted,

/s/ Ulysses T. Ware
**Ulysses T. Ware**
Attorney in Fact for Appellants
Ulysses T. Ware and Group Management

**ATTACHMENT:**

APPELLANTS' SUPPLEMENTAL MEMORANDUM OF LAW No. 02 IN OPPOSITION TO DKT. 45 AND DKT. 46 RE: (I) ON THE SBGA APPELLEES' IRREVOCABLE WAIVER OF SOVEREIGN IMMUNITY AND (II) FRE 201(c)(2) MOTION FOR JUDICIAL NOTICE AND FRE 201(e) DEMAND TO BE HEARD (02-E.2A-2).

## CERTIFICATE OF SERVICE

I, Ulysses T. Ware, hereby certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that on this 18th day of July, 2025, I have served a true and correct copy of the foregoing **FILING MEMORANDUM (02-E.2A-2 FM)** and the attachment described therein (02-E.2A-02) Supplemental Memorandum of Law No. 02 in opposition to Dkt. 45 and Dkt. 46 upon all Appellees via their last known public email account, or via counsel where known; and that courtesy copies have been provided to the Court via email to the Chambers of the Honorable Michael L. Brown and to the Office of the District Clerk for the Northern District of Georgia via U.S. Mail.

/s/ Ulysses T. Ware

*Ulysses T. Ware*

Ulysses T. Ware

Attorney in Fact for Appellants

# [End of document]