IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Ulysses T. Ware,

        Appellant,

v.                                              Case No. 1:25-cv-613-MLB

Alpha Capital, AG, et al.,

        Defendants.

_____/

## ORDER

The Court **ORDERS** Appellant to submit any documents he intends to file in his case to the Clerk's Office: 2211 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303. The Court will not consider or file any further documents sent anywhere else, including the chambers of the undersigned.

**SO ORDERED** this 23rd day of July, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE