# CLERK'S FILING MEMORANDUM

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 07 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260 • utware007@gmail.com

**Date:** November 4, 2025

**TO:** Office of the District Clerk, U.S. District Court for the Northern District of Georgia

**Address:** 2211 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303

**FROM:** Appellants — Ulysses T. Ware and Group Management

**Re: Ware, et al. v. Alpha Capital AG, et al.,** Case No. **1:25-cv-00613-MLB (N.D. Ga.)** — Submission for Filing and Presentment to the District Judge

---

Dear District Clerk:

I, **Ulysses T. Ware, attorney in fact for the Appellants**, respectfully submit the attached document for filing and docketing in the above-captioned appeal and request that it be promptly presented to the assigned District Judge for review.

**Title of Attachment:**

"Letter to the District Court — Request for Immediate Disposition of Appellants' Pending Motions for Mandatory Judicial Notice Pursuant to Fed. R. Evid. 201(c)(2)" (dated November 4, 2025).

**Purpose of Filing:**

The attached Letter requests that the Court (i) issue a notice of intent to grant Appellants' Rule 201(c)(2) judicial-notice applications, or, alternatively, (ii) set a prompt **Rule 201(e)** hearing. For the Clerk's ease of reference, the Letter concerns the following **pending Rule 201(c)(2) docket entries: Docs. 23, 24, 25, 28, 31, 36, 42, and 49.**

**Requested Clerk Actions:**

1. **File and docket** this Filing Memorandum and the attached Letter in Case No. 1:25-cv-00613-MLB with a descriptive entry (e.g., "Filing Memorandum and Letter re Pending FRE 201(c)(2) Motions for Mandatory Judicial Notice").

2. **Present** the attached Letter to the District Judge for review and appropriate action.

3. **Link** the docket entry, if feasible, to the pending Rule 201(c)(2) filings (Docs. 24, 28, 31, 36, 42, 49) to ensure a complete record.

**Method of Submission / Service Confirmation:**

1. This Filing Memorandum and the attached Letter are being **submitted to the Office of the District Clerk (N.D. Ga.) on November 4, 2025, by Priority U.S. Mail** for filing and presentment.

2. On **November 4, 2025**, Appellants also **served** the Letter **via email** on all Appellees or their counsel of record using their CM/ECF email addresses, thereby providing **actual notice** to all interested parties.

Please contact undersigned if any additional information is required to process and present this submission.

Respectfully submitted,

/s/ Ulysses T. Ware

Ulysses T. Ware
Attorney in Fact for the Appellants
(718) 844-1260 • utware007@gmail.com

**Attachment:** Letter to the District Court — Pending Mandatory FRE 201(c)(2) Motions (dated Nov. 4, 2025).