
RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
NOV 10 2025
KEVIN P. WEIMER, Clerk
By: Matthew H, Deputy Clerk

# The Office of Ulysses T. Ware

123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

Friday, November 7, 2025   10:45 A.M.

Office of the District Clerk (N.D. Ga.)
United States District Court
for the Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Re: *Ware et al. v. Alpha Capital, AG et al.*, No. 1:25-cv-00613-MLB (N.D. Ga.) — Filing and Docketing of Appellants' November 7, 2025 Appellate FRE 201(c)(2) Mandatory Judicial Notice Memorandum

## Filing Memorandum

Dear Clerk of Court:

Enclosed for filing and docketing in the above-referenced appeal is the Appellants' Memorandum of Appellate Judicial Notice Pursuant to Federal Rule of Evidence 201(c)(2), dated November 7, 2025, identified on its face as:

**[Docket Caption] Appellants' Memo of Appellate Judicial Notice.**

This filing supplements the Appellants' prior Rule 201(c)(2) submissions (Dkts. 23, 24, 25, 28, 31, 36, 42, 49) and is directly referenced in the accompanying November 7, 2025 Letter to Hon. Michael L. Brown. It provides a comprehensive analysis of the law and authorities—*Dakota County v. Glidden*, 113 U.S. 222 (1885); *Kinnett Dairies, Inc. v. Farrow*, 580 F.2d 1260 (5th Cir. 1978); and *ITT Rayonier, Inc. v. United States*, 651 F.2d 343 (5th Cir. 1981)—governing appellate judicial notice of adjudicative facts bearing directly upon Article III jurisdictional predicates, including mootness, ripeness, standing, and redressability.

The Appellants respectfully request that the attached document be:

1. Filed and docketed under the current appeal docket (Case No. 1:25-cv-00613-MLB); and
2. Circulated for judicial consideration as part of the pending, unopposed Rule 201(c)(2) motions, currently awaiting disposition.

The filing is served simultaneously upon all Appellees and their counsel of record by email through CM/ECF and by email to chambers and the Office of the U.S. Trustee (N.D. Ga.).

Respectfully submitted,

/s/ Ulysses T. Ware
Attorney in Fact for the Appellants
Brooklyn, New York
November 7, 2025

## Certificate of Service

I, Ulysses T. Ware, attorney in fact for the Appellants, hereby certify that on November 7, 2025, I caused a true and correct copy of the Appellants' Filing Memorandum and Appellate FRE 201(c)(2) Mandatory Judicial Notice Memorandum to be:

1. Submitted by Priority U.S. Mail to the Office of the District Clerk (N.D. Ga.), United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA 30303; and
2. Served electronically upon all Appellees and their counsel of record at the CM/ECF and public email addresses listed on the docket, including Kilpatrick Townsend & Stockton, LLP; Baker & McKenzie, LLP; Alexander H. Southwell, Esq.; and the Office of the U.S. Trustee (N.D. Ga.).

Executed on November 7, 2025, in Brooklyn, New York.

/s/ Ulysses T. Ware
Attorney in Fact for the Appellants

*Ulysses Q. Ware*