UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GROUP MANAGEMENT CORP., <br> Debtor, <br><br> ULYSSES T. WARE et al, <br> Appellants, <br><br> vs. <br><br> ALPHA CAPITAL, AG et al, <br> Appellees. | BANKRUPTCY CASE NO. <br> 03-93031-WLH <br><br> CIVIL ACTION FILE NO. <br> 1:25-cv-00613-MLB. |

## J U D G M E N T

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration of the appeal of the bankruptcy order entered 2/3/2025, and the court having rendered its decision, it is

**Ordered and adjudged** that the order of the bankruptcy court is **affirmed** and the appeal is **dismissed**.

Dated at Atlanta, Georgia this 27th day of January, 2026.

                                                  KEVIN P. WEIMER
                                                  CLERK OF COURT

                                      By:   s/Parker Thompson
                                                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 27, 2026
Kevin P. Weimer
Clerk of Court

By: s/Parker Thompson
        Deputy Clerk