# THE OFFICE OF ULYSSES T. WARE

123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com



Sunday, February 8, 2026, 7:29:15 PM

**VIA U.S. Priority Mail with courtesy copy to Chambers**

Kevin P. Weimer, Clerk of Court
United States District Court
Northern District of Georgia
Richard B. Russell Federal Building & United States Courthouse
Clerk's Office, Room 2211
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

Re:

Case No. 1:25-cv-00613-MLB (N.D. Ga.)
*Ware et al.* v. *Alpha Capital, AG et al.*
Clerk's Filing Memorandum Concerning Appellants' Tripartite Omnibus Submission

Dear Clerk Weimer:

Appellants Ulysses T. Ware and Group Management (collectively, "Appellants") respectfully submit this Clerk's Filing Memorandum to facilitate the accurate filing, docketing, and designation of the enclosed pleading in Case No. 1:25-cv-00613-MLB (N.D. Ga.). This memorandum serves solely to ensure ministerial clarity and to eliminate any ambiguity concerning the nature and scope of the materials tendered for filing.

## I. PURPOSE AND FUNCTION OF THIS MEMORANDUM

This filing memorandum is submitted exclusively to assist the Clerk's Office in the proper administrative processing of Appellants' submission. It is not intended as, and should not be construed as, a substantive filing or pleading. Rather, it functions as a transmittal instrument designed to ensure that the Court's docket accurately reflects the comprehensive nature of

Appellants' filing and that each constituent portion receives appropriate designation in the Court's case management system.

Appellants respectfully request that the Clerk's Office file and docket the enclosed documents as a unified, integrated submission. Should the Court's CM/ECF event structure necessitate separate docket entries for technical or administrative reasons, Appellants request that the minimum number of entries consistent with system requirements be employed, and that the docket text accompanying each entry accurately identify all components of the filing as specified herein.

## II. ENUMERATION OF DOCUMENTS TENDERED FOR FILING

Appellants tender the following three components via Omnibus status for filing and incorporation into the record of this appeal:

### A.   Supplemental Memorandum of Law No. 1.0

This memorandum addresses the substantive legal issues raised by the Court's dispositive rulings, Dkt. 57 and Dkt. 58, with particular emphasis on the judicial mental disability, jurisdictional, and procedural questions that have emerged during the pendency of this appeal. The memorandum analyzes the legal consequences flowing from the adjudicative facts identified in Appellants' concurrent request for mandatory judicial notice and presents comprehensive legal argument supporting Appellants' position on these issues.

### B.   Verified Motion for Mandatory Judicial Notice and Demand for Hearing Pursuant to Federal Rule of Evidence 201(c)(2) and 201(e)

This motion requests that the Court take ***mandatory judicial notice*** of specified adjudicative facts and exhibits pursuant to Fed. R. Evid. 201(c)(2), which provides that a court "must take judicial notice if a party requests it and the court is supplied with the necessary information." The motion includes verification of the facts presented, identification of the specific exhibits and documentary evidence supplied to satisfy the Court's informational requirements, and a formal demand for an opportunity to be heard consistent with the procedural framework established by Rule 201(e).

## C.   Certificate of Compliance Pursuant to Federal Rule of Bankruptcy Procedure 8015(h)

This certification confirms Appellants' compliance with the applicable type-volume and word-count limitations governing motion papers in bankruptcy appeals. Pursuant to Fed. R. Bankr. P. 8015(h) and as implemented through Rule 8022(b)(1), the certificate attests that Appellants' combined filing conforms to the prescribed 7,800 word-count limitation, excluding excludable portion, as measured by the word-processing system employed in the preparation of these documents.

### III. REQUESTED DOCKET DESIGNATION

To ensure that the Court's docket provides an accurate and comprehensive description of this submission, Appellants respectfully request that the docket entry (or entries, if multiple entries prove necessary) incorporate the following designation:

> "Appellants' Supplemental Memorandum of Law No. 1.0; Verified Motion for Mandatory Judicial Notice and Demand for Hearing (Fed. R. Evid. 201(c)(2)); and Certificate of Compliance (Fed. R. Bankr. P. 8015(h))."

Should the Clerk's Office determine that the Court's standardized filing event categories necessitate alternative or abbreviated docket text, Appellants respectfully request that the entry nevertheless expressly enumerate each of the three constituent components identified above, thereby ensuring that the docket reflects the comprehensive nature of the submission and facilitates efficient retrieval and reference by the Court and the parties.

### IV. ADMINISTRATIVE CONTACT INFORMATION

In the event that the Clerk's Office requires administrative clarification concerning event selection, docket text formulation, document packaging, or technical aspects of CM/ECF processing, Appellants may be contacted at the address, telephone number, and electronic mail address set forth in the caption of this memorandum. Appellants stand prepared to provide any additional information or clarification that may prove helpful in ensuring accurate docketing and recordkeeping.

## V. CONCLUSION

Appellants express their sincere appreciation to the Clerk's Office for its careful attention to the accurate docketing and systematic organization of the Court's records. The professionalism and precision with which the Clerk's Office maintains the integrity of the Court's filing system serves the interests of justice and facilitates the orderly administration of appellate proceedings.

Respectfully submitted,

*/s/ Ulysses T. Ware*
**ULYSSES T. WARE**
Attorney in Fact for Appellants
The Office of Ulysses T. Ware
123 Linden Blvd., Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com

**Enclosures:** Three documents as enumerated *supra* (submitted as integrated filing set)