**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3318**
**www.gand.uscourts.gov**

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
**404-215-1655**

October 2, 2026

**Ulysses T. Ware**
**123 Linden Blvd**
**Ste 9-L**
**Brooklyn, NY 11226**
**718-844-1260**
**PRO SE**

**Group Management**
**123 Linden Blvd**
**Ste 9-L**
**Brooklyn, NY 11226**
**718-844-1260**
**PRO SE**

**Re: Ulysses T. Ware et al v. Alpha Capital, AG et al**
**Civil Action No.: 1:25-cv-613-MLB**

Dear Mr. Ware & Group Management,

On September 29, 2026, we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

__X__ **Appeal fee $605.00 (Docketing fee $600.00 and Filing fee $5.00)**

__X__ **Application to proceed on appeal in forma pauperis.**

_____ Please complete the attached transcript information form as directed.

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By: P. McClam
Deputy Clerk